# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>        *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, FEDERAL COMMUNICATIONS COMMISSION, OFFICE OF MANAGEMENT AND BUDGET, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, OFFICE OF PERSONNEL MANAGEMENT, GENERAL SERVICES ADMINISTRATION, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, THE UNITED STATES OF AMERICA, and, in their official capacities, PAMELA J. BONDI, BRENDAN CARR, RUSSELL T. VOUGHT, ANDREA R. LUCAS, CHARLES EZELL, STEPHEN EHEKIAN, and TULSI GABBARD,<br><br>        *Defendants*. | Case No. 25-cv-716<br><br>**EXPEDITED HEARING REQUESTED** |

## PLAINTIFF PERKINS COIE LLP'S MOTION
## FOR A TEMPORARY RESTRAINING ORDER

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure and Local Civil Rule 65.1, Plaintiff Perkins Coie LLP, by undersigned counsel, respectfully requests that the Court issue a temporary restraining order enjoining Defendants from enforcing or implementing the provisions of Sections 1, 3, and 5 of the President's March 6, 2025 Executive Order entitled "Addressing Risks from Perkins Coie LLP," until such time as the Court can further consider the merits of Plaintiff's claims and any forthcoming motion for a preliminary injunction. This emergency relief

is necessary due to the exigency of the circumstances and the irreparable injuries that the requested temporary restraining order is intended to prevent.

The grounds for this motion are set forth in the attached memorandum of law and its supporting declarations and exhibits. A proposed order and a certification of compliance with Local Civil Rule 65.1 are attached hereto.

Dated: March 11, 2025

Respectfully submitted,

**WILLIAMS & CONNOLLY LLP**

By: /s/ *Dane H. Butswinkas*
Dane H. Butswinkas (D.C. Bar #425056)

| | |
|---|---|
| F. Lane Heard III (D.C. Bar #291724) | Amy M. Saharia (D.C. Bar #981644) |
| Christopher N. Manning (D.C. Bar #464069) | Matthew B. Nicholson (D.C. Bar #1013418) |
| Ryan T. Scarborough (D.C. Bar #466956) | Carol J. Pruski (D.C. Bar #1006941)* |
| Malachi B. Jones (D.C. Bar #455555) | Charles L. McCloud (D.C. Bar #1012047)* |
| Charles Davant IV (D.C. Bar #484305) | Krystal C. Durham (D.C. Bar # 987768) |
| David S. Kurtzer-Ellenbogen (D.C. Bar #489559) | Eden Schiffmann (D.C. Bar #1035019) |
| Jesse T. Smallwood (D.C. Bar #495961) | |

680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5000

*Counsel for Plaintiff Perkins Coie LLP*

\* *DDC bar application pending*