# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, FEDERAL COMMUNICATIONS COMMISSION, OFFICE OF MANAGEMENT AND BUDGET, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, OFFICE OF PERSONNEL MANAGEMENT, GENERAL SERVICES ADMINISTRATION, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, THE UNITED STATES OF AMERICA, and, in their official capacities, PAMELA J. BONDI, BRENDAN CARR, RUSSELL T. VOUGHT, ANDREA R. LUCAS, CHARLES EZELL, STEPHEN EHEKIAN, and TULSI GABBARD,<br><br>*Defendants*. | Case No. 1:25-cv-00716 |

## CERTIFICATE OF COUNSEL IN COMPLIANCE WITH LOCAL CIVIL RULE 65.1

Pursuant to Local Civil Rule 65.1(a), undersigned counsel hereby certifies that at 3:40 p.m. on March 11, 2025, I emailed the Chief of the Civil Division for the United States Attorney's Office for the District of Columbia, and the Director and Deputy Director of the Federal Programs Branch of the Department of Justice to provide them with notice that Plaintiff Perkins Coie LLP would be filing the accompanying Motion for a Temporary Restraining Order, and I attached to each email electronic copies of the Complaint and the Motion and its accompanying Memorandum, Declarations, Exhibits, and Proposed Order.

To provide further notice of the filing of Plaintiff's Complaint, the Motion, and the documents accompanying the Motion, I also telephoned (1) D.C. U.S. Attorney's Office Civil Chief Brian Hudak at 3:41 p.m. on March 11, 2025, and was told by the receptionist that she would give him the message to check his email and (2) Department of Justice Federal Programs Branch Director Alex Haas at 3:45 p.m. on March 11, 2025, and left a voicemail about the filing of the TRO Motion.

Undersigned counsel will send physical copies of the relevant papers by certified mail to Defendants, the United States Attorney's Office for the District of Columbia, and the Office of the United States Attorney General.

Dated: March 11, 2025                                Respectfully submitted,

                                                     WILLIAMS & CONNOLLY LLP

                                                     _____
                                                     Charles Davant