UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, FEDERAL COMMUNICATIONS COMMISSION, OFFICE OF MANAGEMENT AND BUDGET, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, OFFICE OF PERSONNEL MANAGEMENT, GENERAL SERVICES ADMINISTRATION, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, THE UNITED STATES OF AMERICA, and, in their official capacities, PAMELA J. BONDI, BRENDAN CARR, RUSSELL T. VOUGHT, ANDREA R. LUCAS, CHARLES EZELL, STEPHEN EHEKIAN, and TULSI GABBARD,<br><br>*Defendants*. | Case No. 1:25-cv-00716 |

## **[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER**

UPON CONSIDERATION OF Plaintiff Perkins Coie LLP's Motion for a Temporary Restraining Order and accompanying memorandum, declarations, and exhibits, it is hereby

ORDERED that the Motion is GRANTED; and

ORDERED that Defendants are ENJOINED from enforcing or implementing Sections 1, 3, and 5 of the President's March 6, 2025 Executive Order entitled "Addressing Risks from Perkins Coie LLP"; and

ORDERED that Defendants are directed to suspend and rescind all guidance or direction to their officers, staff, employees, or contractors to communicate, effectuate, or implement Sections 1, 3, and 5 of the Executive Order; and

ORDERED that Defendants are directed to immediately issue guidance to their officers, staff, employees, and contractors to disregard Sections 1, 3, and 5 of the Executive Order and carry on their ordinary course of business absent such Sections of the Executive Order; and

ORDERED that Defendants must, in good faith, take such other steps as are necessary to prevent the enforcement or implementation of Sections 1, 3, and 5 of the Executive Order during the effective period of this Order; and

ORDERED that Defendants U.S. Department of Justice, Pamela Bondi, in her official capacity as Attorney General, the Office of Management and Budget, and Russell Vought, in his official capacity as director of the Office of Management and Budget, must immediately issue guidance to all other agencies subject to the Executive Order to immediately suspend and rescind any enforcement or implementation of Sections 1, 3, and 5 of the Executive Order; and

ORDERED that Defendants must file a status report within 24 hours of the issuance of this Order describing the steps taken to ensure compliance with this Order and certifying compliance with it; and

ORDERED that this Order shall remain in effect until further order of this Court.

IT IS SO ORDERED.

Washington, D.C.

Dated: _____                                      _____
                                                                                                  U.S. District Judge