AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Perkins Coie LLP | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00716 |
| U.S. Department of Justice, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Perkins Coie LLP.

Date: 03/11/2025

/s/ Amy M. Saharia
*Attorney's signature*

Amy M. Saharia (D.C. Bar 981644)
*Printed name and bar number*

680 Maine Ave, SW
Washington, DC 20024
*Address*

asaharia@wc.com
*E-mail address*

(202) 434-5847
*Telephone number*

(202) 434-5029
*FAX number*