AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Perkins Coie LLP | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-00716 |
| U.S. Department of Justice, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Perkins Coie LLP.

Date: 03/11/2025

/s/ Eden Schiffmann
*Attorney's signature*

Eden Schiffmann (D.C. Bar 1035019)
*Printed name and bar number*

680 Maine Ave, SW
Washington, DC  20024

*Address*

eschiffmann@wc.com
*E-mail address*

(202) 434-5977
*Telephone number*

(202) 434-5029
*FAX number*