UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>        Plaintiff,<br><br>        v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>        Defendants. | Civil Action No. 25-0716 (BAH) |

**NOTICE OF APPEARANCE**

Defendants request that the Clerk of the Court please enter the appearance of Assistant United States Attorney Douglas C. Dreier as counsel for Defendants in the above-captioned case.

Dated: March 12, 2025　　　　　　　Respectfully submitted,
　　　　Washington, DC

　　　　　　　　　　　　　　　　　　EDWARD R. MARTIN, JR., D.C. Bar #481866
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　By:　　　*/s/ Douglas C. Dreier*
　　　　　　　　　　　　　　　　　　　　　　DOUGLAS C. DREIER, D.C. Bar #1020234
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　601 D Street, NW
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　　　　　(202) 252-2551

　　　　　　　　　　　　　　　　　　*Attorneys for the United States of America*