AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Perkins Coie LLP, )<br>*Plaintiff* )<br>v. )<br>U.S. Department of Justice, et al., )<br>*Defendant* ) | Case No. 1:25-cv-00716-BAH |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus State of Washington                                                                                                          .

Date:   03/12/2025                                           /s/ Emma S. Grunberg
                                                                          *Attorney's signature*

                                                              Emma S. Grunberg WSBA #54659
                                                                *Printed name and bar number*

                                                                    800 Fifth Avenue, Suite 2000
                                                                          Seattle, WA 98104
                                                                               *Address*

                                                                 emma.grunberg@atg.wa.gov
                                                                          *E-mail address*

                                                                          (360) 753-6200
                                                                        *Telephone number*

                                                                            *FAX number*