UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>      Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>      Defendants. | Civil Action No. 25-0716 (BAH) |

**NOTICE OF APPEARANCE**

Defendants request that the Clerk of the Court please enter the appearance of Terry M. Henry, Assistant Branch Director, Federal Programs Branch, Civil Division, U.S. Department of Justice as counsel for Defendants in the above-captioned case. Chad Mizelle, Chief of Staff, Office of the Attorney General, is also appearing for Defendants and is in the process of securing his ECF credentials and submitting the required registration to the Court under Local Rule 83.2(f)

Dated: March 12, 2025　　　　　　　　　Respectfully submitted,
       Washington, DC


                                          /s/ *Terry M. Henry*
                                          TERRY M. HENRY
                                          United States Department of Justice
                                          Civil Division
                                          Federal Programs Branch
                                          1100 L Street, NW, Room 7500
                                          Washington, D.C. 20530
                                          Tel: 202-514-4107
                                          Email:  Terry.Henry@usdoj.gov

                                          *Counsel for Defendants*