AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Perkins Coie LLP | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00716 |
| U.S. Department of Justice, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Perkins Coie LLP.

Date:   03/11/2025

/s/ Charles Davant IV
*Attorney's signature*

Charles Davant IV (D.C. Bar 484305)
*Printed name and bar number*

680 Maine Ave, SW
Washington, DC  20024

*Address*

cdavant@wc.com
*E-mail address*

(202) 434-5695
*Telephone number*

(202) 434-5029
*FAX number*