THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>   Plaintiff,<br><br> v.<br><br>U.S. DEPARTMENT OF JUSTICE, FEDERAL COMMUNICATIONS COMMISSION, OFFICE OF MANAGEMENT AND BUDGET, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, OFFICE OF PERSONNEL MANAGEMENT, GENERAL SERVICES ADMINISTRATION, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, THE UNITED STATES OF AMERICA, and, in their official capacities, PAMELA J. BONDI, BRENDAN CARR, RUSSELL T. VOUGHT, ANDREA R. LUCAS, CHARLES EZELL, STEPHEN EHEKIAN, and TULSI GABBARD,<br><br>   Defendants. | Case No. 1:25-cv-00716-BAH |

**NOTICE OF ERRATA**

Plaintiff Perkins Coie LLP respectfully submits the following errata and attachment:

The Complaint, ECF No. 1, omitted the parties' residence addresses in the caption. The attachment complies with Local Civil Rule 5.1(c) and makes no changes to the Complaint's text.

Dated: March 12, 2025       Respectfully submitted,

                **WILLIAMS & CONNOLLY LLP**

          By: */s/ Dane H. Butswinkas*
             Dane H. Butswinkas (D.C. Bar #425056)
             680 Maine Avenue, SW
             Washington, DC 20024
             (202) 434-5000

             *Counsel for Plaintiff Perkins Coie LLP*