UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PERKINS COIE LLP,

          Plaintiff,

          v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

          Defendants.

Civil Action No. 25-716 (BAH)

Judge Beryl A. Howell

**ORDER**

Upon consideration of plaintiff Perkins Coie LLP's Motion for a Temporary Restraining Order ("TRO"), ECF No. 2; the memoranda, declarations, and exhibits submitted in support; and the arguments in support and in opposition presented at the expedited TRO hearing held on March 12, 2025, for the reasons explained orally at the hearing, it is hereby:

**ORDERED** that plaintiff's Motion for a Temporary Restraining Order, ECF No. 2, is **GRANTED**; it is further

**ORDERED** that defendants are **ENJOINED** from implementing or enforcing Sections 1, 3, and 5 of Executive Order 14230, 90 Fed. Reg. 11781 (Mar. 11, 2025), issued by the President on March 6, 2025, entitled "Addressing Risks from Perkins Coie LLP"; it is further

**ORDERED** that defendants are **ENJOINED** from using the statements laid out in Section 1 of Executive Order 14230 in any interactions with plaintiff or plaintiff's clients, or employee of plaintiff or plaintiff's clients; it is further

**ORDERED** that defendants are **DIRECTED** to suspend and rescind all guidance or other direction provided to their officers, staff, employees, or contractors to communicate, effectuate, implement, or enforce Sections 1, 3, and 5 of Executive Order 14230; it is further

1

**ORDERED** that defendants are **DIRECTED** immediately to issue guidance to their officers, staff, employees, and contractors to disregard Sections 1, 3, and 5 of Executive Order 14230, and to carry on with their ordinary course of business absent these sections of the Executive Order; it is further

**ORDERED** that defendants are **DIRECTED** immediately to (1) communicate to every recipient of a request for disclosure of any relationship with Perkins Coie LLP or any person associated with the firm, made pursuant to Section 3(a) of Executive Order 14230, that such request is rescinded until further order of the Court; and (2) cease making such requests for disclosure, pursuant to Section 3(a) of Executive Order 14230, until further order of the Court; it is further

**ORDERED** that defendants must, in good faith, take such other steps as are necessary to prevent the implementation or enforcement of Sections 1, 3, and 5 of Executive Order 14230 during the effective period of this Order, until further order of the Court; it is further

**ORDERED** that defendants U.S. Department of Justice; Pamela Bondi, in her official capacity as U.S. Attorney General; the Office of Management and Budget; and Russell Vought, in his official capacity as Director of the Office of Management and Budget, must additionally immediately issue guidance to all other agencies subject to Executive Order 14230 to suspend and rescind any implementation or enforcement of Sections 1, 3, and 5 of the Executive Order, including any reliance on the statements in Section 1 of the Order; it is further

**ORDERED** that the parties shall file, by 4:00 PM on March 13, 2025, a joint status report proposing a schedule to govern further proceedings in this case; it is further

**ORDERED** that defendants shall file a status report by Friday, March 14, 2025, describing the steps taken to ensure compliance with this Order and certifying compliance with its requirements; and it is further

**ORDERED** that this Order shall remain in effect until further order of this Court.

**SO ORDERED.**

Date: March 12, 2025

_____
**BERYL A. HOWELL**
United States District Judge