UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>　　　　　*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>　　　　　*Defendants*. | Case No. 1:25-cv-00716 (BAH)<br><br>Judge Beryl A. Howell |

**JOINT MOTION FOR ENLARGEMENT OF TIME
TO FILE JOINT STATUS REPORT**

The parties to the above-captioned action, by undersigned counsel, jointly move the Court to enlarge the time to file their joint status report proposing a schedule to govern further proceedings in this case from March 13, 2025 at 4:00 p.m. to March 14, 2025 at 3:00 p.m. In support of this motion, the parties respectfully state as follows:

　　1.　　On March 12, 2025, the Court ordered *inter alia* that "parties shall file, by 4:00 PM on March 13, 2025, a joint status report proposing a schedule to govern further proceedings in this case." ECF No. 21 at 2.

　　2.　　Counsel for the parties have met and conferred in good faith several times since the Court's Order and made progress toward finalizing a proposed schedule, but additional time is necessary to finalize all aspects of the schedule and obtain authorization from their respective clients.

　　3.　　The parties therefore respectfully request an extension until 3:00 p.m. on March 14, 2025, to file their joint status report.

　　WHEREFORE, the parties respectfully request that the Court enter an Order enlarging the time to file the joint status report from March 13, 2025 at 4:00 p.m. to March 14, 2025 at 3:00 p.m.

Dated: March 13, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**WILLIAMS & CONNOLLY LLP**

　　　　　　　　　　　　　　　　By:　*/s/ Dane H. Butswinkas*
　　　　　　　　　　　　　　　　　　　Dane H. Butswinkas (D.C. Bar #425056)
　　　　　　　　　　　　　　　　　　　680 Maine Avenue, SW
　　　　　　　　　　　　　　　　　　　Washington, DC  20024
　　　　　　　　　　　　　　　　　　　(202) 434-5000

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Perkins Coie LLP*


　　　　　　　　　　　　　　　　　　　/s/ *Terry M. Henry*
　　　　　　　　　　　　　　　　　　　TERRY M. HENRY
　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　　Federal Programs Branch
　　　　　　　　　　　　　　　　　　　1100 L Street, NW, Room 7500
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　Tel: 202-514-4107

　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*