UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>　　　　　*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>　　　　　*Defendants*. | Case No. 1:25-cv-00716 (BAH)<br><br>Judge Beryl A. Howell |

**[PROPOSED] ORDER ENLARGING TIME TO FILE JOINT STATUS REPORT**

Upon consideration of the parties' Joint Motion For Enlargement of Time to File Joint Status Report, it is hereby:

**ORDERED** that the parties shall file, by 3:00 PM on March 14, 2025, their joint status report proposing a schedule to govern further proceedings in this case.

**SO ORDERED.**

Washington, D.C.

Dated: _____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**BERYL A. HOWELL**
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge