UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>      Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>      Defendants. | Case No. 1:25-cv-00716 |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Deputy Associate Attorney General Richard Lawson as counsel for Defendants in this action.

Dated: March 14, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　CHAD MIZELLE
　　　　　　　　　　　　　　　　　　　　Acting Associate Attorney General


　　　　　　　　　　　By:　　　　/s/ Richard Lawson　　　　
　　　　　　　　　　　　　　　RICHARD LAWSON
　　　　　　　　　　　　　　　Deputy Associate Attorney General
　　　　　　　　　　　　　　　950 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　Telephone: (202) 445-8042

　　　　　　　　　　　　　　　*Attorney for the United States of America*