UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-00716 (BAH)<br><br>Judge Beryl A. Howell |

**JOINT STATUS REPORT**

Pursuant to the Court's March 12, 2025 Temporary Restraining Order and the Court's March 13, 2025 Minute Order, the parties hereby submit the following Joint Status Report:

1. On March 12, 2025, the Court ordered *inter alia* that the "parties shall file, by 4:00 PM on March 13, 2025, a joint status report proposing a schedule to govern further proceedings in this case." ECF No. 21 at 2. On March 13, 2025, by Minute Order, the Court extended that joint status report deadline to 3:00 PM on March 14, 2025 at the parties' request.

2. The parties have met and conferred and jointly propose that this Court proceed to expedited dispositive motions briefing. Plaintiff intends to move for summary judgment. Defendants intend to move to dismiss.

3. The parties respectfully propose the following schedule to govern briefing on the parties' dispositive motions:

| | |
|---|---|
| Opening briefs | April 2, 2025 at 5:00 PM |
| Oppositions | April 16, 2025 at 5:00 PM |
| Motions hearing if necessary (in-person) | Week of April 21, Courtroom 26A |

1

4.      The parties have also agreed that they require no discovery and will request no discovery in opposition to any dispositive motion (including summary judgment), and respectfully request that this Court therefore stay discovery pending further order of the Court.

5.      All parties have also agreed to extend the Temporary Restraining Order issued by this Court on March 12, 2025, ECF No. 21, until final judgment.  *See* Fed. R. Civ. P. 65(b)(2).

6.      Based on these agreements, the parties have attached a proposed order to govern further proceedings.

Dated: March 14, 2025                               Respectfully submitted,

**WILLIAMS & CONNOLLY LLP**

By:   */s/ Dane H. Butswinkas*
      Dane H. Butswinkas (D.C. Bar #425056)
      680 Maine Avenue, SW
      Washington, DC  20024
      (202) 434-5000

      *Counsel for Plaintiff Perkins Coie LLP*


      /s/ *Terry M. Henry*
      TERRY M. HENRY
      United States Department of Justice
      Civil Division
      Federal Programs Branch
      1100 L Street, NW, Room 7500
      Washington, D.C. 20530
      Tel: 202-514-4107

      *Counsel for Defendants*