UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PERKINS COIE LLP,

        *Plaintiff*,

v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

        *Defendants*.

Case No. 1:25-cv-00716 (BAH)

Judge Beryl A. Howell

**[PROPOSED] ORDER EXTENDING INJUNCTION
AND EXPEDITING DISPOSITIVE MOTION PROCEEDINGS**

Upon consideration of the parties' Joint Status Report dated March 14, 2025, it is hereby:

**ORDERED** that the injunction issued by this Court on March 12, 2025, ECF No. 21, shall be **EXTENDED** by agreement of all parties until final judgment.

**IT IS FURTHER ORDERED** that the parties shall file any and all dispositive motions (whether motion to dismiss or motion for summary judgment) according to the following schedule:

| | |
|---|---|
| Opening briefs | April 2, 2025 at 5:00 PM |
| Oppositions | April 16, 2025 at 5:00 PM |
| Motions hearing if necessary (in-person) | Week of April 21, Courtroom 26A |

**IT IS FURTHER ORDERED** that, in view of the parties' agreement that they require no discovery and will request no discovery in opposition to any dispositive motion contemplated above (including summary judgment), discovery shall be stayed in this case pending further order of the Court.

    **IT IS SO ORDERED.**

2

Washington, D.C.

Dated: _____                    _____
                                                  **BERYL A. HOWELL**
                                                  United States District Judge