UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>           Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>           Defendants. | Civil Action No. 25-716 (BAH)<br><br>Judge Beryl A. Howell |

### ORDER

Upon consideration of the parties' Joint Status Report ("JSR"), ECF No. 25, it is hereby:

**ORDERED** that the injunction, ECF No. 21, issued by this Court on March 12, 2025, and all restrictions and obligations imposed therein, shall be **EXTENDED** by agreement of all parties, *see* JSR ¶ 5, until final judgment is entered in this matter; it is further

**ORDERED**, in accordance with the parties' joint proposal for expedited dispositive motions briefing, reached after their meeting and conferral, that the parties shall file all dispositive motions according to the following schedule:

(1) By April 2, 2025, the parties shall file any dispositive motions and opening briefs in support;

(2) By April 16, 2025, at noon, the parties shall file any oppositions;

(3) By April 18, 2025, at 4:00 PM, the parties shall file any replies; and

(4) Any motions hearing, if necessary, will be scheduled for the week of April 21, 2025; and it is further

**ORDERED** that discovery shall be **STAYED** pending further order of the Court, given the parties' agreement that no discovery is required or will be requested, *see* JSR ¶ 4.

**SO ORDERED.**

Date:  March 14, 2025

_____
**BERYL A. HOWELL**
United States District Judge

1