IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 25-0716 (BAH) |

**STATUS REPORT**

On March 12, 2025, the Court entered an Order (ECF 21) requiring, among other things, that Defendants file a status report by March 14, 2025 "describing steps taken to ensure compliance with th[e] Order and certifying compliance with its requirements." Counsel for Defendants, accordingly, submit this Status Report.

1. On March 14, 2025, the Office of the Associate Attorney General sent by e-mail to office of general counsel contacts for the named defendant agencies a copy of the Court's Order and directions and guidance to ensure compliance with the Order. The e-mail provided background on the litigation, informed the recipients of the specific provisions of the Court's Order, requested that steps to comply with the Order's requirements be taken immediately, and explained that implementation of Sections 1, 3, and 5 of Executive Order 14230 ("EO") is prohibited and that any prior steps taken, or guidance or directions issued, to implement those sections of the EO must be walked back or rescinded. Further, the e-mail requested that agencies inform Department of Justice counsel of steps being taken to comply with the Order and expected completion of those steps.

2. As of the time of this filing, Department of Justice counsel have received information in response to the e-mail described above from the seven named Defendant agencies regarding the various steps those agencies have taken to ensure compliance with the Court's Order, tailored to the agencies' respective situations. These steps have included: rescinding or overriding prior instructions or data calls with respect to disclosure by contractors of any business they do with Perkins Coie LLP related to Government contracts; issuing directives or instructions that agency staff should disregard Sections 1, 3, and 5 of the EO and carry on with their ordinary course of business absent those sections, or confirmation of intent to issue such instructions expeditiously; issuing directives to agency employees and contractors that implementation of Sections 1, 3, and 5 of the EO is prohibited and any prior steps taken, or guidance or directions issued, to implement those sections must be walked back or rescinded; as well as confirmation that no prior instructions regarding Sections 1, 3, or 5 were issued that need to be rescinded.

3. Defendants' counsel continue to engage with relevant officials at OMB and DOJ regarding issuance of guidance to all other agencies subject to the EO to suspend and rescind any implementation or enforcement of Sections 1, 3, and 5 of the Executive Order, including any reliance on the statements in Section 1.

4. Defendant's counsel also continue to engage with Defendant agencies regarding compliance with the Court's Order to confirm that Defendants have taken or are taking necessary and appropriate steps to comply with the Order.

5. Defendant's counsel intend to provide additional information regarding completion of steps to ensure compliance with the Court's order when such information becomes available.

Dated: March 14, 2025  
       Washington, DC

Respectfully submitted,

CHAD MIZELLE  
Acting Associate Attorney General

/s/ *Richard Lawson*  
RICHARD LAWSON  
Deputy Associate Attorney General  
950 Pennsylvania Avenue, NW  
Washington, DC 20530  
Telephone: (202) 445-8042

/s/ *Terry M. Henry*  
TERRY M. HENRY  
United States Department of Justice  
Civil Division  
Federal Programs Branch  
1100 L Street, NW, Room 7500  
Washington, D.C. 20530  
Telephone: (202) 514-4107  
Email: Terry.Henry@usdoj.gov

*Counsel for Defendants*