UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>    Defendants. | Civil Action No. 25-0716 (BAH) |

## NOTICE OF WITHDRAWAL

Defendants request that the Clerk of the Court please remove the appearance of Assistant United States Attorney Douglas C. Dreier as counsel for Defendants in the above-captioned case.

Deputy Associate Attorney General Richard Lawson continues to serve as lead counsel for Defendants.

Dated: March 18, 2025
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:    */s/ Douglas C. Dreier*
DOUGLAS C. DREIER, D.C. Bar #1020234
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2551

*Attorneys for the United States of America*