IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>      Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>      Defendants. | Civil Action No. 25-0716 (BAH) |

**STATUS REPORT**

On March 12, 2025, the Court entered an Order (ECF 21) requiring, among other things, that Defendants file a status report by March 14, 2025 "describing steps taken to ensure compliance with th[e] Order and certifying compliance with its requirements," and on March 14, 2025, Defendants filed such an initial Status Report (ECF 27). Defendants respectfully file this follow-on Status Report and state as follows:

1. Defendants' March 14, 2025 Status Report explained that,

    > Defendants' counsel continue to engage with relevant officials at OMB and DOJ regarding issuance of guidance to all other agencies subject to the EO to suspend and rescind any implementation or enforcement of Sections 1, 3, and 5 of the Executive Order, including any reliance on the statements in Section 1.

    ECF 27 ¶ 3.

2. As noted in the Status Report, such engagement by Defendants' counsel continued, and all-agency guidance, as ordered in the Court's March 12, 2025 Order, has been issued. Specifically, on March 18, 2025, joint OMB-DOJ guidance was distributed to all agencies via the OMB process for providing such all-agency issuances. A "Memorandum For All Agencies Subject To Executive Order 14230," along with a

copy of the Court's March 12, 2025 Order and a copy of Executive Order 14230, was transmitted by e-mail from OMB to appropriate agency contacts, under a cover e-mail noting that agencies should "see attached court order and joint guidance from the Department of Justice and the Office of Management regarding the order," and noting a DOJ contact for questions.  The "Memorandum For All Agencies Subject To Executive Order 14230" states, in accordance with the specific requirements of the Court's Order, "Pursuant to this order, all agencies subject to Executive Order 14230 must suspend and rescind any implementation or enforcement of Sections 1, 3, and 5 of Executive Order 14230, including any reliance on the statements in Section 1 of the Executive Order."  *See* Attachment 1.

3. In addition, also on March 18, 2025, and consistent with the Court's Order, OMB issued OMB Memorandum M-25-18, directed to all Executive Departments and Agencies.  *See* Attachment 2.  This all-agency Memorandum M-25-18 notes that "OMB Memorandum M-25-17 is rescinded;" OMB Memorandum M-25-17 (available at https://www.whitehouse.gov/omb/information-resources/guidance/memoranda/) was a March 7, 2025 OMB issuance to agencies requiring implementation of Sections 2(b) and 3 of Executive Order 14230.

4. Accordingly, all agencies subject to Executive Order 14230 have been informed that previously mandated implementation of Section 3 of the EO has been specifically rescinded, and the agencies have been further instructed to suspend and rescind *any* implementation or enforcement of Sections 1, 3, and 5 of the EO, in accordance with

the Court's Order. Further, to assist with carrying out such suspension and rescission, agencies have been supplied with a copy of the Court's March 12, 2025 Order.

Dated: March 18, 2025
      Washington, DC

Respectfully submitted,

CHAD MIZELLE
Acting Associate Attorney General

/s/ *Richard Lawson*
RICHARD LAWSON
Deputy Associate Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 445-8042

*Counsel for Defendants*