# Attachment 1

  

March 18, 2025

MEMORANDUM FOR All AGENCIES SUBJECT TO EXECUTIVE ORDER 14230

FROM:             PAMELA BONDI
                  ATTORNEY GENERAL

                  RUSSELL T. VOUGHT
                  DIRECTOR
                  OFFICE OF MANAGEMENT AND BUDGET

SUBJECT:          COURT ORDER REGARDING EXECUTIVE ORDER 14230

     On March 12, 2025, a district judge in the District of Columbia entered an order in the case of *Perkins Coie v. U.S. Department of Justice, et al.*, No. 25cv0716 (D.D.C.), ECF No. 21. The case involves a challenge to Executive Order 14230 of March 6, 2025, 90 Fed. Reg. 11781 (Mar. 11, 2025), entitled, "Addressing Risks from Perkins Coie LLP." Pursuant to this order, all agencies subject to Executive Order 14230 must suspend and rescind any implementation or enforcement of Sections 1, 3, and 5 of Executive Order 14230, including any reliance on the statements in Section 1 of the Executive Order.