# Attachment 2



EXECUTIVE OFFICE OF THE PRESIDENT
OFFICE OF MANAGEMENT AND BUDGET
WASHINGTON, D.C. 20503

**GENERAL COUNSEL**

March 18, 2025

M-25-18

MEMORANDUM FOR THE HEADS OF EXECUTIVE DEPARTMENTS AND AGENCIES

FROM:	Mark Paoletta
	General Counsel

SUBJECT:	Rescission of M-25-17

On behalf of Director Vought, and in accordance with instructions provided by the Department of Justice regarding a recent court order, OMB Memorandum M-25-17 is rescinded.