## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PERKINS COIE LLP,

        *Plaintiff*,

v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

        *Defendants*.

Case No. 1:25-cv-00716

Judge Beryl A. Howell

### [PROPOSED] ORDER CLARIFYING SCOPE OF
### TEMPORARY RESTRAINING ORDER

Upon consideration of plaintiff Perkins Coie LLP's Motion to Clarify Temporary Restraining Order, ECF No. __, [and any response thereto,] it is hereby:

**ORDERED** that plaintiff's Motion to Clarify Temporary Restraining Order, ECF No. __, is **GRANTED**; it is further

**ORDERED** that the second paragraph on page 2 of the Court's Order of March 12, 2025, ECF No. 21, at 2, which provides that "defendants are **DIRECTED** immediately to (1) communicate to every recipient of a request for disclosure of any relationship with Perkins Coie LLP or any person associated with the firm, made pursuant to Section 3(a) of Executive Order 14230, that such request is rescinded until further order of the Court; and (2) cease making such requests for disclosure, pursuant to Section 3(a) of Executive Order 14230, until further order of the Court," applies to all agencies of defendant the United States of America that are subject to Executive Order 14230, not simply those agencies that are specifically named as defendants; it is further

**ORDERED** that counsel for defendants are **DIRECTED**, upon receipt of this Order, to immediately notify all agencies subject to Executive Order 14230 that such agencies are directed

to (1) communicate to every recipient of a request for disclosure of any relationship with Perkins Coie LLP or any person associated with the firm, made pursuant to Section 3(a) of Executive Order 14230, that such request is rescinded until further order of the Court; and (2) cease making such requests for disclosure, pursuant to Section 3(a) of Executive Order 14230, until further order of the Court; it is further

**ORDERED** that counsel for defendants shall file a status report by 4:00 PM on Wednesday, March 19, 2025, describing the steps taken to ensure compliance with this Order and certifying compliance with its requirements; and it is further

**ORDERED** that this Order does not modify this Court's March 12 Order, ECF No. 21, or this Court's Order of March 14, 2025, ECF No. 26, which extended the injunction issued by this Court on March 12, 2025, and all restrictions and obligations imposed therein, until final judgment is entered in this matter.

**IT IS SO ORDERED**.


Dated: _____

                                                    _____
                                                    **BERYL A. HOWELL**
                                                    U.S. District Judge