IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>            Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>            Defendants. | Civil Action No. 25-0716 (BAH) |

**STATUS REPORT**

On March 19, 2025, the Court entered a Minute Order directing that "defendants U.S. Department of Justice; Pamela Bondi, in her official capacity as U.S. Attorney General; the Office of Management and Budget; and Russell Vought, in his official capacity as Director of the Office of Management and Budget . . . immediately issue guidance to all other agencies subject to Executive Order 14230 directing them immediately to (a) communicate to every recipient of a request for disclosure of any relationship with Perkins Coie LLP or any person associated with the firm, made pursuant to Section 3(a) of Executive Order 14230, that such request is rescinded until further order of this Court; and (b) cease making such requests for disclosure, pursuant to Section 3(a) of Executive Order 14230, until further order of the Court." The Court's Minute Order also required defendants to file a status report by 12:00 noon today regarding the same.

Defendants respectfully file this Status Report and state as follows:

1. The Court's Minute Order issued at 9:43 a.m. in response to Plaintiff's Motion to Clarify Temporary Restraining Order (ECF 30), which was filed at 6:39 p.m. on March 18, 2025. Thus, the Minute Order issued without the benefit of a response by

Defendants to Plaintiff's Motion to Clarify, including Defendants' position that the additional issuance requested by Plaintiffs was neither necessary nor appropriate.

2. Defendants have worked diligently to implement the Court's Minute Order, despite the significant logistical difficulties of coordinating joint Department of Justice and Office of Management and Budget guidance, issued by the Attorney General and the Director of OMB, between both agencies, their principals or representatives, as well as then distributing such guidance through the appropriate administrative process involved to ensure the guidance is issued to all agencies as directed by the Court's Minute Order.

3. The joint OMB-DOJ guidance required by the Court's Minute Order, using the specific language called for in the Court's Minute Order, was distributed to all agencies via the OMB process for providing such all-agency issuances a short time ago.

4. Defendants recognize that this Status Report is filed several minutes beyond Noon and request the Court's indulgence in the matter. Counsel for Defendant were able to confirm with OMB that the guidance required by the Court's Minute Order was distributed through the OMB process by approximately Noon today, with this Status Report filed as soon as possible following that confirmation.

Dated: March 20, 2025　　　　　　　　Respectfully submitted,
　　　　Washington, DC

　　　　　　　　　　　　　　　　　　CHAD MIZELLE
　　　　　　　　　　　　　　　　　　Acting Associate Attorney General

2

/s/ *Richard Lawson*
RICHARD LAWSON
Deputy Associate Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 445-8042


/s/ *Terry M. Henry*
TERRY M. HENRY
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, NW, Room 7500
Washington, D.C. 20530
Telephone: (202) 514-4107
Email: Terry.Henry@usdoj.gov


*Counsel for Defendants*