IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>      Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>      Defendants. | Civil Action No. 25-0716 (BAH) |

**SUPPLEMENTAL STATUS REPORT**

As a follow-up to Defendants' March 20, 2025 Status Report (ECF 31), counsel for Defendants submit this supplemental status report, and state as follows:

On March 20, 2025, Defendants filed a Status Report (ECF 31) explaining that joint OMB-DOJ guidance directed by the Court's March 19, 2025 Minute Order had been distributed to all agencies subject to Executive Order 14230.  Due to the timing of the distribution as explained in the Status Report, the final guidance, as distributed, was not available to counsel for Defendants prior to the filing of Status Report.  A copy of the distributed guidance memorandum, a "Memorandum For All Agencies Subject To Executive Order 14230," is now attached hereto.   The Memorandum was transmitted by e-mail from OMB to appropriate agency contacts, under a cover e-mail noting that agencies should "see attached a joint guidance from

//

//

the Department of Justice and the Office of Management and Budget regarding a court order,"

and noting a DOJ contact for questions.

| | |
|---|---|
| Dated: March 20, 2025<br>Washington, DC | Respectfully submitted,<br><br>CHAD MIZELLE<br>Acting Associate Attorney General<br><br>/s/ *Richard Lawson*<br>RICHARD LAWSON<br>Deputy Associate Attorney General<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>Telephone: (202) 445-8042<br><br>/s/ *Terry M. Henry*<br>TERRY M. HENRY<br>United States Department of Justice<br>Civil Division<br>Federal Programs Branch<br>1100 L Street, NW, Room 7500<br>Washington, D.C. 20530<br>Telephone: (202) 514-4107<br>Email:  Terry.Henry@usdoj.gov<br><br>*Counsel for Defendants* |