# Attachment

Case 1:25-cv-00716-BAH   Document 32-1   Filed 03/20/25   Page 2 of 2

 

March 20, 2025

MEMORANDUM FOR All AGENCIES SUBJECT TO EXECUTIVE ORDER 14230

FROM:	PAMELA BONDI
	ATTORNEY GENERAL

	RUSSELL T. VOUGHT
	DIRECTOR
	OFFICE OF MANAGEMENT AND BUDGET

SUBJECT:	COURT ORDER REGARDING EXECUTIVE ORDER 14230

On March 19, 2025, a district judge in the District of Columbia entered an order in the case of *Perkins Coie v. U.S. Department of Justice, et al.*, No. 25cv0716 (D.D.C.). The case involves a challenge to Executive Order 14230 of March 6, 2025, 90 Fed. Reg. 11781 (Mar. 11, 2025), entitled, "Addressing Risks from Perkins Coie LLP." Pursuant to this March 19, 2025 order, all agencies subject to Executive Order 14230 must (a) communicate to every recipient of a request for disclosure of any relationship with Perkins Coie LLP or any person associated with the firm, made pursuant to Section 3(a) of Executive Order 14230, that such request is rescinded until further order of the Court; and (b) cease making such requests for disclosure, pursuant to Section 3(a) of Executive Order 14230, until further order of the Court.

The Executive Branch's position is that Executive Order 14230 is permissible, and that the Court's order was erroneous. The government reserves the right to take all necessary and legal actions in response to the "dishonest and dangerous" conduct of Perkins Coie LLP, as set forth in Executive Order 14230.