**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| PERKINS COIE LLP, | |
| Plaintiff, | |
| v. | Civil Action No. 25-0716 (BAH) |
| U.S. DEPARTMENT OF JUSTICE, *et al*., | |
| Defendants. | |

## NOTICE OF WITHDRAWAL

Undersigned counsel, Terry M. Henry, will soon be retiring from the United States Department of Justice and requests that the Clerk of the Court please remove his appearance as counsel for Defendants in the above-captioned case.  Defendants will continue to be represented by lead counsel, Deputy Associate Attorney General Richard Lawson, and any other Department of Justice attorneys who enter an appearance.

Dated: March 21, 2025                Respectfully submitted,
   Washington, D.C.


     /s/ *Terry M. Henry*
     TERRY M. HENRY
     United States Department of Justice
     Civil Division
     Federal Programs Branch
     1100 L Street, NW, Room 7500
     Washington, D.C. 20530
     Telephone: (202) 514-4107
     Email:  Terry.Henry@usdoj.gov


     *Counsel for Defendants*