IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**PERKINS COIE LLP,**

*Plaintiff,*

v.

**U.S. DEPARTMENT OF JUSTICE, et al.,**

*Defendants.*

Civil Action No. 1:25-cv-00716-BAH

Judge Beryl A. Howell

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISQUALIFY
JUDGE BERYL HOWELL**

After consideration of Defendants' Motion to Disqualify, it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk is directed to reassign the case.

**SO ORDERED.**

Dated: _____

_____
BERYL A. HOWELL
United States District Judge

1