AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PERKINS COIE LLP | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. Civil Action No. 25-0716 (BAH) |
| U.S. DEPARTMENT OF JUSTICE, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff PERKINS COIE LLP

Date: Mar. 25, 2025

*Attorney's signature*

Malachi B. Jones (#455555)
*Printed name and bar number*

Williams & Connolly LLP
680 Maine Avenue, S.W., Washington, DC 20024
*Address*

mjones@wc.com
*E-mail address*

(202) 434-5000
*Telephone number*

(202) 434-5029
*FAX number*