UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>        *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>        *Defendants*. | Case No. 1:25-cv-00716 (BAH)<br><br>Judge Beryl A. Howell |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
AND DECLARATORY AND PERMANENT INJUNCTIVE RELIEF**

      Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Perkins Coie LLP, by undersigned counsel, respectfully moves for summary judgment against all Defendants on all claims. Plaintiff respectfully requests this Court declare that Executive Order 14230, entitled "Addressing Risks from Perkins Coie LLP," 90 Fed. Reg. 11781, issued by the President on March 6, 2025, and published on March 11, 2025, is unlawful because it violates the First, Fifth, and Sixth Amendments to the U.S. Constitution, exceeds the President's constitutional authority under Article II, and violates the separation of powers. Plaintiff further respectfully requests this Court permanently enjoin Defendants from implementing or enforcing Executive Order 14230 in any way and grant the related relief described in the attached proposed order.

      The grounds for this motion are set forth in the attached memorandum of law and its supporting declarations and exhibits. A proposed order describing with more particularity the relief sought is attached thereto.

      Pursuant to Local Civil Rule 7(f) and this Court's March 14, 2025 scheduling order, ECF No. 26, Plaintiff respectfully requests a hearing on this motion during the week of April 21, 2025.

Dated: April 2, 2025

Respectfully submitted,

**WILLIAMS & CONNOLLY LLP**

By: */s/ Dane H. Butswinkas*
Dane H. Butswinkas (D.C. Bar #425056)

| | |
|---|---|
| F. Lane Heard III (D.C. Bar #291724) | Amy M. Saharia (D.C. Bar #981644) |
| Christopher N. Manning (D.C. Bar #464069) | Matthew B. Nicholson (D.C. Bar #1013418) |
| Ryan T. Scarborough (D.C. Bar #466956) | Carol J. Pruski (D.C. Bar #1006941)* |
| Malachi B. Jones (D.C. Bar #455555) | Charles L. McCloud (D.C. Bar #1012047)* |
| Charles Davant IV (D.C. Bar #484305) | Krystal C. Durham (D.C. Bar # 987768) |
| David S. Kurtzer-Ellenbogen (D.C. Bar #489559) | Eden Schiffmann (D.C. Bar #1035019) |
| Jesse T. Smallwood (D.C. Bar #495961) | |

680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5000

*Counsel for Plaintiff Perkins Coie LLP*

*\* DDC bar application pending*