UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>      *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>      *Defendants*. | Case No. 25-716 (BAH) |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF THE AMERICAN CIVIL LIBERTIES UNION, THE AMERICAN CIVIL LIBERTIES UNION OF THE DISTRICT OF COLUMBIA, THE CATO INSTITUTE, THE ELECTRONIC FRONTIER FOUNDATION, THE FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION, THE INSTITUTE FOR JUSTICE, THE KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY, THE NATIONAL COALITION AGAINST CENSORSHIP, THE REPORTERS COMMITTEE FOR THE FREEDOM OF THE PRESS, THE RUTHERFORD INSTITUTE, AND THE SOCIETY FOR THE RULE OF LAW INSTITUTE FOR LEAVE TO FILE BRIEF AMICUS CURAE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

  Upon consideration of Amici's motion, and the arguments and papers presented in support and opposition thereto, the Court hereby ORDERS that the motion for leave is GRANTED.

SO ORDERED.

Entered this \_\_\_ day of _____, 2025.

                   _____
                   Honorable Beryl A. Howell
                   United States District Judge