IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PERKINS COIE LLP,** <br> *Plaintiff*, <br><br> v. <br><br> **U.S. DEPARTMENT OF JUSTICE, et al.,** <br> *Defendants*. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:25-cv-00716-BAH <br> ) <br> ) <br> ) <br> ) |

**UNOPPOSED MOTION OF FORMER PRESIDENTS
OF THE DISTRICT OF COLUMBIA BAR FOR
LEAVE TO FILE *AMICI CURIAE BRIEF* IN SUPPORT OF PLAINTIFF**

**INTRODUCTION AND INTERESTS OF AMICI**

Pursuant to LCvR 7(o), this request for leave to file the attached *amicus curiae* brief is filed on behalf of twenty former Presidents of The District of Columbia Bar and District of Columbia Bar leaders in support of Plaintiff's motion for summary judgment (ECF No.39).[1] The District of Columbia Bar is the second-largest unified bar in the U.S. and the mandatory bar for all lawyers authorized to practice in Washington D.C. Consistent with Local Rule 7(m), we have apprised counsel for Plaintiff and Defendants, who have each advised that they do not object to the filing of this motion.

Each of the former District of Columbia Presidents seeking status as *amici curiae*, including the undersigned counsel, was elected at various points over the past five decades by the tens of thousands of lawyers authorized to practice law in the Nation's Capital. These former

---

[1] The list of former Presidents of The District of Columbia Bar and District of Columbia Bar leaders on whose behalf this motion is submitted appears at the end of this motion. They are seeking to participate as *amici* in their personal capacity and not as members of their law firms, companies, or employers.

1

D.C. Bar presidents are of varying political affiliations. We have conflicting perspectives on many issues of law and policy. But as former bar leaders, each of us has promoted and acted to advance the Bar's core values of increasing access to justice in our community. We are united in the view that our democracy depends on the crucial role of the courts (and by extension lawyers as officers of the court) in our constitutional system of checks and balances to uphold and defend the Rule of Law.

While we are aligned with the position of the Plaintiff, our interests are distinct from those of a law firm. We are lawyers whose primary careers have been in government service, in private practice in large and small firms, in the academic community, in public interest organizations, in corporate law departments, or in a combination of those experiences. The formal steps taken by the Trump Administration to penalize and intimidate the President's perceived political enemies profoundly affect all lawyers, and most particularly those in the seat of government where we and others practice law.

We are aware that in this extraordinary time in the history of our democracy, even the filing of a "friend of the court" brief now potentially places us at personal risk of reprisal from the Trump Administration. We nonetheless believe that it is imperative that members of the legal community and particularly its leaders speak out publicly to denounce the current Administration's unprecedented and unconstitutional actions to prevent its political opponents from having access to legal counsel and to muzzle and restrain a profession that is essential to the administration of justice.

## CONCLUSION

For these reasons, we respectfully request that this Court enter the attached order granting them leave to participate in this case as *amici curiae* and permit the filing of attached *amici* brief.

Respectfully submitted.

_____
Andrea C. Ferster
Law Offices of Andrea C Ferster
DC Bar #384658
68 Beebe Pond Road
Canaan, NY 12029
Phone: 202-669-6311
Email: Andreaferster@gmail.com

*Of Counsel*
Philip Allen Lacovara
(DC Bar #194472)
4552 West Gulf Drive
Sanibel, FL 33957-5106
Phone: 239-472-2992
Email: placovara@gmail.com

**P**ROPOSED **A**MICI **C**URIAE

***Past Presidents of The District of Columbia Bar***
(appearing in their individual capacities)

Charles R. Work (1976-1977)

Marna Tucker 1984-1985)

Philip Allen Lacovara (1988-1989)

Robert N. Weiner (1995-1996)

Myles V. Lynk (1996-1997)

Andrew H. Marks (1998-1999)

Joan H. Strand (1999-2000)

John W. Nields, Jr. (2000-2001)

John C. Keeney Jr. (2004-2005)

John C. Cruden (2005-2006)

James J. Sandman (2006-2007)

Melvin White (2007-2008)

Kim M. Keenan (2009-2010)

Andrea Ferster (2013-2014)

Annamaria Steward (2016-2017)

Patrick McGlone (2017-2018)

Susan M. Hoffman (2019-2020)

***Other Former Leaders of The District of Columbia Bar***

Katherine A. Mazzaferri
    (Executive Director, 1982-2010,
    Chief Executive Officer, 2010-2017)

Cynthia D. Hill
    (Assistant Executive Director for Programs, 1990-2010,
    Chief Programs Officer, 2010- 2017)

Maureen Thornton Syracuse
    (DC Bar Pro Bono Center,
    Director/Executive Director, 1992-2011)