UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PERKINS COIE LLP,** *Plaintiff*, | ) ) ) ) |
| v. | ) Civil Action No. 1:25-cv-00716-BAH ) |
| **U.S. DEPARTMENT OF JUSTICE, et al.,** *Defendants*. | ) ) ) ) |

**[PROPOSED] ORDER GRANTING THE MOTION OF FORMER PRESIDENTS OF THE DISTRICT OF COLUMBIA BAR LEAVE TO FILE A BRIEF AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the Motion of Former Presidents of the District of Columbia Bar for Leave To File A Brief As *Amici Curiae* in Support of Plaintiff, and the lack of any opposition thereto, it is hereby:

**ORDERED** that the motion of Former Presidents of the District of Columbia Bar for leave to file its *amici* brief is **GRANTED** and the Clerk of the Court shall accept the amicus brief attached to the motion as filed April 2, 2025, *nunc pro tunc*.

**SO ORDERED** this ___ day of April 2025

_____
BERYL A. HOWELL
United States District Judge