## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PERKINS COIE LLP,

       Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

       Defendants.

Civil Action No. 25-0716 (BAH)

## DEFENDANTS' MOTION TO DISMISS
## AND FOR EXPEDITED JUDGMENT

Defendants hereby move to dismiss and for expedited judgment.  The grounds for the

motion are explained in the accompanying memorandum in support of this Motion.  A proposed

order is also submitted herewith.

Dated:  April 2, 2025
      Washington, D.C.

Respectfully submitted,

CHAD MIZELLE
Acting Associate Attorney General


/s/ *Richard Lawson*
RICHARD LAWSON
Deputy Associate Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 445-8042

*Counsel for Defendants*