THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 25-0716 (BAH) |

**[Proposed] ORDER**

After consideration of Defendants' Motion to Dismiss and for Expedited Judgment [ECF No. ___], it is hereby **ORDERED** that the Motion is **GRANTED** and **JUDGMENT** is entered in favor of Defendants.

**SO ORDERED**.

Dated: _____

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BERYL A. HOWELL
　　　　　　　　　　　　　　　　　　　　United States District Judge