# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>        Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE, FEDERAL COMMUNICATIONS COMMISSION, OFFICE OF MANAGEMENT AND BUDGET, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, OFFICE OF PERSONNEL MANAGEMENT, GENERAL SERVICES ADMINISTRATION, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, THE UNITED STATES OF AMERICA, and in their official capacities, PAMELA J. BONDI, BRENDAN CARR, RUSSELL T. VOUGHT, ANDREA R. LUCAS, CHARLES EZELL, STEPHEN EHEKIAN, and TULSI GABBARD,<br><br>        Defendants. | NO. 1:25-cv-00716-BAH |

## UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* 363 LAW PROFESSORS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FOR DECLARATORY AND PERMANENT INJUNCTIVE RELIEF

*Amici curiae* professors of law respectfully move for leave to file the attached proposed brief in support of Plaintiff Perkins Coie's motion for Summary Judgment and for Declaratory and Permanent Injunctive Relief in the above-captioned case. Counsel for Plaintiff and the Government have consented to the filing of *amici's* brief. In support of this motion, *amici* state:

*Amici* are 363 law professors who study, write, and teach at law schools throughout the

United States.[1] They are experts in constitutional law, legal ethics, and the history of the legal profession, among other fields. *Amici* have a significant interest in ensuring that the principles of free speech, freedom of association, the right to petition the government, and the right to counsel are upheld. They also have a strong interest in upholding the rule of law and the ethics of the legal profession as legal educators who are responsible for training the next generation of lawyers. *Amici* submit their brief to emphasize the threat that the President's Executive Order (the "Order")[2] presents to the independence and integrity of the legal profession, the rights of clients to seek redress in the courts, and, by extension, the rule of law.

This Court has "wide discretion in deciding whether to grant a third party leave to file an amicus curiae brief." In re *Search of Info. Associated with [redacted]@mac.com that is Stored at Premises Controlled by Apple*, 13 F. Supp. 3d 157, 167 (D.D.C. 2014); *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Eng'rs*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007) (same). This Court has previously exercised its "broad discretion" to allow *amicus* participation by *amici* with "relevant expertise and a stated concern for the issues at stake" where the Court found that "it may benefit from their input" in deciding the case. *District of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011); *see also, Nat'l Ass'n of Home Builders*, 519 F. Supp. 2d at 93 (granting leave to file because "the court may benefit from [*amicus*] input"). An *amicus* "'participates only for the benefit of the Court,'" *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131,

---

[1] A full list of *amici* is provided in Appendix A. *Amici*'s institutional affiliations are provided for purposes of identification only and do not reflect the views of the listed institutions.

[2] Throughout this motion, "Executive Order" or "Order" refers to Executive Order. No. 14230, codified at 90 Fed. Reg. 11,781 (Mar. 6, 2025), titled "Addressing Risks from Perkins Coie LLP," as well as the accompanying Fact Sheet titled "Fact Sheet: President Donald J. Trump Addresses Risks from Perkins Coie LLP" of the same date.

136 (D.D.C. 2008) (quoting *United States v. Microsoft Corp.,* 2002 WL 319366, at *2 (D.D.C. 2002)). *Amicus* participation "should be permitted if it will assist the judge 'by presenting ideas, arguments, theories, insights, facts or data that are not to be found in the parties' briefs.'" *Mashpee Wampanoag Tribe,* 2020 WL 2615523 at *1 (D.D.C. May 22, 2020) (quoting *Voices for Choices v. Ill. Bell Tel. Co.*, 339 F.3d 542, 545 (7th Cir. 2003)); *see also* In re *Search of Info.*, 13 F. Supp. 3d at 167 (D.D.C. 2014) (same).

Local Civ. Rule 7(o)(2) requires potential *amici* to set forth the reasons why an *amicus* brief "is desirable, why the movant's position is not adequately represented by a party, and why the matters asserted are relevant to the disposition of the case." D.D.C. LR 7(o)(2). It directs that motions for leave to file must be filed "in a timely manner such that it does not unduly delay the Court's ability to rule on any pending matter." D.D.C. LR 7(o)(2). The proposed *amicus* brief satisfies these standards and the requirements.

**The brief is relevant to the disposition of this case:** The proposed brief directly addresses the key issues that are raised in this litigation and that are relevant to its disposition. The brief details how the Order violates the First Amendment, including because the Order singles out Perkins Coie and discriminates against it on the basis of its clients' viewpoints, because it unconstitutionally controls the speech and associational freedoms of lawyers engaged in legal work against the government, because it imposes unconstitutional conditions on the firm's access to government funding and property, and because it violates the Petition Clause. The brief then analyzes the Order's violation of the Fifth and Sixth Amendments, explaining that it interferes with clients' access to counsel and their right to select a lawyer free of government intervention and conflicting loyalties. It traces the historical origins of the American right to counsel of choice and explains how that right would be undermined if the Executive branch of the government could

3

control who represents—and who doesn't represent—its adversaries in court. Finally, the brief highlights why the harm from the Order goes beyond the specific constitutional violations described and poses a broader threat to legal profession and the rule of law.

**The brief is desirable and provides *amici's* unique perspectives and input that will benefit the Court**: *Amici* write from the perspective of expert legal scholars and educators specializing in constitutional law, legal ethics, the history of the legal profession, among other fields. Grounded in *amici's* substantial expertise, the proposed brief offers a scholarly analysis of the myriad ways in which the Order violates the Constitution. And, as *amici* include scholars of the legal profession, *amici* provide a comprehensive evaluation of the grave threat that the Order poses to lawyers and law firms across the nation. Indeed, while Plaintiff Perkins Coie's primary interest is likely in protecting its own interest and those of its clients, *amici's* brief will assist the Court by highlighting the need to safeguard the right of *all* clients to secure the counsel of their choice, and the right of *all* lawyers and law firms to represent their clients free from unlawful governmental interference.

*Amici's* scholarly viewpoint provides unique insights into the threat the Order poses to the integrity of the judicial process and the serious harm that will result if the President is permitted to continue to threaten and punish lawyers for zealously representing their clients in court. Ultimately, *amici* offer a beneficial and unique perspective into the manner by which the Order will compromise the American legal system and undermine the rule of law.

**The proposed brief is timely**. It is being submitted with this motion less than one day after Plaintiff's opening brief that it supports. This timing will not affect the Defendants' ability to respond to or the Court's ability to timely rule on the Plaintiff's motion.

For the foregoing reasons, *amici* respectfully request that the Court grant leave to file the

attached *amicus curiae* brief.

A proposed order is attached to this motion.

Dated: April 2nd, 2025        Respectfully submitted,

*/s/ Phillip R. Malone*
Phillip R. Malone
559 Nathan Abbott Way
Stanford, CA 94305
Telephone: (650) 725-6369
Fax: (650)-723-4426

*Counsel for Amici Curiae*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2nd, 2025, I electronically filed the original of this Motion, its accompanying appendix, and its attached proposed brief with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

DATED this 2nd day of April 2025.

/s/ Phillip R. Malone
Phillip R. Malone

# APPENDIX A

## LIST OF *AMICI CURIAE* LAW PROFESSORS

Institutional affiliations are provided for purposes of identification only and do not reflect the views of the listed institutions.

**Richard L. Abel**
Connell Distinguished Professor of Law
Emeritus and Distinguished Research
Professor
UCLA School of Law

**Kathryn Abrams**
Herma Hill Kay Distinguished Professor of
Law
University of California, Berkeley Law
School

**Jamie R. Abrams**
Professor of Law
American University Washington College of
Law

**Jessie Allen**
Professor of Law
University of Pittsburgh School of Law

**Jonathan Askin**
Professor of Clinical Law
Brooklyn Law School

**Emad H. Atiq**
Professor of Law and Philosophy
Cornell Law School

**Rebecca Aviel**
Professor of Law
University of Denver Sturm College of Law

**Ann Schofield Baker**
Professor of Law from Practice
New York Law School

**Carlos A. Ball**
Distinguished Professor of Law
Rutgers Law School

**Mark Bartholomew**
Professor of Law
University at Buffalo School of Law

**Benjamin Barton**
Helen and Charles Lockett Distinguished
Professor of Law
The University of Tennessee College of Law

**Derek Bambauer**
Irving Cypen Professor of Law
University of Florida Levin College of Law

**Loftus Becker**
Professor of Law Emeritus
University of Connecticut School of Law

**Lenni B. Benson**
Professor of Law
New York Law School

**C. Elizabeth Belmont**
Clinical Professor of Law and Director of
Experiential Education
Washington & Lee University School of
Law

**Eric Berger**
Earl Dunlap Distinguished Professor of Law
University of Nebraska College of Law

**Vivian Berger**
Nash Professor of Law Emerita
Columbia Law School

**Emily Berman**
William B. Bates Distinguished Chair in
Law
University of Houston Law Center

**Elizabeth Earle Beske**
Professor of Law, Associate Dean for
Scholarship
American University Washington College of
Law

**Brian H. Bix**
Frederick W. Thomas Professor of Law and
Philosophy
University of Minnesota Law School

**Susanna Blumenthal**
William L. Prosser Professor of Law and
Professor of History
University of Minnesota Law School

**Carl T. Bogus**
Professor of Law Emeritus
Roger Williams University School of Law

**Meghan Boone**
Professor of Law
Wake Forest University School of Law

**Jennifer Borg**
Clinical Lecturer & Senior Research Scholar
Yale Law School-Media Freedom and
Information Access Law Clinic

**Vincent Martin Bonventre**
Justice Robert H. Jackson Distinguished
Professor of Law
Albany Law School

**Frank O. Bowman, III**
Curators' Distinguished Professor Emeritus
& Floyd R. Gibson Missouri Endowed
Professor Emeritus
University of Missouri School of Law

**Deborah L. Brake**
Professor of Law
University of Pittsburgh School of Law

**Ben Bratman**
Professor of Legal Writing
University of Pittsburgh School of Law

**Cheryl Bratt**
Associate Professor of the Practice
Boston College Law School

**Robert Brauneis**
Michael J. McKeon Professor of Intellectual
Property Law
The George Washington University Law
School

**Paul Brest**
Professor Emeritus
Stanford Law School

**Lea Brilmayer**
Howard M. Holtzmann Professor Emeritus
of Law
Yale Law School

**Juliet M. Brodie**
Professor of Law
Stanford Law School

**Mark Brodin**
Professor
Boston College Law School

**Mark R. Brown**
Newton D. Baker/Baker & Hostetler Chair
& Professor of Law
Capital Law School

**Alan Brownstein**
Professor of Law Emeritus
UC Davis School of Law

**Ryan Calo**
Lane Powell and D. Wayne Gittinger
Professor of Law
University of Washington School of Law

**Aaron H. Caplan**
Professor of Law
LMU Loyola Law School

**Jonathan Cardi**
Judge Donald L. Smith Professor of Law
Wake Forest University School of Law

**David Carney**
Professor of Law
Case Western Reserve University School of Law

**Daniel Canon**
Assistant Professor of Law
University of Louisville, Louis D. Brandeis School of Law

**Eduardo R.C. Capulong**
Professor of Law
University of Hawai'i Manoa William S. Richardson School of Law

**Susan Carle**
Professor of Law
American University Washington College of Law

**Ann Carlson**
Shirley Shapiro Professor of Environmental Law
UCLA School of Law

**Dale Carpenter**
Judge William Hawley Atwell Chair of Constitutional Law
SMU Dedman School of Law

**Gilbert Paul Carrasco**
Professor of Law Emeritus
Willamette University College of Law

**William M. Carter, Jr.**
Professor of Law
University of Pittsburgh School of Law

**Zachary L. Catanzaro**
Assistant Professor of Law
St. Thomas University College of Law

**Dale Cecka**
Professor of Law
Albany Law School

**Martha Chamallas**
Distinguished University Professor
The Ohio State University Moritz College of Law

**Anupam Chander**
Scott K. Ginsburg Professor of Law and Technology
Georgetown Law School

**Elizabeth Chambliss**
Henry Harman Edens Professor of Law
University of South Carolina Joseph F. Rice School of Law

**Bernard Chao**
Professor of Law
University of Denver Sturm College of Law

**Erwin Chemerinsky**
Dean and Professor of Law
University of California, Berkeley School of Law

**Alan K. Chen**
Thompson G. Marsh Law Alumni Professor
University of Denver Sturm College of Law

**Ronald K. Chen**
University Professor and Distinguished Professor of Law
Rutgers University

**Margaret Chon**
Donald and Lynda Horowitz Endowed Chair for the Pursuit of Justice
Seattle University School of Law

**Stephen Clark**
Professor of Law
Albany Law School

**Ralph D. Clifford**
Emeritus Professor of Law
University of Massachusetts School of Law

**Zachary Clopton**
Professor of Law
Northwestern Pritzker School of Law

**Morgan Cloud**
Charles Howard Candler Professor of Law
Emeritus
Emory University School of Law

**Wilfred Codrington III**
Walter Floersheimer Professor of
Constitutional Law
Benjamin N. Cardozo School of Law

**Daniel O. Conkle**
Robert H. McKinney Professor of Law
Emeritus
Indiana University Maurer School of Law

**Roberto L. Corrada**
Professor of Law
University of Denver Sturm College of Law

**Julie E. Cohen**
Mark Claster Mamolen Professor of Law &
Technology
Georgetown Law School

**David S. Cohen**
Professor of Law
Drexel Kline School of Law

**Thomas F. Cotter**
Professor of Law
University of Minnesota Law School

**Caroline Mala Corbin**
Professor of Law
University of Miami School of Law

**Nathan Cortez**
Callejo Endowed Professor
SMU Dedman School of Law

**Avidan Y. Cover**
Professor of Law
Case Western Reserve University School of
Law

**Christine Coughlin**
Professor of Law
Wake Forest University School of Law

**Karen Halverson Cross**
Professor of Law
University of Illinois Chicago Law School

**Scott Cummings**
Robert Henigson Professor of Legal Ethics
UCLA School of Law

**Christopher E. Czerwonka**
Special Professor of Law
Maurice A. Deane School of Law at Hofstra
University

**Stephanie Dangel**
Professor of Practice
University of Pittsburgh School of Law

**Bob Dauber**
Clinical Professor Emeritus
Sandra Day O'Connor College of Law,
Arizona State University

**Kirsten Dauphinais**
Professor of Law
University of North Dakota School of Law

**Martha F. Davis**
University Distinguished Professor
Northeastern University School of Law

**John C. Dehn**
Associate Professor of Law
Loyola University Chicago School of Law

**Amy Dillard**
Associate Professor of Law
University of Baltimore

**Lisa A. Dolak**
Professor of Law
Syracuse University College of Law

**Michael C. Dorf**
Robert S. Stevens Professor of Law
Cornell Law School

**Joshua Dressler**
Professor of Law Emeritus
The Ohio State University Moritz College of
Law

**Robin Effron**
Professor of Law
Brooklyn Law School

**Anne Sodini Emanuel**
Professor of Law, Emerita
Georgia State University College of Law

**Garrett Epps**
Professor Emeritus
University of Baltimore School of Law
Professor of Practice
University of Oregon School of Law

**Stacy Etheredge**
Associate Professor of Law
University of Idaho College of Law

**Danieli Evans**
Assistant Professor of Law
University of Washington School of Law

**Anthony Paul Farley**
James Campbell Matthews Distinguished
Professor of Jurisprudence
Albany Law School

**Jennifer Fan**
Professor of Law & Therese Maynard Chair
in Business Law
Loyola Law School, Los Angeles

**Aaron Fellmeth**
Dennis S. Karjala Professor of Law, Science
and Technology
Sandra Day O'Connor College of Law

**Sharon Finegan**
Professor of Law
South Texas College of Law

**Martha Albertson Fineman**
Robert W. Woodruff Professor of Law
Emory University School of Law

**Claire Finkelstein**
Algernon Biddle Professor of Law and
Professor of Philosophy
University of Pennsylvania

**Jeffrey Fagan**
Isidor & Seville Sulzbacher Professor of
Law
Columbia University Law School

**Marie A. Failinger**
Emerita Professor of Law
Mitchell Hamline School of Law

**Mailyn Fidler**
Assistant Professor
University of New Hampshire Franklin
Pierce School of Law

**Ronald Filler**
Professor of Law Emeritus
New York Law School
Visiting Professor
University of San Francisco School of Law

**Harry First**
Charles L. Denison Professor of Law
Emeritus
NYU School of Law

**Owen Fiss**
Sterling Professor Emeritus of Law
Yale Law School

**Victor B. Flatt**
Coleman P. Burke Chair in Environmental
Law
Case Western Reserve University School of
Law

**Martin Flaherty**
Charles and Marie Robertson Visiting
Professor
School of Public and International Affairs,
Princeton University

**Eleanor Fox**
Professor Emerita
NYU School of Law

**Eric M. Freedman**
Siggi B. Wilzig Distinguished Professor of
Constitutional Rights
Maurice A. Deane School of Law at Hofstra
University

**Alexi Freeman**
Professor of the Practice
University of Denver Sturm College of Law

**Lawrence M. Friedman**
Marion Rice Kirkwood Professor of Law,
Emeritus
Stanford Law School

**Shannon Fyfe**
Assistant Professor
Washington & Lee University School of
Law

**Frank J. Garcia**
Professor of Law
Boston College Law School

**Marie-Amélie George**
Professor of Law
Wake Forest University School of Law

**Sarah Gerwig**
Professor of Law
Mercer University School of Law

**Bennett L. Gershman**
Distinguished Professor of Law
Pace University

**James Gibson**
Sesquicentennial Professor of Law
University of Richmond

**Charles Gardner Geyh**
Distinguished Professor and John F.
Kimberling Chair in Law
Indiana University Maurer School of Law

**Joe Glannon**
Professor of Law
Suffolk Law School

**Shubha Ghosh**
Crandall Melvin Professor of Law
Syracuse University College of Law

**Nicole B. Godfrey**
Assistant Professor of Law
University of Denver Sturm College of Law

**Cynthia Godsoe**
Professor of Law
Brooklyn Law School

6

**Steve C. Gold**
Professor of Law and Judge Raymond J.
Dearie Scholar
Rutgers Law School

**Eric Goldman**
Professor of Law
Santa Clara University School of Law

**Paul Goldstein**
Lillick Professor of Law
Stanford Law School

**Thalia González**
Professor of Law
UC Law San Francisco

**Robert W. Gordon**
Professor of Law, Emeritus
Stanford Law School

**Sarah Gottlieb**
Assistant Clinical Professor of Law
Washington & Lee University School of
Law

**Paul Gowder**
Professor of Law
Northwestern Pritzker School of Law

**Michael Green**
Visiting Professor
Washington University in St. Louis

**Kent Greenfield**
Professor of Law and Dean's Distinguished
Scholar
Boston College

**Betsy Grey**
Professor of Law
Arizona State University College of Law

**James Grimmelmann**
Tessler Family Professor of Digital and
Information Law
Cornell Tech and Cornell Law School

**Joanna L. Grossman**
Ellen K. Solender Endowed Chair in
Women and Law & Professor of Law
SMU Dedman School of Law

**Lisa Grumet**
Professor of Law
New York Law School

**Michael Grynberg**
Professor of Law
DePaul University College of Law

**Jennifer A. Gundlach**
Emily & Stephen Mendel Distinguished
Professor of Law and Clinical Professor of
Law
Maurice A. Deane School of Law at Hofstra
University

**Jeffrey Gutman**
Professor of Clinical Law
George Washington University Law School

**Lucas Guttentag**
Professor of the Practice of Law
Stanford Law School

**Thomas Haley**
Assistant Professor
University of Florida Levin College of Law

**Mark A. Hall**
Professor of Law and Public Health
Wake Forest University

**Rebecca Hamilton**
Professor of Law
American University Washington College of
Law

**G.S. Hans**
Clinical Professor of Law
Cornell Law School

**Karen Hanson Wellman**
Assistant Clinical Professor
University of Idaho College of Law

**Daniel Harawa**
Professor of Clinical Law
NYU School of Law

**Grant M. Hayden**
Richard R. Lee Jr. Endowed Professor of
Law
SMU-Dedman School of Law

**Antony Haynes**
Professor of Law
Albany Law School

**Paul J. Heald**
Albert J. Harno & Edward W. Cleary Chair
in Law, Emeritus
University of Illinois College of Law

**William Henderson**
Professor and Stephen F. Burns Chair on the
Legal Profession
Indiana University Maurer School of Law

**Helen Hershkoff**
Herbert M. and Svetlana Wachtell Professor
of Constitutional Law and Civil Liberties
NYU School of Law

**Kathy Hessler**
Assistant Dean of Animal Law and Clinical
Professor of Law
The George Washington University Law
School

**Robert Heverly**
Associate Professor of Law
Albany Law School

**Laura A. Heymann**
James G. Cutler Professor of Law
William & Mary Law School

**B. Jessie Hill**
Judge Ben C. Green Professor of Law
Case Western Reserve University

**Claire Hill**
Professor and James L. Krusemark Chair in
Law
University of Minnesota Law School

**Robert A. Hillman**
Edwin H. Woodruff Professor of Law,
Emeritus
Cornell Law School

**Keith Hirokawa**
Distinguished Professor of Law
Albany Law School

**Timothy R. Holbrook**
Provost's Professor & Robert B. Yegge
Endowed Distinguished Professor in Law
University of Denver Sturm College of Law

**Nicholas D. Horan**
Associate Teaching Professor and Assistant
Dean for Academic Success
Northeastern University School of Law

**Aziz Huq**
Frank and Bernice J. Greenberg Professor of
Law
University of Chicago Law School

**Rebecca Ingber**
Professor of Law
Benjamin N. Cardozo School of Law

**Steven D. Jamar**
Professor of Law, Emeritus
Howard University School of Law

**Dawn Johnsen**
Walter W. Foskett Professor of Law
Indiana University Maurer School of Law

**Eric E. Johnson**
Earl Sneed Centennial Professor of Law
University of Oklahoma College of Law

**Sheri Johnson**
James and Mark Flanagan Professor of Law
Cornell Law School

**Linda D. Jellum**
Professor of Law
University of Idaho College of Law

**Jeffrey Kahn**
University Distinguished Professor of Law
SMU Dedman School of Law

**Johanna Kalb**
Dean and Professor of Law
University of San Francisco School of Law

**Pamela S. Karlan**
Kenneth and Harle Montgomery Professor
of Public Interest Law
Stanford Law School

**Alexis Karteron**
Professor of Clinical Law
NYU School of Law

**Ken Katkin**
Professor of Law
NKU Chase College of Law

**Mark Kelman**
James C. Gaither Professor of Law and Vice
Dean
Stanford Law School

**Amalia Kessler**
Lewis Talbot and Nadine Hearn Shelton
Professor of International Legal Studies
Stanford Law School

**Neil Kinkopf**
Professor of Law
Georgia State University College of Law

**Heidi D. Kitrosser**
William W. Gurley Professor of Law
Northwestern Pritzker School of Law

**Karl Klare**
George J. & Kathleen Waters Matthews
Distinguished University Professor
Northeastern University School of Law

**Michael Klarman**
Charles Warren Professor of American
Legal History
Harvard Law School

**Alexandra Klein**
Assistant Professor of Law
Washington & Lee University School of
Law

**Harold Hongju Koh**
Sterling Professor of International Law
Yale Law School

**Susan P. Koniak**
Professor of Law, Emerita
Boston University School of Law

**William S. Koski**
Eric & Nancy Wright Professor of Clinical
Education and Professor of Law
Stanford Law School

**Harold J. Krent**
Professor of Law
Chicago-Kent College of Law

**Margaret B. Kwoka**
Lawrence Herman Professor in Law
The Ohio State University Moritz College of
Law

**Alexandra D. Lahav**
Anthony W. and Lulu C. Wang Professor
Cornell Law School

**Amy Landers**
Professor of Law
Drexel University Kline School of Law

**John Thomas Langford**
Visiting Associate Clinical Professor of Law
Yale Law School

**Peter Larsen**
Assistant Professor of Law
Mitchell Hamline School of Law

**Michael Lawrence**
Professor of Law
Michigan State University

**Robert P. Lawry**
Emeritus Professor of Law
Case Western Reserve University

**Thomas S. Leatherbury**
Clinical Professor of Law and Director of
the First Amendment Clinic
SMU Dedman School of Law

**Jeffrey Lefstin**
Professor of Law
University of California College of the Law,
San Francisco

**Mark A. Lemley**
William H. Neukom Professor
Stanford Law School

**Arther S. Leonard**
Professor of Law Emeritus
New York Law School

**Lisa G. Lerman**
Professor of Law Emerita
Catholic University of America Columbus
School of Law

**Gregg P. Leslie**
Professor of Practice
Arizona State University Sandra Day
O'Connor College of Law

**John Leubsdorf**
Distinguished Professor
Rutgers Law School

**Leslie Levin**
Professor of Law
University of Connecticut School of Law

**David S. Levine**
Professor of Law
Elon University School of Law

**Ariana Levinson**
Frost, Brown, Todd Professor of Law
University of Louisville

**Justin Levitt**
Professor of Law
LMU Loyola Law School

**Yvette Joy Liebesman**
Professor of Law
Saint Louis University School of Law

**James S. Liebman**
Professor of Law
Columbia Law School

**Theo Liebmann**
Clinical Professor of Law
Maurice A. Deane School of Law at Hofstra
University

**Leah Litman**
Professor of Law
University of Michigan Law School

**Stephen Loffredo**
Professor of Law Emeritus
CUNY School of Law

**David A. Logan**
Dean and Professor of Law Emeritus
Roger Williams University School of Law

**David Luban**
Distinguished University Professor
Georgetown Law School

**Steven Lubet**
Williams Memorial Professor of Law,
Emeritus
Northwestern Pritzker School of Law

**Mary A. Lynch**
Kate Stoneman Chair in Law and
Democracy
Albany Law School

**Gregory P. Magarian**
Thomas and Karole Green Professor of Law
Washington University in St. Louis

**Carol Mallory**
Teaching Professor
Northeastern University School of Law

**Suzette Malveaux**
Roger D. Groot Professor of Law
Washington & Lee University School of
Law

**Maya Manian**
Professor of Law
American University Washington College of
Law

**Cathy Lesser Mansfield**
Senior Instructor
Case Western Reserve University

**Irina Manta**
Professor of Law
Maurice A. Deane School of Law at Hofstra
University

**William Marshall**
Kenan Professor of Law
University of North Carolina

**Jennifer Martin**
Professor of Law
Albany Law School

**Toni M. Massaro**
Professor of Law, Emerita
University of Arizona

**Connie Mayer**
Professor of Law
Albany Law School

**Thomas Wm. Mayo**
Professor of Law
SMU Dedman School of Law

**William McGeveran**
Dean & William S. Pattee Professor of Law
University of Minnesota School of Law

**Nicholas M. McLean**
Assistant Professor of Law
University of Hawai'i at Mānoa, William S.
Richardson School of Law

**M. Isabel Medina**
Victor H. Schiro Distinguished Professor of
Law
Loyola University New Orleans College of
Law

**Joan Meier**
NFVLC Professor of Clinical Law
George Washington University Law School

**Michelle Mello**
Professor of Law
Stanford Law School

**Bernadette Meyler**
Carl and Sheila Spaeth Professor of Law
Stanford Law School

**Amelia Miazad**
Acting Professor of Law
UC Davis School of Law

**Frank Michelman**
Robert Walmsley University Professor and
Professor of Law, Emeritus
Harvard University

**Monte Mills**
Professor & Director, Native American Law
Center
University of Washington School of Law

**Viva R. Moffat**
Professor of Law
University of Denver Sturm College of Law

**Daniel I. Morales**
Associate Professor of Law, Dwight Olds
Chair in Law
University of Houston Law Center

**Alison Morantz**
James and Nancy Kelso Professor of Law
Stanford Law School

**Nicole Morris**
Professor of Practice
Emory University School of Law

**Alan Morrison**
Associate Dean
George Washington University Law School

**Deirdre K. Mulligan**
Professor of Law
University of California, Berkeley School of
Law

**Emily R.D. Murphy**
Professor of Law
University of California College of the Law,
San Francisco

**Heather E. Murray**
Associate Director, Cornell Law School
First Amendment Clinic
Cornell Law School

**Sharmila Murthy**
Professor of Law and Public Policy
Northeastern University School of Law

**Karen Musalo**
Professor of Law
UC Law San Francisco

**Ellen Murphy**
Professor of Practice
Wake Forest University School of Law

**Ryan H. Nelson**
Associate Professor of Law
South Texas College of Law Houston

**Burt Neuborne**
Norman Dorsen Professor of Civil Liberties
Emeritus
NYU Law School

**Len Niehoff**
Professor from Practice
University of Michigan Law School

**Steve H. Nickles**
Professor of Law
Wake Forest University School of Law

**John T. Nockleby**
Professor of Law
LMU Loyola Law School

**Clare R. Norins**
Clinical Associate Professor
University of Georgia School of Law

**Helen Norton**
University Distinguished Professor and
Rothgerber Chair in Constitutional Law
University of Colorado School of Law

**Jacob Noti-Victor**
Associate Professor of Law
Benjamin N. Cardozo School of Law

**Eric W. Orts**
Guardsmark Professor, Legal Studies &
Business Ethics Department
The Wharton School, University of
Pennsylvania

**Brian L. Owsley**
Associate Professor of Law
UNT Dallas College of Law

**Sean A. Pager**
Professor of Law
Michigan State University

**Suzanne Painter-Thorne**
Professor of Law
Mercer University School of Law

**Mary-Rose Papandrea**
Samuel Ashe Distinguished Professor of
Constitutional Law
University of North Carolina School of Law

**Samir D. Parikh**
Professor of Law
Wake Forest University School of Law

**Wendy Parker**
Research Professor of Law
Wake Forest University School of Law

**Wendy E. Parmet**
Matthews Univ. Distinguished Prof of Law
Northeastern University School of Law

**Michael Stokes Paulsen**
Distinguished University Chair & Professor
of Law
The University of St. Thomas School of
Law

**Alexi Pfeffer-Gillett**
Assistant Professor
Washington & Lee University School of
Law

**Russell G. Pearce**
Edward & Marilyn Bellet Chair in Legal
Ethics, Morality and Religion
Fordham University School of Law

**Deborah Pearlstein**
Marie Robertson Visiting Professor in Law
& Public Affairs
Princeton University

**Richard J. Peltz-Steele**
Chancellor Professor
University of Massachusetts Law School

**Michael J. Perry**
Robert W. Woodruff Professor Emeritus
Emory University School of Law

**Philip Peters, Jr.**
Ruth L Hulston Professor Emeritus of Law
University of Missouri School of Law

**Ellen S. Podgor**
Professor of Law
Stetson University College of Law

**Sarah Polcz**
Acting Professor of Law
University of California, Davis School of
Law

**Angi Porter**
Assistant Professor of Law
American University Washington College of
Law

**Lucas A. Powe, Jr.**
Anne Green Regents Chair
University of Texas School of Law

**Richard Primus**
Theodore J. St. Antoine Collegiate Professor of Law
The University of Michigan Law School

**Edward A. Purcell, Jr.**
Joseph Solomon Distinguished Professor Emeritus
New York Law School

**Dara Purvis**
Professor of Law
Temple Beasley School of Law

**Richard J. Pierce, Jr.**
Lyle T. Alverson Professor of Law
George Washington University

**Robert L. Rabin**
A. Calder Mackay Professor of Law
Stanford Law School

**Aziz Rana**
J. Donald Monan, S.J., University Professor of Law and Government
Boston College

**Nancy Rapaport**
Garman Turner Gordon Professor of Law
UNLV William S. Boyd School of Law

**Margaret Raymond**
Warren P. Knowles Chair
University of Wisconsin Law School

**James Redwood**
Professor of Law
Albany Law School

**Mitt Regan**
McDevitt Professor of Jurisprudence
Georgetown Law School

**Alexander A. Reinert**
Max Freund Professor of Litigation and Advocacy
Benjamin N. Cardozo School of Law

**Patricia Youngblood Reyhan**
Distinguished Professor of Law
Albany Law School

**William D. Rich**
Emeritus Professor of Law
University of Akron School of Law

**Sandra L. Rierson**
Professor of Law
Western State College of Law at Westcliff University

**Thomas Riordan**
Visiting Associate Clinical Professor
LMU Loyola Law School

**David Ritchie**
Professor of Law & Philosophy
Mercer University School of Law

**Lauren Robel**
Val Nolan Professor Emerita
Indiana University Maurer School of Law

**Cassandra Burke Robertson**
John Deaver Drinko-BakerHostetler Professor of Law
Case Western Reserve University School of Law

**Sarah Rogerson**
Professor of Law
Albany Law School

**Sonia E. Rolland**
Professor of Law
Northeastern University School of Law

**Tom I. Romero, II**
Professor of Law
University of Denver Sturm College of Law

**Henry Rose**
Professor of Law
Loyola University Chicago School of Law

**Gerald Rosenberg**
Associate Professor Emeritus
University of Chicago Law School

**Elizabeth Rosenblatt**
Professor of Law
Case Western Reserve University Law
School

**Jonathan Rosenbloom**
Professor of Law
Albany Law

**Catherine J. Ross**
Lyle T. Alverson Professor of Law, Emerita
George Washington University Law School

**Eric Ruben**
Associate Professor
SMU Dedman School of Law

**John E. Rumel**
Professor of Law
University of Idaho College of Law
Visiting Professor
University of San Francisco School of Law

**Michael Russo**
Visiting Professor/ Practitioner in Residence
Seattle University School of Law

**Michael L. Rustad**
Thomas Lambert Jr. Professor of Law
Suffolk University Law School

**Zahr Said**
Professor of Law
Santa Clara University Law School

**Rosemary Salomone**
Kenneth Wang Professor of Law
St. John's University School of Law

**Stephen A. Saltzburg**
Wallace and Beverley Woodbury University
Professor
The George Washington University Law
School

**Joshua D. Sarnoff**
Niro Professor of Intellectual Property Law
DePaul University

**Jane Schacter**
Professor of Law
Stanford Law School

**Joan Schaffner**
Associate Professor of Law
The George Washington University Law
School

**Scott Schang**
Professor of Practice
Wake Forest University School of Law

**Erin Scharff**
Willard H. Pedrick Distinguished Research
Scholar and Professor of Law
Arizona State University, Sandra Day
O'Connor College of Law

**Roger E. Schechter**
William Thomas Fryer Research Professor
Emeritus
George Washington University Law School

**Andrew Scherer**
Professor of Law
New York Law School

**Philip G. Schrag**
Delaney Family Professor of Public Interest
Law
Georgetown Law School

**Joshua I. Schwartz**
E.K. Gubin Professor of Law
George Washington University Law School

**Rebecca J. Scott**
Professor of Law & Charles Gibson
Distinguished University Professor of
History
University of Michigan Law School

**Christopher B. Seaman**
Robert E.R. Huntley Professor of Law
Washington & Lee University School of
Law

**Gregory S. Sergienko**
Assistant Dean of Student Affairs &
Instructor
University of Idaho

**Peter M. Shane**
Jacob E. Davis and Jacob E. Davis II Chair
in Law Emeritus
The Ohio State University Moritz College of
Law

**Amanda Shanor**
Assistant Professor of Law
University of Pennsylvania

**Scott Shapiro**
Southmayd Professor of Law and Professor
of Philosophy
Yale Law School

**Jonathan Shapiro**
Professor of Practice
Washington & Lee University School of
Law

**Jonathan J. Sheffield**
Clinical Assistant Professor
Loyola University Chicago

**Jodi L. Short**
Mary Kay Kane Professor of Law
UC Law San Francisco

**Michael Siebecker**
Maxine Kurtz Faculty Research Scholar and
Professor of Law
University of Denver Sturm College of Law

**Jessica Silbey**
Professor of Law
Boston University School of Law

**Gary J. Simson**
Macon Chair in Law
Mercer Law School

**Rima Sirota**
Professor of Law, Legal Practice
Georgetown Law School

**Deborah A. Sivas**
Luke W. Cole Professor of Environmental
Law
Stanford Law School

**David Sloss**
John A. and Elizabeth H. Sutro Professor of
Law
Santa Clara University School of Law

**Abbe Smith**
Scott K. Ginsburg Professor of Law
Georgetown Law School

**Catherine Smith**
Professor of Law
Washington and Lee University School of
Law

**Fred Smith**
Professor of Law
Emory University

**Stacey L. Sobel**
Professor of Law, Associate Dean of
Research & Faculty Development
Western State College of Law at Westcliff
University

**Aviam Soifer**
Professor Emeritus
University of Hawai'i, Wm. S. Richardson
School of Law

**Ann Southworth**
Professor of Law
University of California, Irvine

**Norman W. Spaulding**
Nelson Bowman Sweitzer and Marie B.
Sweitzer Professor of Law
Stanford Law School

**Jane M. Spinak**
Edward Ross Aranow Clinical Professor
Emerita of Law
Columbia Law School

**Carla Spivack**
Distinguished Professor of Law
Albany Law School

**David Stein**
Assistant Professor of Law and Computer
Science
Northeastern University

**Ralph G. Steinhardt**
Lobingier Professor of Comparative Law
and Jurisprudence, Emeritus
George Washington University Law School

**Geoffrey R. Stone**
Edward H. Levi Distinguished Professor of
Law
University of Chicago Law School

**Katherine J. Strandburg**
Alfred Engelberg Professor of Law
New York University School of Law

**Marcy Strauss**
Professor of Law
Loyola Law School Los Angeles

**Susan Sturm**
George M. Jaffin Professor of Law & Social
Responsibility
Columbia Law School

**Madhavi Sunder**
Frank Sherry Professor of Intellectual
Property Law
Georgetown Law School

**Zephyr Teachout**
Professor of Law
Fordham Law School

**George C. Thomas III**
Rutgers University Board of Governors
Professor of Law
Rutgers University

**Richard Thompson Ford**
Professor of Law
Stanford Law School

**Cristina Carmody Tilley**
Professor of Law
University of Iowa College of Law

**Joseph A. Tomain**
Senior Lecturer in Law
Indiana University Maurer School of Law

**Gerald Torres**
Dolores Huerta & Wilma Mankiller
Professor of Environmental Justice
Yale Law School

**Paul R. Tremblay**
Clinical Professor and Dean's Distinguished
Scholar
Boston College Law School

**George Triantis**
Richard E. Lang Professor of Law
Stanford Law School

**Enid Trucios-Haynes**
Bernard Flexner Chair and Professor of Law
Louis D. Brandeis School of Law,
University of Louisville

**Lisa Tucker**
Professor of Law
Drexel University Thomas R. Kline School
of Law

**Rebecca Tushnet**
Frank Stanton Professor of the First
Amendment
Harvard Law School

**Ron Tyler**
Professor of Law (Teaching)
Stanford Law School

**Michael Wald**
Jackson Eli Reynolds Professor of Law
Stanford Law School

**Alec Walen**
Distinguished Professor
Rutgers School of Law

**Tyler Valeska**
Assistant Professor of Law
Loyola University Chicago School of Law

**Liza Vertinsky**
Professor of Law
University of Maryland Carey School of
Law

**Alexander Volokh**
Associate Professor
Emory Law School

**Eugene Volokh**
Thomas M. Siebel Senior Fellow
Hoover Institution at Stanford University
Gary T. Schwartz Professor of Law
Emeritus
UCLA School of Law

**Howard Wasserman**
Professor of Law
FIU College of Law

**Jonathan Weinberg**
Distinguished Professor of Law
Wayne State University

**Allen S. Weiner**
Senior Lecturer in Law
Stanford Law School

**Laura Weinrib**
Fred N. Fishman Professor of Constitutional
Law
Harvard Law School

**Allison Weiss**
Professor of Practice
Washington & Lee School of Law

**Thomas Williams**
Assistant Professor of Law
American University Washington College of
Law

**Brian Wolfman**
Professor from Practice
Georgetown Law School

**Ellen Yaroshefsky**
Howard Lichtenstein Distinguished
Professor of Legal Ethics
Maurice A. Deane School of Law at Hofstra
University

**Benjamin C. Zipursky**
Professor of Law and James H. Quinn '49
Chair in Legal Ethics
Fordham Law School

**Jonathan Zasloff**
Professor of Law
UCLA School of Law