# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>                    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, FEDERAL COMMUNICATIONS COMMISSION, OFFICE OF MANAGEMENT AND BUDGET, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, OFFICE OF PERSONNEL MANAGEMENT, GENERAL SERVICES ADMINISTRATION, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, THE UNITED STATES OF AMERICA, and in their official capacities, PAMELA J. BONDI, BRENDAN CARR, RUSSELL T. VOUGHT, ANDREA R. LUCAS, CHARLES EZELL, STEPHEN EHEKIAN, and TULSI GABBARD,<br><br>                    Defendants. | NO. 1:25-cv-00716-BAH |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* 363 LAW PROFESSORS IN SUPPORT OF PLAINTIFF'S EXPEDITED MOTION FOR SUMMARY JUDGMENT**

The motion for leave to file the Brief of *Amici Curiae* 363 Law Professors is **GRANTED**.

        **SO ORDERED.**

Washington, D.C.

Dated: _____                    _____
                                                                                                        **BERYL A. HOWELL**
                                                                                                        United States District Judges