UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>    Plaintiff<br><br>    v.<br><br>UNITED STATES<br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action<br>No. 1:25cv-00716(BAH) |

**[PROPOSED] ORDER GRANTING THE MOTION OF
LAWYERS DEFENDING AMERICAN DEMOCRACY LEAVE
TO FILE A BRIEF AS AMICUS CURIAE IN SUPPORT OF PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT**

Upon consideration of the Motion of Lawyers Defending American Democracy for Leave To File A Brief As Amicus Curiae in Support of Plaintiff, and the lack of any opposition thereto, it is hereby:

**ORDERED** that the motion of Lawyers Defending American Democracy for leave to file its amicus brief is **GRANTED** and the Clerk of the Court shall accept the amicus brief attached to the motion as filed April 3, 2025, *nunc pro tunc*.

**SO ORDERED** this ___ day of April 2025



BERYL A. HOWELL
United States District Judge