UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-00716 (BAH) |

**UNOPPOSED MOTION OF THE LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW FOR LEAVE TO FILE BRIEF AMICUS
CURIAE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Proposed amicus curiae The Lawyers' Committee for Civil Rights Under Law (the "Lawyers' Committee") respectfully moves this Court under Local Civil Rule 7(o) for leave to file the attached amicus curiae brief in support of Plaintiff's Motion for Summary Judgment and Declaratory and Permanent Injunctive Relief. The parties do not oppose this motion.

1.  This Court "has broad discretion to permit . . . participat[ion] [of] amici curiae," and amicus participation is appropriate where amici have "relevant expertise and a stated concern for the issues at stake in [the] case." *Dist. of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011). This Court has recognized that an amicus brief should "normally be allowed when . . . the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Cobell v. Norton*, 246 F. Supp. 2d 59, 62 (D.D.C. 2003) (citation omitted).

2.  The Lawyers' Committee is a national, nonpartisan, nonprofit organization that combats racial discrimination and the resulting inequality of opportunity. The Lawyers'

Committee advocates inside and outside the courts, to ensure that all people have voice, opportunity, and power to make the promises of our democracy real. The Lawyers' Committee is a catalyst within the civil rights community, having been at the forefront of many significant civil rights cases. *See, e.g., NAACP v. Claiborne Hardware Co.*, 458 U.S. 886 (1982); *McWaters v. FEMA*, 436 F. Supp. 2d 802 (E.D. La. June 16, 2006); *Wash. Park Lead Comm., Inc. v. EPA,* No. 98-cv-421, 1998 WL 1053712 (E.D. Va. Dec. 1, 1998). Each year, lawyers from across the country partner with the Lawyers' Committee to provide pro bono legal services for the protection of civil rights.

3. Based on its decades of experience partnering with private law firms to engage in pro bono litigation challenging government action, the Lawyers' Committee offers unique insight into the value of pro bono representations by private law firms.

4. While the Lawyers' Committee is aligned with the Plaintiff's position, its interests, clients, and operations as a civil rights nonprofit are distinct from a private law firm. Given its unique position and insight, the position of the Lawyers' Committee "is not adequately represented by a party." D.D.C. LR 7(o)(2).

5. Because consideration of the public interest is material to the Plaintiff's request for permanent injunctive relief, the matters asserted in the proposed brief "are relevant to the disposition of the case." D.D.C. LR 7(o)(2). The Lawyers' Committee's brief focuses on the grave harm to the beneficiaries of pro bono representation, who may not have access to counsel if firms are chilled from representing certain clients or causes disfavored by the government. The very communities the Lawyers' Committee serves may therefore be harmed if the Executive Order is upheld. As such, the Lawyers' Committee's brief is relevant to the disposition of the case.

6. Plaintiff's counsel and Defendants' counsel have represented that they consent to the filing of this amicus curiae brief.

7. Attached to this motion is a proposed order pursuant to Local Civil Rule 7(o)(2).

Dated: April 3, 2025                              Respectfully submitted,

/s/ Edward Caspar
Edward Caspar
DC Bar No. 1644168
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, N.W., Suite 900
Phone: (202) 662-8300
Fax: (202) 783-0857
ecaspar@lawyerscommittee.org

/s/ Adria J. Bonillas
Adria J. Bonillas*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857
abonillas@lawyerscommittee.org
*Pro hac vice motion forthcoming

*Counsel for Lawyers' Committee for Civil Rights Under Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2025, I caused the foregoing Unopposed Motion of the Lawyers' Committee for Civil Rights Under Law for Leave to File Brief Amicus Curiae with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all registered CM/ECF participants.

                                                                                               */s/* Edward Caspar
                                                                                               Edward Caspar, DC Bar No. 1644168
                                                                                               *Counsel for Amicus Curiae*