**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PERKINS COIE LLP,<br><br>               Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>               Defendants. | Case No. 1:25-cv-00716 (BAH) |

**[PROPOSED] ORDER GRANTING**
**UNOPPOSED MOTION OF THE LAWYERS' COMMITTEE FOR**
**CIVIL RIGHTS UNDER LAW FOR LEAVE TO FILE BRIEF AMICUS**
**CURIAE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Amicus's Motion, the Court hereby ORDERS that the Motion for

leave is

GRANTED.

**SO ORDERED.**


Date: _____


_____
Hon. Beryl A. Howell
United States District Judge