UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, FEDERAL COMMUNICATIONS COMMISSION, OFFICE OF MANAGEMENT AND BUDGET, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, OFFICE OF PERSONNEL MANAGEMENT, GENERAL SERVICES ADMINISTRATION, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, THE UNITED STATES OF AMERICA, and in their official capacities, PAMELA J. BONDI, BRENDAN CARR, RUSSELL T. VOUGHT, ANDREA R. LUCAS, CHARLES EZELL, STEPHEN EHEKIAN, and TULSI GABBARD, <br><br> *Defendants*. | Case No. 1:25-cv-00716-BAH |

## MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE

The undersigned, an attorney admitted to the Bar of this Court and in good standing, respectfully moves for an order permitting Adria Bonillas to appear pro hac vice in the above referenced matter as counsel on behalf of proposed amicus curiae Lawyers' Committee for Civil Rights Under Law, pursuant to Local Rule 83.2(c) of the Local Rules of the United States District Court for the District of Columbia. Ms. Bonillas is a member in good standing of the Bar of the District of Columbia. She is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency. Finally, the undersigned is satisfied that Ms. Bonillas

possesses the character and skills required of a member of the Bar of this Court.

Accordingly, the undersigned respectfully requests admission of Adria Bonillas *pro hac vice* as counsel for proposed amicus curiae in the above referenced matter.

Dated: April 3, 2025

Respectfully submitted,

*/s/* Edward Caspar
Edward Caspar
DC Bar No. 1644168
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, D.C. 20005
(202) 662-8600
ecaspar@lawyerscommittee.org

*Counsel for Lawyers' Committee for Civil Rights Under Law*