UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP., *Plaintiffs*, v. U.S. DEPARTMENT OF JUSTICE, FEDERAL COMMUNICATIONS COMMISSION, OFFICE OF MANAGEMENT AND BUDGET, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, OFFICE OF PERSONNEL MANAGEMENT, GENERAL SERVICES ADMINISTRATION, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, THE UNITED STATES OF AMERICA, and in their official capacities, PAMELA J. BONDI, BRENDAN CARR, RUSSELL T. VOUGHT, ANDREA R. LUCAS, CHARLES EZELL, STEPHEN EHEKIAN, and TULSI GABBARD, *Defendants*. | Case No. 1:25-cv-00716-BAH |

**[PROPOSED] ORDER**

Before the Court is a motion for the admission of attorney Adria Bonillas pro hac vice as counsel for Amicus Curiae Lawyers' Committee for Civil Rights Under Law. Upon consideration of the motion and supporting attachments:

It is hereby ORDERED that the motion is GRANTED.

Dated: _____

_____
Hon. Beryl A. Howell
United States District Court Judge