AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

PERKINS COI LLP )
*Plaintiff* )
v. ) Case No. 1:25-cv-00716-BAH
U.S. DEPARTMENT OF JUSTICE, *et al.* )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Association of Criminal Defense Lawyers.

Date: 04/04/2025

*Attorney's signature*

Kobie A. Flowers, Bar #991403
*Printed name and bar number*

BROWN GOLDSTEIN & LEVY
1331 Pennsylvania Avenue, NW
Suite 555 South
Washington, DC 20004
*Address*

kflowers@browngold.com
*E-mail address*

(202) 742-5969
*Telephone number*

(202) 875-0481
*FAX number*