UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br> *Plaintiff*,<br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*<br><br> *Defendants*. | Civil Action No. 1:25-cv-00716-BAH |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

 Pursuant to Civil Local Rule 83.2(e), Amici move for admission and appearance of attorney Donald Falk *pro hac vice* in the above-captioned action. The motion is supported by the Declaration of Donald Falk. As set forth in that declaration, he is admitted and active member in good standing in the following bars: California, the District of Columbia, and numerous federal district courts and courts of appeal, along with the United States Supreme Court.

 This motion is supported and signed by Sara E. Kropf, an active and sponsoring member of the Bar of this Court.

Dated: April 4, 2025    Respectfully submitted,

          /s/ Sara E. Kropf
          Sara E. Kropf (DC Bar No. 481501)
          Kropf Moseley Schmitt
          1100 H Street, NW
          Suite 1220
          Washington, DC 20005
          (202) 627-6900
          sara@kmlawfirm.com

          *Attorney for Amici Curiae*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of April 2025, the foregoing motion was served by electronic filing on all counsel of record through the Court's ECF system.

/s/ Sara E. Kropf
Sara E. Kropf