UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>        *Plaintiff*,<br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*<br><br>        *Defendants*. | Civil Action No. 1:25-cv-00716-BAH |

**[PROPOSED] ORDER**

The motion of 346 Former Judges for leave to file an amicus curiae brief in support of Plaintiffs' motion for summary judgment is GRANTED.

Dated: _____

_____
Judge Beryl A. Howell