UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et. al.*, <br><br> Defendants. | Civil Action No. 25-716 (BAH) |

**UNOPPOSED MOTION OF 504 LAW FIRMS FOR LEAVE TO FILE A BRIEF *AMICUS CURIAE* IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FOR DECLARATORY AND PERMANENT INJUNCTION**

Pursuant to LCvR 7(o), more than 500 of this Nation's law firms (together, "*amici*")[1] respectfully move, through the undersigned counsel, for leave to file a brief as *amici curiae* in support of Plaintiff. The proposed brief is attached hereto as Exhibit 1, and a proposed order is attached as Exhibit 2. In support of this motion, *amici* further state:

1. This Court has "broad discretion" in determining whether a third party may participate in a case as *amicus curiae*. *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Engineers*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007). "[N]ormally," courts in this District will grant an *amicus* leave to file a brief "when the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Youming Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008) (quoting *Ryan v. CFTC*, 125 F.3d 1062, 1063 (7th Cir. 1997)). *Amici* can provide precisely that kind of information and perspective.

---

[1] The individual *amici* are described in Appendix A.

*Amici* are some of the leading law firms in the United States. The work done by *amici*, and other firms like them, is indispensable to the success of our system. Many advocate for the interests of the Nation's leading business and financial institutions, which depend on the stability of the rule of law in order to thrive economically. Others advocate for the interests of small businesses, nonprofit organizations, consumers, workers and other individuals, and likewise depend on the impartial administration of justice to advance their clients' objectives. Individuals at these firms hold a wide range of political, social and economic views. But despite those differences *amici* are united in their support for the integrity of the adversarial system and the rule of law.

2. The Plaintiff is understandably focused primarily on the effects of the March 6, 2025 Executive Order entitled "Addressing Risks from Perkins Coie LLP" (the "Executive Order") on Plaintiff's ability to continue to represent its clients and to sustain itself as a going concern. *Amici* seek to provide the Court with a broader perspective on the threat that the Executive Order—which is an unconstitutional act of undisguised retaliation for representations that Plaintiff has undertaken in the past—poses to the integrity of our adversarial system, to the ability of clients to obtain the zealous representation to which they are constitutionally entitled, and to the rule of law itself.

3. Consistent with LCvR 7(m), on April 2, 2025, *amici* conferred with counsel for Plaintiff and counsel for Defendants. Plaintiff has consented to the filing of this brief. Defendants do not object to the filing of this brief.

For all the foregoing reasons, the *Amici* Law Firms respectfully request that the Court grant their motion for leave to file a brief as *amici curiae*.

April 4, 2025                                              Respectfully submitted,

                                                           */s/ Donald B. Verrilli, Jr.*
Nathan P. Eimer                                            Donald B. Verrilli, Jr. (D.C. Bar. No. 420434)
(*pro hac vice forthcoming*)                               MUNGER, TOLLES & OLSON LLP
EIMER STAHL LLP                                            601 Massachusetts Ave. NW, Suite 500E
224 South Michigan Avenue, Suite 1100                      Washington, D.C. 20001-5369
Chicago, IL 60604                                          Telphone: (202) 220-1100
Telephone: (312) 660-7600                                  Fax: (202) 220-2300
Fax: (312) 692-1718                                        Donald.Verilli@mto.com
neimer@eimerstahl.com

                        *Counsel for* Amici Curiae

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 4, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

April 4, 2025                                           */s/ Donald B. Verrilli, Jr.*
                                                                         Donald B. Verrilli, Jr.