UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>   Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et. al.*,<br><br>   Defendants. | Civil Action No. 25-716 (BAH) |

**[PROPOSED] ORDER**

Upon consideration of the motion of 504 Law Firms for leave to file an Amici Curiae brief and such matters as are just and proper, it is hereby

ORDERED that the aforementioned Motion is GRANTED; and it is further

ORDERED that the Amici Curiae brief attached as Exhibit 1 to the Motion is deemed filed with this Court upon entry of this Order.

Entered this _____ day of _____, 2025

                   _____
                   Honorable Beryl A. Howell
                   United States District Judge