AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| PERKINS COIE, LLP | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00716 |
| U.S. DEPARTMENT OF JUSTICE, ET AL. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FORMER PRESIDENTS OF THE DISTRICT OF CO.UMBIA BAR                              .

Date:   04/04/2025

/s/ Andrea Ferster
*Attorney's signature*

Andrea Ferster, DC Bar # 346348
*Printed name and bar number*

68 Beebe Pond Road
Canaan, NY 12029

*Address*

andreaferster@gmail.com
*E-mail address*

(202) 669-6311
*Telephone number*

*FAX number*