UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PERKINS COIE, LLP, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 25-716 (BAH) |
| | ) | |
| v. | ) | Judge Beryl A. Howell |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION TO ADMIT NATHAN P. EIMER *PRO HAC VICE***

The undersigned, an attorney admitted to the Bar of this Court and in good standing, respectfully moves for an order permitting Nathan P. Eimer to appear *pro hac vice* in the above referenced matter as counsel on behalf of proposed amicus curiae 504 Law Firms, pursuant to Local Rule 83.2(c) of the Local Rules of the United States District Court for the District of Columbia. Mr. Eimer is a member in good standing of the Bar of the Northern District of Illinois. He is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency. Finally, the undersigned is satisfied that Mr. Eimer possesses the character and skills required of a member of the Bar of this Court.

Accordingly, the undersigned respectfully requests admission of Nathan P. Eimer pro hac vice as counsel for proposed amicus curiae in the above matter.

| | |
|---|---|
| Dated: April 4, 2025 | /s/ *Donald B. Verrilli, Jr.*<br>Donald B. Verrilli, Jr. (D.C. Bar No. 420434)<br>MUNGER, TOLLES & OLSON LLP<br>601 Massachusetts Ave. NW, Suite 500E<br>Washington, D.C. 20001-5369<br>Telephone: (202) 220-1100<br>Fax: (202) 220-2300<br>Donald.Verilli@mto.com<br><br>*Counsel for* Amici Curiae *504 Law Firms* |

## CERTIFICATE OF SERVICE

  I hereby certify that on April 4, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

Dated: April 4, 2025          */s/ Donald B. Verrilli, Jr.*
                    Donald B. Verrilli, Jr.