**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PERKINS COIE, LLP, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 25-716 (BAH) |
| | ) | |
| v. | ) | Judge Beryl A. Howell |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**[PROPOSED] ORDER ADMITTING NATHAN P. EIMER *PRO HAC VICE***

Before this Court is a motion for the admission of attorney Nathan P. Eimer *pro hac vice* as counsel for Amicus Curiae 504 Law Firms. Upon consideration of the motion and supporting attachments:

It is hereby ORDERED that the motion is GRANTED.

Dated: _____

_____
Hon. Beryl A. Howell
United States District Court Judge