IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>        Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, FEDERAL COMMUNICATIONS COMMISSION, OFFICE OF MANAGEMENT AND BUDGET, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, OFFICE OF PERSONNEL MANAGEMENT, GENERAL SERVICES ADMINISTRATION, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, THE UNITED STATES OF AMERICA, and, in their official capacities, PAMELA, J. BONDI, BRENDAN CARR, RUSSELL T. VOUGHT, ANDREA R. LUCAS, CHARLES EZELL, STEPHEN EHEKIAN, and TULSI GABBARD,<br><br>        Defendants. | Case No. 1:25-cv-00716-BAH |

## DECLARATION OF ANDREW G. PAPPAS

I, Andrew G. Pappas, hereby declare:

1.     My name, office address, and telephone numbers are as follows:

    Andrew G. Pappas

    OSBORN MALEDON, P.A.

    2929 North Central Ave, Suite 2000

    Phoenix, AZ 85012-2793

Phone: 602-640-9398

Fax: 602-640-9050

Email: apappas@omlaw.com

2. I am admitted to the bars of the State of Arizona (Bar No. 034432), State of California (Bar No. 266409), U.S. Supreme Court, U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Appeals for the D.C. Circuit, U.S. District Court for the Central District of California, U.S. District Court for the Southern District of California, U.S. District Court for the Northern District of Illinois, and U.S. District Court for the District of Arizona. A letter of good standing from the State Bar of Arizona is attached as Exhibit A to this declaration.

3. I certify that no disciplinary proceeding is pending against me in any jurisdiction nor has any discipline been imposed against me in any jurisdiction in the past.

4. I have not previously been admitted *pro hac vice* in this Court.

5. I practice in Arizona and do not engage in the practice of law from any office located within the District of Columbia.

6. I declare under penalty of perjury that the foregoing is true and correct. Executed on April 3, 2025, at Phoenix, Arizona.

_____
Andrew G. Pappas

# EXHIBIT A

**STATE BAR OF ARIZONA**

April 3, 2025

Andrew George Pappas
apappas@omlaw.com
SENT VIA ELECTRONIC MAIL ONLY

**RE: Andrew George Pappas.**

The State Bar of Arizona herewith attests to the status of the above-referenced member, as follows:

    Admitted in Arizona:        May 21, 2018.
    Current Membership Status:    Active, in good standing.

The above reflects the membership records of the State Bar, as of the date of this letter.

If additional information is required, please contact the Resource Center at (602) 340-7239 or via email at membership@staff.azbar.org

Sincerely,

*Sheila Silverio*

Resource Center

