IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>        Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, FEDERAL COMMUNICATIONS COMMISSION, OFFICE OF MANAGEMENT AND BUDGET, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, OFFICE OF PERSONNEL MANAGEMENT, GENERAL SERVICES ADMINISTRATION, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, THE UNITED STATES OF AMERICA, and, in their official capacities, PAMELA, J. BONDI, BRENDAN CARR, RUSSELL T. VOUGHT, ANDREA R. LUCAS, CHARLES EZELL, STEPHEN EHEKIAN, and TULSI GABBARD,<br><br>        Defendants. | Case No. 1:25-cv-00716-BAH |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(c), Movant Austin T. Marshall moves for the admission and appearance of attorney Eric M. Fraser *pro hac vice* in the above-entitled action for the sole purpose of filing an *amicus* brief in support of Plaintiff. This motion is supported by the Declaration of Eric M. Fraser, filed herewith. As set forth in Eric M. Fraser's Declaration, he is admitted and an active member in good standing in the following courts and bars: State of Arizona

1

(Bar No. 027241), the Federal District Court for the District of Arizona, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the District of Columbia Circuit, the United States Court of Appeals for the Federal Circuit, and the Supreme Court of the United States. This motion is supported and signed by Austin T. Marshall, an active and sponsoring member of the Bar of this Court.

Dated: April 4, 2025                                  Respectfully submitted:


*/s/ Austin T. Marshall*
Austin T. Marshall
Herrera Arellano LLP
D.D.C. Bar #AZ0028


David B. Rosenbaum (*pro hac vice* forthcoming)
Joseph N. Roth (*pro hac vice* forthcoming)
Eric M. Fraser (*pro hac vice* forthcoming)
Mary R. O'Grady (*pro hac vice* forthcoming)
Andrew G. Pappas (*pro hac vice* forthcoming)
Joshua J. Messer (*pro hac vice* forthcoming)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
drosenbaum@omlaw.com
jroth@omlaw.com
efraser@omlaw.com
mogrady@omlaw.com
apappas@omlaw.com
jmesser@omlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2025, I caused the foregoing to be filed and served electronically via the Court's CM/ECF system upon all counsel of record.

Dated: April 4, 2025

                                                Respectfully submitted:

                                                */s/ Austin T. Marshall*
                                                Austin T. Marshall