IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PERKINS COIE LLP,

   Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE, FEDERAL COMMUNICATIONS COMMISSION, OFFICE OF MANAGEMENT AND BUDGET, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, OFFICE OF PERSONNEL MANAGEMENT, GENERAL SERVICES ADMINISTRATION, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, THE UNITED STATES OF AMERICA, and, in their official capacities, PAMELA, J. BONDI, BRENDAN CARR, RUSSELL T. VOUGHT, ANDREA R. LUCAS, CHARLES EZELL, STEPHEN EHEKIAN, and TULSI GABBARD,

   Defendants.

Case No. 1:25-cv-00716-BAH

## DECLARATION OF ERIC M. FRASER

I, Eric M. Fraser, hereby declare:

1.  My name, office address, and telephone numbers are as follows:

  Eric M. Fraser

  OSBORN MALEDON, P.A.

  2929 North Central Ave, Suite 2000

  Phoenix, AZ 85012-2793

       Phone: 602-640-9321

       Fax: 602-640-9050

       Email: efraser@omlaw.com

2. I am admitted to the bar of the State of Arizona (Bar No. 027241), the Federal District Court for the District of Arizona, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the District of Columbia Circuit, the United States Court of Appeals for the Federal Circuit, and the Supreme Court of the United States. A letter of good standing from the State Bar of Arizona is attached as Exhibit A to this declaration.

3. I certify that no disciplinary proceeding is pending against me in any jurisdiction nor has any discipline been imposed against me in any jurisdiction in the past.

4. I have not previously been admitted *pro hac vice* in this Court.

5. I practice in Arizona and do not engage in the practice of law from any office located within the District of Columbia.

6. I declare under penalty of perjury that the foregoing is true and correct. Executed on April 3, 2025, at Phoenix, Arizona.

                                                      _____

                                                                  Eric M. Fraser

# EXHIBIT A

**STATE BAR OF ARIZONA**

April 3, 2025

Eric Michael Fraser
efraser@omlaw.com
SENT VIA ELECTRONIC MAIL ONLY

**RE: Eric Michael Fraser.**

The State Bar of Arizona herewith attests to the status of the above-referenced member, as follows:

    Admitted in Arizona:        October 26, 2009.
    Current Membership Status:    Active, in good standing.

The above reflects the membership records of the State Bar, as of the date of this letter.

If additional information is required, please contact the Resource Center at (602) 340-7239 or via email at membership@staff.azbar.org

Sincerely,

*Sheila Silverio*

Resource Center



4201 N. 24th Street   Suite 100   Phoenix, AZ 85016-6266
PH: 602-252-4804   FAX: 602-271-4930   WEB: www.azbar.org