## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>       Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, FEDERAL COMMUNICATIONS COMMISSION, OFFICE OF MANAGEMENT AND BUDGET, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, OFFICE OF PERSONNEL MANAGEMENT, GENERAL SERVICES ADMINISTRATION, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, THE UNITED STATES OF AMERICA, and, in their official capacities, PAMELA, J. BONDI, BRENDAN CARR, RUSSELL T. VOUGHT, ANDREA R. LUCAS, CHARLES EZELL, STEPHEN EHEKIAN, and TULSI GABBARD,<br><br>       Defendants. | Case No. 1:25-cv-00716-BAH |

### MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(c), Movant Austin T. Marhsall moves for the admission and appearance of attorney Joseph N. Roth *pro hac vice* in the above-entitled action for the sole purpose of filing an *amicus* brief in support of Plaintiff. This motion is supported by the Declaration of Joseph N. Roth, filed herewith. As set forth in Joseph N. Roth's Declaration, he is admitted and an active member in good standing in the following courts and bars: State of Arizona,

(Bar No. 025725), the Federal District Court for the District of Arizona, the United States Court of Appeals for the Ninth Circuit, and the Supreme Court of the United States. This motion is supported and signed by Austin T. Marhsall, an active and sponsoring member of the Bar of this Court.

Dated April 4, 2025                                   Respectfully submitted:


                                                      */s/ Austin T. Marshall*
                                                      Austin T. Marshall
                                                      Herrera Arellano LLP
                                                      D.D.C. Bar #AZ0028


                                                      David B. Rosenbaum (*pro hac vice* forthcoming)
                                                      Joseph N. Roth (*pro hac vice* forthcoming)
                                                      Eric M. Fraser (*pro hac vice* forthcoming)
                                                      Mary R. O'Grady (*pro hac vice* forthcoming)
                                                      Andrew G. Pappas (*pro hac vice* forthcoming)
                                                      Joshua J. Messer (*pro hac vice* forthcoming)
                                                      OSBORN MALEDON, P.A.
                                                      2929 North Central Avenue, 21st Floor
                                                      Phoenix, Arizona 85012-2793
                                                      drosenbaum@omlaw.com
                                                      jroth@omlaw.com
                                                      efraser@omlaw.com
                                                      mogrady@omlaw.com
                                                      apappas@omlaw.com
                                                      jmesser@omlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2025, I caused the foregoing to be filed and served electronically via the Court's CM/ECF system upon all counsel of record.


Dated: April 4, 2025


Respectfully submitted:

*/s/ Austin T. Marshall*
Austin T. Marshall