IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>   Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, FEDERAL COMMUNICATIONS COMMISSION, OFFICE OF MANAGEMENT AND BUDGET, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, OFFICE OF PERSONNEL MANAGEMENT, GENERAL SERVICES ADMINISTRATION, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, THE UNITED STATES OF AMERICA, and, in their official capacities, PAMELA, J. BONDI, BRENDAN CARR, RUSSELL T. VOUGHT, ANDREA R. LUCAS, CHARLES EZELL, STEPHEN EHEKIAN, and TULSI GABBARD,<br><br>   Defendants. | Case No. 1:25-cv-00716-BAH |

## DECLARATION OF JOSHUA J. MESSER

I, Joshua J. Messer, hereby declare:

1. My name, office address, and telephone numbers are as follows:

Joshua J. Messer

OSBORN MALEDON, P.A.

2929 North Central Ave, Suite 2000

Phoenix, AZ 85012-2793

Phone: 602-640-9326

Fax: 602-640-9050

Email: jmesser@omlaw.com

2. I am admitted to the bar of the State of Arizona (Bar No. 035101), the Federal District Court for the District of Arizona, and the United States Court of Appeal for the Ninth Circuit. A letter of good standing from the State Bar of Arizona is attached as Exhibit A to this declaration.

3. I certify that no disciplinary proceeding is pending against me in any jurisdiction nor has any discipline been imposed against me in any jurisdiction in the past.

4. I have not previously been admitted *pro hac vice* in this Court.

5. I practice in Arizona and do not engage in the practice of law from any office located within the District of Columbia.

6. I declare under penalty of perjury that the foregoing is true and correct. Executed on April 3, 2025, at Phoenix, Arizona.

Joshua J. Messer

# EXHIBIT A

**STATE BAR OF ARIZONA**

April 3, 2025

Joshua James Messer
jmesser@omlaw.com
SENT VIA ELECTRONIC MAIL ONLY

**RE: Joshua James Messer.**

The State Bar of Arizona herewith attests to the status of the above-referenced member, as follows:

    Admitted in Arizona:          March 14, 2019.
    Current Membership Status:    Active, in good standing.

The above reflects the membership records of the State Bar, as of the date of this letter.

If additional information is required, please contact the Resource Center at (602) 340-7239 or via email at membership@staff.azbar.org

Sincerely,

*Sheila Silverio*

Resource Center

