IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>　　　　Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, FEDERAL COMMUNICATIONS COMMISSION, OFFICE OF MANAGEMENT AND BUDGET, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, OFFICE OF PERSONNEL MANAGEMENT, GENERAL SERVICES ADMINISTRATION, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, THE UNITED STATES OF AMERICA, and, in their official capacities, PAMELA, J. BONDI, BRENDAN CARR, RUSSELL T. VOUGHT, ANDREA R. LUCAS, CHARLES EZELL, STEPHEN EHEKIAN, and TULSI GABBARD,<br><br>　　　　Defendants. | Case No. 1:25-cv-00716-BAH |

**DECLARATION OF JOSEPH N. ROTH**

　　　　I, Joseph N. Roth, hereby declare:

　　1.　　My name, office address, and telephone numbers are as follows:

　　　　Joseph N. Roth

　　　　Osborn Maledon, P.A.

　　　　2929 North Central Ave, Suite 2000

　　　　Phoenix, AZ 85012-2793

Phone: 602-640-9320

Fax: 602-640-9050

Email: jroth@omlaw.com

2. I am admitted to the bar of the State of Arizona (Bar No. 025725), the Federal District Court for the District of Arizona, the United States Court of Appeals for the Ninth Circuit, and the Supreme Court of the United States. A letter of good standing from the State Bar of Arizona is attached as Exhibit A to this declaration.

3. I certify that no disciplinary proceeding is pending against me in any jurisdiction nor has any discipline been imposed against me in any jurisdiction in the past.

4. I have not previously been admitted *pro hac vice* in this Court.

5. I practice in Arizona and do not engage in the practice of law from any office located within the District of Columbia.

6. I declare under penalty of perjury that the foregoing is true and correct. Executed on April 3, 2025, at Phoenix, Arizona.

_____
Joseph N. Roth

**EXHIBIT A**

**STATE BAR OF ARIZONA**

April 3, 2025

Joseph N. Roth
jroth@omlaw.com
SENT VIA ELECTRONIC MAIL ONLY

**RE: Joseph N. Roth.**

The State Bar of Arizona herewith attests to the status of the above-referenced member, as follows:

      Admitted in Arizona:         September 19, 2008.
      Current Membership Status:   Active, in good standing.

The above reflects the membership records of the State Bar, as of the date of this letter.

If additional information is required, please contact the Resource Center at (602) 340-7239 or via email at membership@staff.azbar.org

Sincerely,

*Sheila Silverio*

Resource Center



4201 N. 24th Street    Suite 100    Phoenix, AZ 85016-6266
PH: 602-252-4804    FAX: 602-271-4930    WEB: www.azbar.org