AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| PERKINS COIE LLP | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-CV-00716 |
| U.S. DEPARTMENT OF JUSTICE | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

504 Law Firms.

Date: April 7, 2025

/s/ Nathan P. Eimer
*Attorney's signature*

Nathan P. Eimer (Bar No. 735353)
*Printed name and bar number*

224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
*Address*

neimer@eimerstahl.com
*E-mail address*

312-660-7600
*Telephone number*

312-692-1718
*FAX number*