**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PERKINS COIE LLP, | |
| *Plaintiff*, | |
| v. | Case No. 1:25-cv-00716-BAH |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | |
| *Defendants*. | |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE
BRIEF OF AMICI CURIAE LITIGATION FIRMS IN SUPPORT OF
<u>PLAINTIFF PERKINS COIE LLP'S MOTION FOR SUMMARY JUDGMENT</u>**

It is hereby **ORDERED** that the Litigation Firms' motion for leave to file an amici curiae brief in support of Plaintiff Perkins Coie LLP's motion for summary judgment is **GRANTED**. The Clerk of Court is respectfully directed to accept the amici brief attached to the motion as filed April 7, 2025.

This _____ day of April, 2025.

_____
Beryl A. Howell, District Judge
U.S. District Court for the
District of Columbia
