## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>                                     Plaintiff,<br><br>     v.<br><br>U.S. DEPARTMENT OF JUSTICE, FEDERAL COMMUNICATIONS COMMISSION, OFFICE OF MANAGEMENT AND BUDGET, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, OFFICE OF PERSONNEL MANAGEMENT, GENERAL SERVICES ADMINISTRATION, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, THE UNITED STATES OF AMERICA, and, in their official capacities, PAMELA J. BONDI, BRENDAN CARR, RUSSELL T. VOUGHT, ANDREA R. LUCAS, CHARLES EZELL, STEPHEN EHEKIAN, and TULSI GABBARD,<br><br><br>                               Defendants. | Civil Action No. 1:25-cv-00716 (BAH)<br><br>Hon. Beryl A. Howell |

**UNOPPOSED MOTION OF BAR ASSOCIATIONS FOR LEAVE TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FOR DECLARATORY AND PERMANENT INJUNCTIVE RELIEF**

*Amici* are bar associations who oppose the administration's executive orders retaliating against lawyers for representing disfavored parties and positions. *Amici* respectfully move under Local Civil Rule 7(o) for leave to file the attached *amici curiae* brief in support of Plaintiff's motion for summary judgment and for declaratory and permanent injunctive relief in the above-captioned case. Plaintiff consents to this motion, and Defendants do not object.

## ARGUMENT

District courts have "broad discretion" to grant leave to file an *amici curiae* brief. *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Eng'rs*, 519 F. Supp. 89, 93 (D.D.C. 2007). "An amicus brief should normally be allowed when . . . the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1064 (7th Cir. 1997)). Courts routinely permit third parties to participate as *amici curiae* when they have "relevant expertise and a stated concern for the issues at stake in [the] case." *District of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011).

## I.    Interest of *Amici Curiae*

*Amici* bar associations focus their efforts on protecting the role and professional standards of the legal profession. Their members include attorneys at firms the executive branch has specifically targeted through executive actions and attorneys at other firms and legal service programs who are chilled in the exercise of their constitutional rights and professional duties by a fear of being similarly targeted next.

### *Metropolitan Bar Associations:*

The **New York City Bar Association** ("City Bar")[1] is one of the nation's oldest bar associations. Founded in 1870 and with approximately 23,000 members throughout the world, its mission is to help a diverse legal profession practice with excellence, promote legal reform, and uphold the rule of law and access to justice. The City Bar submits this brief as *amicus curiae* because it believes the executive branch's actions against Perkins Coie and other law firms are not

---

[1] The City Bar is listed first as it coordinated the preparation of this brief.

just plainly illegal; they threaten the independence of the legal profession, the integrity of our adversarial legal system, the independence of the judiciary, and the rule of law itself.

The **Boston Bar Association** ("BBA") is a volunteer organization of over 15,000 members drawn from private practice, corporations, government agencies, legal-aid organizations, the courts, and law schools. Its mission is to advance the highest standards of excellence for the legal profession, facilitate access to justice, serve the community at large, and promote diversity, equity, and inclusion in the legal profession. The BBA's interest here is in preserving the rule of law, for which the bar bears a special responsibility.

The **Chicago Bar Association** ("CBA") was founded in 1874 and is one of the oldest and most active metropolitan bar associations in the United States, with more than 15,000 members from across the legal profession. The CBA is focused on maintaining the honor and dignity of the legal profession, cultivating relationships between members, and promoting the administration of justice. The CBA submits this brief as *amicus curiae* because Executive Orders targeting law firms based on their representation of clients in matters adverse to members of the current Administration violate the fundamental tenets of our nation's legal system.

The **Denver Bar Association** is a voluntary organization dedicated to supporting legal professionals and firmly committed to advancing equity in the legal profession. It joins this brief in opposition to the executive branch's ongoing attempts to intimidate attorneys and undermine the legal profession—efforts that jeopardize equal justice and the integrity of our legal system.

The **King County Bar Association** ("KCBA") serves an area that includes Seattle and surrounding municipalities, and has over 4,500 members. The KCBA was founded in 1886, when a group of Seattle attorneys intervened in a mob effort to forcibly remove Chinese workers from

Seattle. Today, the KCBA's mission is to connect and serve the diverse legal community, promote professional and judicial excellence, engage in public policy, and increase access to justice.

The **Los Angeles County Bar Association** ("LACBA"), founded in 1878, is one of the largest voluntary metropolitan bar associations in the country. LACBA's mission is to meet the professional needs of Los Angeles lawyers, advance the administration of justice, and protect our system of governance based on three co-equal and independent branches of government. LACBA condemns recent attacks on the rule of law and the independence of the judiciary and the legal profession. It joins this brief to prevent rule of law from devolving into a partisan issue.

The **Philadelphia Bar Association** is the oldest metropolitan bar in the United States, and with almost 9,000 members across all segments of the legal profession, is the largest bar association in eastern Pennsylvania. Commitment to liberty and justice for all lies at the heart of the Association's mission, which is to serve the profession and the public by promoting justice, professional excellence, and respect for the rule of law.

The **San Diego County Bar Association**, established in 1899 and consisting of over 6,000 members, works to enhance the legal system, promote justice, and uphold professional excellence and respect for the law, while serving both the public and the legal community.

*Affinity, Specialty, Regional, and Local Bar Associations:*

The **Asian American Bar Association of the Greater Bay Area** ("AABA") is the largest local Asian American bar association in the country, and one of the largest minority bar associations in California. AABA joins this brief consistent with its longstanding advocacy of Asian Americans and Pacific Islanders in the legal profession, and to affirm the principles of the rule of law and the independence of the judiciary and of the legal profession.

The **Brehon Law Societies of New York City and Nassau County**, through their members, work to safeguard human rights and the rule of law principally—but not exclusively—on the island of Ireland. They join this brief to stand against the administration's efforts to impose its political will on the legal profession and hinder representation of clients who lack equal political might.

The **Bar Association of Erie County** ("BAEC"), founded in 1887, is made up of over 3,000 lawyers and jurists from varied practices and backgrounds. The BAEC's values are respect for the rule of law, civility, inclusion, integrity, leadership and equity. The BAEC joins this brief to denounce the executive branch's actions against Perkins Coie and other law firms as an abuse of power and an undemocratic attack upon the legal profession, judiciary, and rule of law.

The **Garden State Bar Association** ("GSBA"), established in 1975, is New Jersey's oldest and largest professional organization for African-American judges, lawyers, and law students. The GSBA provides opportunities for attorneys to collectively tackle challenges that improve the lives of minorities. The GSBA joins this brief to uphold the rule of law and ensure equal access to justice for all individuals.

The **Metropolitan Black Bar Association** ("MBBA") is a unified, citywide organization of lawyers across New York City's five boroughs, and the largest association of Black attorneys in New York State. With members spanning all sectors of the legal profession, the MBBA is committed to upholding justice, advancing the legal profession, and safeguarding the rule of law and the integrity of our democratic institutions. In accordance with its respect for judicial independence, judges on the MBBA Board of Directors recused themselves from all discussions or decisions regarding this brief.

The **Monroe County Bar Association** ("MCBA"), originally established in 1892 as the Rochester Bar Association, is dedicated to advancing justice, promoting public understanding of the law, and supporting the professional growth, excellence, collegiality, and diversity of its members. As a strong advocate for the legal profession, the MCBA plays an active role in collaboration with bar associations across New York State and the country.

The **Muslim Bar Association of New York** ("MuBANY") is one of the nation's largest and most active professional associations for Muslim lawyers. MuBANY supports the Muslim community by promoting education, protecting civil rights, and fostering full, fair, and equal representation of Muslims in American society. MuBANY stands in solidarity with the legal community in condemning the executive orders, which represent a clear overreach of executive power and a direct assault on the independence of the judiciary and the rule of law.

The **Women's Bar Association of the State of New York** ("WBASNY") is the largest statewide women's bar association in the country and the second largest statewide bar in New York, with twenty regional Chapters across New York State and more than 4,000 attorney members practicing in every area of the law. WBASNY's first Chapter was incorporated in New York in 1918, before women achieved the right to vote. Its mission is to ensure the fair and equal administration of justice; advocate for the advancement of the status of women; support diversity, equity and inclusion in society; and act as a unified voice for its members on issues of statewide, national, and international significance.

## II. The Bar Associations' *Amici Curiae* Brief Would Assist the Court's Consideration of Plaintiff's Motion Without Delaying Litigation.

The bar associations' participation in this case is "desirable" and would provide a perspective "not adequately represented by a party." Loc. Civ. R. 7(o)(2). Bar associations are nonpartisan, nonprofit subject-matter experts on the institutional independence and professional

standards of the legal profession. Their members include not only attorneys directly affected by Executive Order No. 14320 ("the Order"), but also indirectly affected attorneys who represent a diverse range of clients in a wide variety of matters in multiple practice areas. *Amici* represent the interests of attorneys who suffer from the chilling effects wrought by the executive branch's retaliatory actions targeting law firms. Their interest in stopping this pattern of intimidation by example is distinct from Perkins Coie's direct interest in the case.

The proposed *amici* brief contextualizes the impact of the Order on the independence of the legal profession, the integrity of our judicial system, and the rule of law, and is therefore "relevant to the disposition of the case," Loc. Civ. R. 7(o)(2). It explains how the Order and related executive actions co-opt the bar into being an instrument of the executive branch's agenda, undermining the independence of lawyers. The brief details the chilling effect that this coercion has on attorneys and clients who fear being targeted should they fall into the executive branch's disfavor. It describes how the Order and related executive actions interfere with lawyers' ethical and professional obligations to their clients. It also explains how lawyers' independence is essential for the proper functioning of the judicial system. Finally, the brief highlights how history, both in the United States and abroad, demonstrates the necessity of an independent bar to the rule of law.

The bar associations' proposed *amici* brief will not "unduly delay the Court's ability to rule on any pending matter." Loc. Civ. R. 7(o)(2). They file this motion and attach their brief three business days after the parties filed their principal briefs and seven business days before opposition briefs are due, allowing Defendants sufficient time to respond to *amici*'s arguments and not delaying the Court's review.

**CONCLUSION**

For the foregoing reasons, the Court should grant leave to file the attached *amici curiae* brief in support of Plaintiffs' motion for summary judgment and for declaratory and permanent injunctive relief.

Respectfully submitted,

*/s/ Jeannie Suk Gersen*

**PROTECT DEMOCRACY PROJECT**

John Paredes
Protect Democracy Project
82 Nassau Street, #601
New York, NY 10038
john.paredes@protectdemocracy.org
(202) 579-4582
Fax: (202) 769-3176
D.D.C. Bar No. NY0418

Hayden Johnson
Protect Democracy Project
2020 Pennsylvania Ave. NW, Suite #163
Washington, DC 20006
hayden.johnson@protectdemocracy.org
(202) 579-4582
Fax: (202) 769-3176
D.C. Bar No. 1671830

Jeannie Suk Gersen
(*pro hac vice forthcoming*)
Harvard Law School*
1563 Massachusetts Avenue
Cambridge, MA 02138
jeannie.gersen@gersen.com
(617) 496-8834

* Institutional affiliation for identification purpose only.

*Counsel for* Amici Curiae

## CERTIFICATE OF SERVICE

I certify that on April 7, 2025 a copy of the foregoing was filed with the Clerk using the

Court's CM/ECF system, which will send a copy to all counsel of record.

April 7, 2025

Respectfully submitted,

/s/ John Paredes
John Paredes
Counsel for *Amici Curiae*