AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| PERKINS COIE LLP, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00716 (BAH) |
| U.S. DEPARTMENT OF JUSTICE, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bar Associations.

Date: 04/07/2025

/s/ John Paredes
*Attorney's signature*

John Paredes (D.D.C. Bar No. NY0418)
*Printed name and bar number*
Protect Democracy Project
82 Nassau Street, #601
New York, NY 10038

*Address*

john.paredes@protectdemocracy.org
*E-mail address*

(202) 579-4582
*Telephone number*

(202) 769-3176
*FAX number*