AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| PERKINS COIE LLP, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00716 (BAH) |
| U.S. DEPARTMENT OF JUSTICE, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bar Associations                                                                            .

Date:  04/07/2025

/s/ Hayden Johnson
*Attorney's signature*

Hayden Johnson (D.C. Bar No. 1671830)
*Printed name and bar number*

Protect Democracy Project
2020 Pennsylvania Ave. NW, Suite #163
Washington, DC 20006

*Address*

hayden.johnson@protectdemocracy.org
*E-mail address*

(202) 579-4582
*Telephone number*

(202) 769-3176
*FAX number*