UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00716 (BAH) |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF NAACP LEGAL DEFENSE & EDUCATIONAL FUND FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the unopposed motion of the NAACP Legal Defense & Educational Fund ("LDF") for leave to file a brief as amicus curiae in support of Plaintiffs' motion for summary judgment, it is hereby ORDERED that the motion is GRANTED. The Clerk is directed to file the LDF's amicus curiae brief on the docket in this matter.

Dated: _____    _____
                                                                      Judge Beryl A. Howell
                                                                      UNITED STATES DISTRICT COURT JUDGE