# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-00716 (BAH) |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY JEANNIE SUK GERSEN *PRO HAC VICE*

The Court has reviewed the motion for admission of attorney Jeannie Suk Gersen *pro hac vice*. Upon consideration of the motion, the Court grants attorney Jeannie Suk Gersen *pro hac vice* admission to this Court in the above-referenced matter.

IT IS SO ORDERED.

Dated: _____, 2025

_____
BERYL A. HOWELL
United States District Judge