AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| PERKINS COIE LLP | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-00716-BAH |
| U.S. DEPARTMENT OF JUSTICE, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

General Counsel Amici.

Date: 04/08/2025

s/ Joseph N. Roth
*Attorney's signature*

Joseph N. Roth (AZ Bar # 025725)
*Printed name and bar number*
OSBORN MALEDON, P.A.
2929 North Central Avenue, 20th Floor
Phoenix, Arizona 85012-2793

*Address*

jroth@omlaw.com
*E-mail address*

(602) 640-9000
*Telephone number*

(602) 640-9050
*FAX number*