AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| PERKINS COIE LLP ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   Case No. 1:25-cv-00716-BAH |
| U.S. DEPARTMENT OF JUSTICE, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

General Counsel Amici                                                                                         .

Date:   04/08/2025

*Attorney's signature*

Joshua Messer (AZ Bar # 035101)
*Printed name and bar number*
OSBORN MALEDON, P.A.
2929 North Central Avenue, 20th Floor
Phoenix, Arizona 85012-2793

*Address*

jmesser@omlaw.com
*E-mail address*

(602) 640-9000
*Telephone number*

(602) 640-9050
*FAX number*