UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>  Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et. al.*,<br><br>  Defendants. | Civil Action No. 25-716 (BAH) |

**UNOPPOSED MOTION OF THE INTERNATIONAL ACADEMY OF TRIAL LAWYERS FOR LEAVE TO FILE A BRIEF *AMICUS CURIAE* IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FOR DECLARATORY AND PERMANENT INJUNCTION**

The International Academy of Trial Lawyers (the "Academy") move, pursuant to LCvR 7(o), through the undersigned counsel, for leave to file a brief as an *amicus curiae* in support of Plaintiff. The proposed brief is attached hereto as Exhibit 1, and a proposed order is attached as Exhibit 2. In support of this motion, the Academy further states:

1. This Court has "broad discretion" in determining whether a third party may participate in a case as *amicus curiae*. *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Engineers*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007). Filing an *amicus* brief is appropriate "when the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Youming Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008) (quoting *Ryan v. CFTC*, 125 F.3d 1062, 1063 (7th Cir. 1997)). The Academy is particularly well situated to provide such information and perspective.

The Academy is an elite, invitation-only professional association of the leading trial lawyers in the United States and in 30 countries around the world. For over 70 years, the Academy has been devoted to the preservation of the Rule of Law. The Academy stands as the world's

foremost trial lawyer organization, dedicated to excellence, advocacy, and legal reform. Our membership includes 500 active trial lawyers in the United States and over 150 international Fellows, representing both plaintiffs and defendants in civil cases, as well as prosecutors and criminal defense lawyers. Academy Fellows have, for many decades, served the legal profession and the Judiciary through participation in bar committees, leadership roles such as State Bar presidencies, and board and trustee positions at major law and law related institutions. In addition, the Academy has a Foundation which, each and every year, supports the rule of law by awarding grants to institutions that provide legal education for judges, critically needed legal services to the poor, legal education to journalists from around the world, asylum and naturalization legal representation for the immigrant community, and legal support for at risk youth, the homeless and those wrongfully convicted of crimes.

2. This litigation centers on the March 6, 2025 Executive Order entitled "Addressing Risks from Perkins Coie LLP" (the "Executive Order"). The Plaintiff's filings and those of other *amici* focus on the threat posed by the unconstitutional and retributive Executive Order to the practice of law and ongoing representation of clients. The nature of the Academy's over 70-year mission to preserve the rule of law would give the Court a unique historical perspective on how that bedrock principle has persevered despite efforts—like the Executive Order—that seek to undermine it. The Academy's status as an international organization would also permit it to inform the Court about how similar measures have subverted the rule of law in other countries.

3. The Academy has conferred with counsel for Plaintiff and Defendants in compliance with LCvR 7(m) and LCvR 7(o)(2). Plaintiff has consented to the filing of the Academy's brief. The Defendants do not object.

WHEREFORE, the Academy requests that the Court grant its motion for leave to file an *amicus* brief in this matter.

Respectfully Submitted,

Dated: April 8, 2025

/s/ *Patrick M. Regan*
Patrick M. Regan
Bar No. 336107
REGAN ZAMBRI & LONG, PLLC
1919 M Street, NW
Washington, DC 20036
Email: pregan@reganfirm.com
Phone: (202) 463-3030
Fax: (202) 463-0667

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

April 8, 2025                                                                 /s/ Patrick M. Regan
                                                                                Patrick M. Regan