**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PERKINS COIE LLP, <br><br>         Plaintiff, <br><br>     v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et. al*., <br><br>         Defendants. | Civil Action No. 25-716 (BAH) |

**[PROPOSED] ORDER**

The Unopposed Motion of the International Academy of Trial Lawyers for Leave to File

an Amicus Brief in Support of Plaintiff's Motion for Summary Judgment and for Declaratory

Relief is hereby **GRANTED**.


Dated: _____          _____

                                               Hon. Beryl A. Howell, District Judge