IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>  Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, FEDERAL COMMUNICATIONS COMMISSION, OFFICE OF MANAGEMENT AND BUDGET, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, OFFICE OF PERSONNEL MANAGEMENT, GENERAL SERVICES ADMINISTRATION, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, THE UNITED STATES OF AMERICA, and, in their official capacities, PAMELA, J. BONDI, BRENDAN CARR, RUSSELL T. VOUGHT, ANDREA R. LUCAS, CHARLES EZELL, STEPHEN EHEKIAN, and TULSI GABBARD,<br><br>  Defendants. | Case No. 1:25-cv-00716-BAH |

**UNOPPOSED MOTION OF GENERAL COUNSEL AMICI
FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF
PLAINTIFF PERKINS COIE LLP'S MOTION FOR SUMMARY JUDGMENT**

Proposed amici respectfully request leave of this Court to file the attached amicus curiae brief in support of the motion for summary judgment filed by Plaintiff Perkins Coie LLP (Doc. 39; Doc. 39-1). Proposed amici, listed in Exhibit A, are lawyers who served, or are currently serving, as in-house general counsel from a wide cross-section of

America's leading companies. They have worked with outside counsel on legal issues of every kind, including significant matters adverse to the government ("General Counsel Amici"). General Counsel Amici speak for themselves, not their current or former employers. The parties do not oppose this motion.

      This Court "has broad discretion to permit . . . participat[ion] [of] amici curiae," and amicus participation is appropriate where amici have "relevant expertise and a stated concern for the issues at stake in [the] case." *Dist. of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011). The General Counsel Amici have such expertise: through their vast experience in both law and corporate leadership, they can speak authoritatively about the impact Executive Order 14230 has on the right to counsel of choice and the harms businesses and the public will suffer as a consequence. Amici can inform the Court of the destructive harm the Executive Order does to businesses throughout the country through chilled First Amendment protected activity, government intrusion in private business decisions, and a business culture of fear and silence—harm that is distinct from the damage the Order causes to Perkins Coie. Although other parties can speak to the implications of the Executive Order as to the lawyers themselves, the General Counsel Amici can opine on the harm caused to potential clients and the business community.

      For these reasons, General Counsel Amici respectfully request that the Court grant them leave to file an amicus curiae brief in this case. A proposed order accompanies this motion.

Dated:  April 8, 2025                              Respectfully submitted:


                                                                   s/ David B. Rosenbaum
David B. Rosenbaum (*pro hac vice*)
Joseph N. Roth (*pro hac vice*)
Eric M. Fraser (*pro hac vice*)
Mary R. O'Grady (*pro hac vice*)
Andrew G. Pappas (*pro hac vice*)
Joshua J. Messer (*pro hac vice*)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 20th Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
jroth@omlaw.com
efraser@omlaw.com
mogrady@omlaw.com
apappas@omlaw.com
jmesser@omlaw.com

Counsel for Amici Curiae General Counsel Amici

## **CERTIFICATE OF SERVICE**

I, David B. Rosenbaum, certify that on April 8, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

| | |
|---|---|
| Dated: April 8, 2025 | s/ David B. Rosenbaum<br>David B. Rosenbaum (*pro hac vice*)<br>Joseph N. Roth (*pro hac vice*)<br>Eric M. Fraser (*pro hac vice*)<br>Mary R. O'Grady (*pro hac vice*)<br>Joshua J. Messer (*pro hac vice*)<br>OSBORN MALEDON, P.A.<br>2929 North Central Avenue, 21st Floor<br>Phoenix, Arizona 85012-2793<br>(602) 640-9000<br>drosenbaum@omlaw.com<br>jroth@omlaw.com<br>efraser@omlaw.com<br>mogrady@omlaw.com<br>apappas@omlaw.com<br>jmesser@omlaw.com<br><br>Counsel for Amici Curiae General Counsel Amici |

# Exhibit A

## Identities of Amici Curiae

**Stephanie Adamson King**
Chief Legal Officer and General Counsel to start-ups in the technology sector

**David Anderson**
Former General Counsel, Airborne Express, Inc.

**Robert A. Armitage**
Former General Counsel, Eli Lilly and Company

**Michelle Banks**
Former Global General Counsel,
The Gap, Inc.

**Matthew Broad**
Former General Counsel, OfficeMax, Inc.

**Maureen Brundage**
Former Executive Vice President, General Counsel, Chief Ethics Officer and Corporate Secretary of The Chubb Corporation

**Christian G. Cabou**
Former General Counsel, Illumina, Inc.

**Kevin M. Carome**
Former General Counsel, Invesco Ltd.

**Mark Chandler**
Former Chief Legal Officer, Cisco Systems, Inc.

**Robert Chesnut**
Former General Counsel, Airbnb Inc.

**Richard T. Collier**
Former Senior Vice President & General Counsel: Rhône-Poulenc Rorer, Inc.; Pharmacia & Upjohn Company; Pharmacia Corporation; Elan, plc.

**Daniel Cooperman**
Former Senior Vice President, General Counsel and Secretary, Apple, Inc.; Former Senior Vice President, General Counsel and Secretary, Oracle Corporation

**Carolyn L. Cox**
Former General Counsel, Alera Group, Inc.

**Lloyd Norton Cutler Jr.**
Former General Counsel, BlueStar Communications

**Dorian Daley**
Former Executive Vice President and General Counsel, Oracle Corporation

**Sheila Kearney Davidson**
Former Chief Legal Officer, New York Life Insurance Company

**Pierre Donahue**
Former Executive Vice President and General Counsel of a hotel management company

**Maggie Drucker**
Former Chief Legal Officer, Grubhub

**Alinka Flaminia**
Former Chief Legal Officer, Cadence Design Systems, Inc.; Former General Counsel for Mellanox Technologies and PMC-Sierra, Inc.

**Ivan Fong**
Former Executive Vice President, Chief Legal and Policy Officer and Secretary, 3M Company; Former Chief Legal Officer and Secretary, Cardinal Health, Inc.

**Peter J. Ganz**
Former Senior Vice President, General Counsel and Corporate Secretary, Ashland, Inc.

**Jennifer A. Gorman**
Former General Counsel, KCI Technologies, Inc.

**Noah Hanft**
Former General Counsel and Chief Franchise Officer, Mastercard, Inc.

**Michael Harrington**
Former Senior Vice President and General Counsel, Eli Lilly and Company

**Jill Harrison**
Former General Counsel of a medical device company

**Jennifer R. Hart**
Former General Counsel, Tata Consumer Products U.S.

**Lucy Lee Helm**
Former Executive Vice President, General Counsel and Secretary, Starbucks Coffee Company

**Christie Hill**
Former Chief Legal Officer, Aristocrat Leisure Limited; Former Chief Legal Officer and Head of Global Corporate Citizenship, The Dun & Bradstreet Corporation; Former General Counsel, Secretary and Chief Compliance Officer, Primus Telecommunications Group, Inc.

**Jerald S. Howe, Jr.**
Former General Counsel of TASC, Inc. and Veridian Corporation

**John W. Holleran**
Former Executive Vice President and General Counsel, Boise Cascade Corporation; Former Senior Vice President and General Counsel, Itron, Inc.

**Michael Jacobson**
Former General Counsel, eBay, Inc.

**Seth R. Jaffe**
Former Chief Legal Officer, Levi Strauss & Co.; Former General Counsel, Williams-Sonoma, Inc.

**James R Jenkins**
Former Senior Vice President and General Counsel, Deere & Company

**Bruce Kuhlik**
Former General Counsel, Merck & Co., Inc., and Pathfinder International

**Alison R. Lazerwitz**
Former General Counsel, Daniel Swarovski Corporation; Former Chief Legal Officer, Sodexo, SA

**Michele C. Lee**
Former General Counsel, Pinterest

**J. May Liang**
General Counsel, OpenConcept Systems, Inc.; Former General Counsel, Total Music LLC; Former Associate General Counsel, AOL Inc.

**David Mann**
Former Senior Vice President, Chief Legal Officer and Secretary, Dunkin' Brands, Inc.

**Michael Malecek**
Chief Legal Officer and Company Secretary

**Michele Mayes**
Former General Counsel for The New York Public Library, Allstate Insurance Company, and Pitney Bowes Inc.

**Teri P. McClure**
Former General Counsel, United Parcel Service

**A. Douglas Melamed**
Former Senior Vice President and General Counsel, Intel Corporation

**Shelley Milano**
Former Senior Vice President and General Counsel, L Brands; Senior Vice President, General Counsel, and Secretary at Eddie Bauer; Executive Vice President and General Counsel, Starbucks Corporation

**Randal S. Milch**
Former Executive Vice President, Public Policy, and General Counsel, Verizon Communications Inc.

**Manas Mohapatra**
General Counsel, Trust Machines

**William H. Neukom**
Former Executive Vice President and General Counsel, Microsoft Corp.

**Laura Nyquist**
Former General Counsel, Teradata Corporation

**William M Ojile, Jr.**
Former Chief Legal Officer, Valor Communications Group, Inc. and Alta Colleges, Inc.

**Amy Fliegelman Olli**
Former Executive Vice President and General Counsel, VMware and Avaya

**Marla S. Persky**
Former Senior Vice President, General Counsel and Corporate Secretary, Boehringer Ingelheim Corporation; Former Acting General Counsel and Corporate Secretary, Baxter International

**Valerie Pierce**
Former General Counsel of several biotechnology and biopharmaceutical companies

**Karyn S.W. Polak**
Former Chief Legal Officer, Transamerica; Former General Counsel, Citi Private Bank and Citi Investment Research

**Kelli L. Roach**
Former General Counsel, Black Mountain Sand

**Mark Roellig**
Former Chief Legal Officer, General Counsel and Secretary, Massachusetts Life Insurance Company (MassMutual), Fisher Scientific International Inc., Storage Technology Corp. (StorageTek), and US WEST Inc.

**Edward Ryan**
Former Executive Vice President and General Counsel, Marriott International, Inc.

**Lori A. Schechter**
Former Executive Vice President, Chief Legal Officer & General Counsel, McKesson Corporation

**Katherine E. Schuelke**
Former Senior Vice President, Chief Legal Officer, and Corporate Secretary, Seagate Technology LLC; Former Senior Vice President, General Counsel, and Corporate Secretary, Altera Corporation

**Steven R Secrist**
Former Senior Vice President and General Counsel, Puget Sound Energy

**Margaret K Seif**
Former Senior Vice President and Chief Legal Officer, Analog Devices, Inc.

**Jane Sherburne**
Former General Counsel, Bank of New York

**Savalle Sims**
Former General Counsel for a media company

**Isaac Stein**
Former General Counsel, Raychem Corp.

**Kristin Sverchek**
Former President and General Counsel, Lyft

**Wilma Wallace**
Former Chief Legal Officer, Recreational Equipment, Inc., (REI)

**Irving Yoskowitz**
Former Executive Vice President and General Counsel, United Technologies Corporation

**Sharon Zezima**
Former General Counsel, Marketo, GoPro, Pax Labs and Acoustic

**Richard Ziegler**
Former General Counsel, 3M Company