IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>  Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, FEDERAL COMMUNICATIONS COMMISSION, OFFICE OF MANAGEMENT AND BUDGET, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, OFFICE OF PERSONNEL MANAGEMENT, GENERAL SERVICES ADMINISTRATION, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, THE UNITED STATES OF AMERICA, and, in their official capacities, PAMELA, J. BONDI, BRENDAN CARR, RUSSELL T. VOUGHT, ANDREA R. LUCAS, CHARLES EZELL, STEPHEN EHEKIAN, and TULSI GABBARD,<br><br>  Defendants. | Case No. 1:25-cv-00716-BAH |

**[PROPOSED] ORDER GRANTING
UNOPPOSED MOTION OF GENERAL COUNSEL AMICI FOR LEAVE TO FILE
AMICUS CURIAE BRIEF
<u>IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>**

Upon consideration of Amicus's Motion, the Court hereby ORDERS that the Motion for leave is

GRANTED

**SO ORDERED.**

Dated: _____, 2025

_____<br>
Hon. Beryl A. Howell<br>
United States District Judge