AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| PERKINS COIE LLP, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00716 |
| U.S. DEPARTMENT OF JUSTICE, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FORMER SENIOR GOVERNMENT OFFICIALS.

Date: 04/08/2025

/s/ Justin A. Nelson
*Attorney's signature*

Justin A. Nelson 490347
*Printed name and bar number*

SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
*Address*

jnelson@susmangodfrey.com
*E-mail address*

(713) 651-9366
*Telephone number*

(713) 654-6666
*FAX number*