IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-00716 (BAH) |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF FORMER SENIOR GOVERNMENT OFFICIALS AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Having reviewed the Unopposed Motion for Leave to File Brief of Former Senior Government Officials as *Amici Curiae* in Support of Plaintiff's Motion for Summary Judgment ("Motion"), the Court hereby GRANTS the Motion. It is further ORDERED that the Amici Curiae brief attached as Exhibit 1 to the Motion is deemed filed with this Court upon entry of this Order.

**IT IS SO ORDERED**.

Entererred this _____ day of _____, 2025

_____
U.S. District Court Judge Beryl A. Howell