# **APPENDIX**

**List of Amici Curiae**

Donald Ayer: Deputy Attorney General (1989-1990); Principal Deputy Solicitor General (1986-1988); U.S. Attorney, Eastern District of California (1982-1986)

John B. Bellinger III: Legal Adviser, U.S. Department of State (2005-2009); Senior Associate Counsel to the President and Legal Adviser, National Security Council (2001-2005)

Gregory Craig: Counsel to the President (2009-2010); Assistant to the President and Special Counsel (1998-1999)

Ambassador John C. Danforth: U.S. Ambassador to the United Nations (2004-2005); U.S. Senator from Missouri (1976-1995)

Ambassador Eric Edelman: Undersecretary of Defense for Policy (2005-2009); U.S. Ambassador to Turkey (2003-2005); Principal Deputy Advisor to the Vice President for National Security Affairs (2001-2003); U.S. Ambassador to Finland (1998-2001)

Ambassador Nancy H. Ely-Raphel: Senior Advisor to the Secretary of State (2001-2003); U.S. Ambassador to Slovenia (1998-2001)

Stuart Gerson: Acting Attorney General of the United States (1993); Assistant Attorney General (Civil) (1989-1993)

Secretary Chuck Hagel: Secretary of Defense (2013-2015); Co-Chairman, President's Intelligence Advisory Board (2009-2013); U.S. Senator from Nebraska (1997-2009)

Avril Haines: Director of National Intelligence (2021-2025); Deputy National Security Advisor (2015-2017)

Conrad K. Harper: Legal Adviser, U.S. Department of State (1993-1996)

General Michael Hayden: Director of the Central Intelligence Agency (2006-2009); Principal Deputy Director of National Intelligence (2005-2006); Director of National Security Agency (1999-2005)

Peter Keisler: Acting Attorney General (2007); Assistant Attorney General (Civil) (2003-2007)

Alan Kreczko: Legal Adviser, National Security Council (1992-1997)

Judge J. Michael Luttig: United States Court of Appeals, Fourth Circuit (1991-2006); Assistant Attorney General OLC (1990-1991)

Secretary Denis McDonough: Secretary of Department of Veterans Affairs (2021-2025); White House Chief of Staff (2013-2017); Principal Deputy National Security Adviser (2010-2013)

John M. Mitnick: General Counsel, U.S. Department of Homeland Security (2018-2019); Associate Counsel to the President (2005-2007)

Trevor Morrison: Chair, Public Interest Declassification Board (2016-2018); Associate Counsel to the President (2009); Attorney Advisor, Office of Legal Counsel, U.S. Department of Justice (2000-2001)

Ambassador Thomas R. Pickering: U.S. Ambassador to United Nations (1989-1992); U.S. Ambassador to Russia (1993-1996); U.S. Ambassador to India (1993-1996) U.S. Ambassador to Israel (1985-1988); U.S. Ambassador to Jordan (1974-1978); Undersecretary of State for Political Affairs (1997-2000)

Alan Raul: Associate Counsel to President Reagan (1986-1988); General Counsel, Office of Management and Budget (1988-1989); Vice Chairman of the Privacy and Civil Liberties Oversight Board (2006-2008)

Ambassador Susan E. Rice: National Security Advisor (2013-2017); U.S. Ambassador to the United Nations (2009-2013)

Nicholas Rostow: General Counsel and Senior Policy Adviser to the U.S. Permanent Representative to the United Nations (2001-05); Special Assistant to the President for National Security Affairs and Legal Adviser, National Security Council (1987-93)
Wendy Sherman: Deputy Secretary of State (2021-2023); Undersecretary for Political Affairs, U.S. Department of State (2011-2015)
Judge Abraham D. Sofaer: Legal Adviser, U.S. Department of State (1985-1990); United States District Court, Southern District of New York (1979-1985)
Margaret Taylor: Legal Adviser, U.S. Department of State (2024-2025)
Peter Wallison: Counsel to the President (1986-1987); General Counsel, U.S. Department of the Treasury (1981-1985)
Matthew C. Waxman: Deputy Assistant Secretary of Defense (2004-2005)
Judge William Webster: Chair of the Homeland Security Advisory Council (2005-2020); Director of Central Intelligence (1987-1991); Director of the FBI (1978-1987); United States Court of Appeals, 8th Circuit (1973-1978)