AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| PERKINS COIE LLP | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00716 |
| U.S. DEPARTMENT OF JUSTICE, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

23 NONGOVERNMENTAL ORGANIZATIONS.

Date: 04/09/2025

/s/ William E. Zapf
*Attorney's signature*

William E. Zapf (D.C. Bar No. 987213)
*Printed name and bar number*

Kaiser PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005
*Address*

wzapf@kaiserlaw.com
*E-mail address*

(202) 640-2850
*Telephone number*

(202) 280-1034
*FAX number*