UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PERKINS COIE LLP
*Plaintiff,*

v.

U.S. DEPARTMENT OF JUSTICE, et al.,
*Defendants.*

Case Number: 1:25-cv-00716-BAH

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF SIXTY-ONE MEDIA ORGANIZATIONS AND PRESS FREEDOM ADVOCATES IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the motion of sixty-one media organizations and press freedom advocates for leave to file an Amici Curiae brief and such matters as are just and proper, it is hereby:

ORDERED that the aforementioned Motion is GRANTED.

Dated: _____

_____
Honorable Beryl A. Howell
United States District Judge

1