UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP, <br><br> Plaintiff <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, et al., <br><br> Defendants | Civil Action No. 1:25-cv-00716 |

**UNOPPOSED MOTION BY 23 NONGOVERNMENTAL ORGANIZATIONS FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7(o), twenty-three (23) nonprofit groups and nongovernmental organizations (together, "Proposed Amici") respectfully seek this Court's leave to file the amici curiae brief attached as Exhibit A in support of the pending motion for summary judgment by Plaintiff Perkins Coie LLP ("Perkins Coie").[1] Each of the Proposed Amici is described below and listed in the Appendix to the proposed brief.

In support of this motion, Proposed Amici state as follows:

1. Advocates for Transgender Equality Education Fund ("A4TE") is a nonprofit organization dedicated to advocating for the rights of transgender and nonbinary individuals across the United States. A4TE seeks to achieve full lived equality for the transgender and nonbinary community through impact litigation, policy advocacy, and

---

[1] Pursuant to Local Civil Rule 7(o)(5), counsel for Proposed Amici certify that no counsel for a party authored this brief in whole or in part, and no person other than Proposed Amici, their members, or their counsel made a monetary contribution to the brief's preparation or submission.

       education in areas such as employment, health care, housing, conditions of confinement, education, identity documents, and public accommodations.

2. American Oversight is a nonpartisan, nonprofit section 501(c)(3) organization committed to advancing truth, accountability, and democracy by enforcing the public's right to government records. Through research and Freedom of Information Act (FOIA) and other public records requests, American Oversight uses the information it gathers, and its analysis of that information, to educate the public about the activities and operations of federal, state, and local governments through reports, published analyses, press releases, and other media.

3. Americans United for Separation of Church and State is a nonpartisan, not-for-profit educational and advocacy organization that brings together people of all religions and none to protect the right of everyone to believe as they want and stop anyone from using their beliefs to harm others. We fight in the courts, legislatures, and the public square for freedom without favor and equality without exception. We regularly file lawsuits and submit amicus briefs to defend the Constitution, the rule of law, and our cherished American principle of the separation of religion and government.

4. Brady Center to Prevent Gun Violence ("Brady") is the nation's most longstanding non-partisan, non-profit organization dedicated to reducing gun violence.  Brady passes and defends gun violence prevention laws, reforms the gun industry, and educates the public about responsible gun ownership. Brady's work to free America from gun violence involves critical partnerships with pro bono counsel on amicus brief filings, gun violence prevention law defense, and affirmative litigation against the gun industry.

5. The Center for Reproductive Rights is the only global legal advocacy organization dedicated to advancing reproductive rights. For more than 30 years, the Center has litigated groundbreaking reproductive rights cases against government defendants—including the U.S. government—regardless of the political party in power. The Center frequently partners with private law firms, including some of the law firms that have been targeted by President Trump's punitive executive orders, who work pro bono to defend the reproductive rights of patients, healthcare providers and others against government incursion.

6. Children's Rights, Inc. is a national advocacy organization committed to improving the lives of children who are in or impacted by government systems. Through strategic advocacy and legal action—often in partnership with leading law firms as co-counsel—Children's Rights holds governments accountable for keeping kids safe, healthy, and supported. Since its founding in 1995, Children's Rights has achieved lasting, systemic change for hundreds of thousands of children across more than 20 jurisdictions throughout the United States.

7. Citizens for Responsibility and Ethics in Washington ("CREW") is a non-partisan, non-profit government watchdog organization committed to protecting the rights of citizens to be informed about the activities of government officials and agencies and to ensuring ethics, transparency, and integrity in government. To advance its mission, CREW uses a combination of research, litigation, and advocacy. As part of its research, CREW routinely uses government records made available to it under FOIA, the Federal Advisory Committee Act, and other federal laws, and widely disseminates those records to the public.

8. Earthjustice is the nation's largest public interest environmental law organization. Our staff includes over 200 attorneys who litigate at the federal, state, and local level. Since its founding over 50 years ago, Earthjustice has brought hundreds of lawsuits against both Democratic- and Republican-led administrations, and has always represented its clients free of charge.

9. GIFFORDS Law Center to Prevent Gun Violence is the legal arm of the gun violence prevention organization founded and led by former Congresswoman and gun violence survivor Gabby Giffords.

10. GLBTQ Legal Advocates & Defenders ("GLAD Law") is New England's leading public interest legal organization dedicated to creating a just society free of discrimination based on transgender status, HIV status, and sexual orientation. Through federal court litigation GLAD Law advances the rights of LGBTQ people and people living with HIV.

11. Through programming and initiatives, the Human Rights Campaign ("HRC") Foundation seeks to make transformational change for LGBTQ+ people by shifting policies, practices, and hearts and minds in institutions that shape our daily lives. Its Impact Litigation and Advocacy Program leverages a collaborative spirit and strong partnerships in pursuing legal matters that expand and protect the rights and voices of LGBTQ+ people. As a guidepost, the Program works toward the empowerment of individuals in our community through systemic, structural, and institutional change.

12. Immigration Equality is a national legal service provider that assists immigrants fleeing persecution on the basis of their sexual orientation, gender identity, or HIV status. Each year, the organization provides legal advice to thousands of individuals and families,

actively manages more than 600 immigration cases, and appears in federal circuit courts as counsel or amicus curiae.

13. Lambda Legal Defense and Education Fund, Inc. ("Lambda Legal") is the nation's oldest and largest legal organization committed to achieving full recognition of the civil rights of lesbian, gay, bisexual, transgender people, and everyone living with HIV; through impact litigation, education, and policy advocacy. Lambda Legal has been instrumental in securing landmark legal victories for LGBTQ+ people, including the right to marriage equality and broad protections against discrimination.

14. Multicultural Media, Telecom and Internet Council ("MMTC") was established in 1986 as a national nonprofit organization dedicated to promoting and preserving equal opportunity and civil rights in the mass media, telecommunications, and broadcast industries. MMTC performs civil rights advocacy; conducts research and analysis, particularly in the area of broadband access and broadband adoption for people of color and other vulnerable populations; and regularly participates in agency rulemaking proceedings affecting these issues.

15. For more than 55 years, the National Health Law Program ("NHeLP") has engaged in litigation and policy advocacy to address barriers to health care being experienced by limited-income people, people with disabilities, older adults, and children. NHeLP has worked with Perkins Coie in these efforts, including to improve children's access to home- and community-based, as opposed to institutional, treatment of their behavioral health needs. As such, NHeLP is interested in the issues raised by this case.

16. The National Network to End Domestic Violence ("NNEDV") represents the 56 U.S. State and territorial coalitions against domestic violence. NNEDV was instrumental in the

passage and implementation of the Violence Against Women Act. NNEDV is dedicated to creating a social, political, and economic environment in which domestic violence no longer exists and works to make domestic violence a national priority, change the way society responds to domestic violence, and strengthen domestic violence advocacy at every level.

17. The National Women's Law Center ("NWLC") is a nonprofit legal organization, founded in 1972, that fights for gender justice in the courts, in public policy, and in our society. NWLC works across issues that are central to the lives of women and girls—especially women of color, LGBTQ people, and low-income women and families.

18. Natural Resources Defense Council, Inc. ("NRDC"), is a nonprofit advocacy organization that works to protect public health and the environment. Since 1970, NRDC has litigated many hundreds of cases, some as a plaintiff challenging governmental actions and some as an intervenor or amicus, defending governmental actions.

19. Public Counsel is a nonprofit public interest law firm dedicated to advancing civil rights and racial and economic justice, as well as to amplifying the power of our clients through comprehensive legal advocacy. Founded on and strengthened by a pro bono legal service model, our staff and volunteers seek justice through direct legal services, promote healthy and resilient communities through education and outreach, and support community-led efforts to transform unjust systems through litigation and policy advocacy in and beyond Los Angeles.

20. Public Rights Project ("PRP") is a national nonprofit that helps local officials fight for civil rights through training, legal advice, and litigation. PRP has a network of more than

200 government offices across the country, committed to a multiracial democracy where even the most marginalized can thrive.

21. Sierra Club is a national nonprofit organization with over 620,000 members whose mission includes practicing and promoting the responsible use of the earth's ecosystems and resources, protecting the quality of the environment, and using all lawful means to carry out these objectives. Sierra Club's interest in the present case is to protect the organization's ability to use lawful means to carry out its mission, and in particular to advocate for and defend strong federal environmental policies and to bring litigation challenging federal actions that violate environmental laws and undermine public participation in executive decision making.

22. As the largest environmental advocate focused on the South and one of the most robust nonprofit environmental law firms in the nation, the Southern Environmental Law Center ("SELC") represents hundreds of grassroots organizations and local governments every year as they advocate for environmental policies, enforce environmental laws, and hold governments and industry accountable. SELC's advocates appear in every level of the state and federal courts and advocate in Congress and before federal environmental and land management agencies. In the service of its public interest mission, SELC has filed successful federal litigation against one or more federal agencies under every presidential administration over the past 40 years.

23. Transgender Law Center ("TLC") is the largest national trans-led organization advocating self-determination for all people. Since 2002, TLC has been organizing, assisting, informing, and empowering thousands of individual community members towards a long-term, national, trans-led movement for liberation. It also pursues impact

litigation and policy advocacy to defend and advance the rights of TGNC people, transform the legal system, minimize immediate threats and harms, and educate the public about issues impacting our communities.

24. In their work on a wide range of legal and public-policy issues, Proposed Amici sometimes work collaboratively with or support federal, state, and local governments; sometimes advocate for reforms or regulatory changes, and sometimes challenge government policies and actions informally or in court—including presidential actions, regardless of the president's political party.

25. Proposed Amici have grave constitutional concerns about the Executive Order directed at Perkins Coie and the effects it may have on their work. First, it sends a clear message to Proposed Amici and all NGOs: do not challenge the President or you will be next. This directly impinges on Proposed Amici's protected advocacy efforts and is plainly unconstitutional under the First Amendment. Second, it restricts Proposed Amici's access to effective legal representation—including representation on a pro bono basis—which also violates their First Amendment freedom of association.

26. Finally, the Executive Order threatens the rule of law, which depends on organizations like Proposed Amici to challenge or lend support to governmental policies and actions when merited through action in the courts.

27. As the number of *amici curiae* briefs submitted in this matter in the last week have demonstrated, the Executive Order affects vastly more individuals and entities than Perkins Coie. The Executive Order is unprecedented and unconstitutional, and it jeopardizes the rights, interests, and work of countless American NGOs, including Proposed Amici.

28. Accordingly, Proposed Amici support Perkins Coie's request that the Court declare the Executive Order unconstitutional and enjoin it permanently, and respectfully request the Court permit them to be heard on this urgent issue.

29. Pursuant to Rule 7(o), a proposed order is attached. Counsel for Plaintiff and Defendants do not oppose this motion.

Respectfully submitted,

DATED: April 9, 2025

*/s/ William E. Zapf*
William E. Zapf (D.C. Bar No. 987213)
Sarah Fink (D.C. Bar 166663)
Amelia J. Schmidt (D.C. Bar 1012380)
Kaiser PLLC
1099 14th Street NW, 8th Floor West
Washington, DC 20005
T: (202) 640-2850
F: (202) 280-1034
wzapf@kaiserlaw.com
sfink@kaiserlaw.com
aschmidt@kaiserlaw.com

*Attorneys for Amici Curiae*