UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>Plaintiff<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants | Civil Action No. 1:25-cv-00716 |

**[PROPOSED] ORDER**

The motion by 23 nongovernmental organizations for leave to file an amici curiae brief in the above-captioned matter is GRANTED.

DATED: ___ April 2025

_____
Hon. Beryl A. Howell
U.S. District Judge