AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| Perkins Coie | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-716 |
| U.S. DOJ et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

See full list, attached.

Date: 4/9/2025

/s/ Jim Davy
*Attorney's signature*

Jim Davy, D.D.C. Bar. No. PA0117
*Printed name and bar number*

P.O. Box 15216
Philadelphia, PA 19125
*Address*

jimdavy@allriselaw.org
*E-mail address*

(215) 792-3579
*Telephone number*

n/a
*FAX number*

Full list of *Amici Curiae* for which Jim Davy is appearing as counsel:

FRED T. KOREMATSU CENTER FOR LAW AND EQUALITY, SERVICE EMPLOYEES INTERNATIONAL UNION, AMERICAN FEDERATION OF TEACHERS, AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, CENTER FOR CIVIL RIGHTS AND CRITICAL JUSTICE, CENTER FOR LAW, EQUITY AND RACE, CENTER FOR RACIAL AND ECONOMIC JUSTICE, CENTER ON LAW, RACE & POLICY, CENTER ON RACE, INEQUALITY, AND THE LAW, GIBSONBANKS CENTER FOR RACE AND THE LAW, THE LAWYERING PROJECT, AUTISTIC SELF ADVOCACY NETWORK, BAZELON CENTER FOR MENTAL HEALTH LAW, AND DISABILITY LAW UNITED