**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PERKINS COIE LLP,

     Plaintiff,

  v.           NO. 1:25-cv-00716-BAH

U.S. DEPARTMENT OF JUSTICE, *et al*.,

     Defendants.

**PROPOSED ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF**

  **COMES NOW**, *Amici Curiae*, by and through the undersigned counsel, pursuant to Rule 29 of the Federal Rules of Appellate Procedure and D.C. Circuit Rule 29, and hereby respectfully moves this Court to enter the following Proposed Order granting leave to file an amicus brief in support of Plaintiff Perkins Coie LLP's Motion for Summary Judgment and Permanent Injunctive Relief, pursuant to Local Civ. Rule 7(o).

  Upon consideration of *Amici*'s Motion and for good cause shown, it is hereby:

  **ORDERED** that *Amici*'s Motion for Leave is GRANTED; and it is further

  **ORDERED** that the Clerk shall file the Amicus Brief submitted with the Motion for Leave to File.

  **SO ORDERED** this __ day of April, 2025.

          HON. BERYL A. HOWELL
          United District Senior Judge

WHEREFORE, *Amici Curiae* respectfully requests that this Court enter the above

Proposed Order granting leave to file an *amicus* brief in support of Plaintiff's Motion for Summary

Judgment and Permanent Injunctive Relief.

Dated: April 9, 2025

                                                  Respectfully submitted,

                                                  /s/ Carolyn Elefant_____
                                                  Carolyn Elefant (D.C. Bar No. 425433)
                                                  LAW OFFICES OF CAROLYN ELEFANT
                                                  7315 Wisconsin Avenue
                                                  Bethesda, MD 20814
                                                  (202) 297-6100
                                                  carolyn@carolynelefant.com

                                                  *Counsel for Amici Curiae Solo and Small Firm Lawyers*