AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| PERKINS COIE LLP | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-CV-00716 |
| U.S. DEPARTMENT OF JUSTICE | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

334 Solo and Small Firm Lawyers .

Date: April 9, 2025

s/ Carolyn Elefant
*Attorney's signature*

Carolyn Elefant (Bar No. 425433)
*Printed name and bar number*

7315 Wisconsin Ave. #400W
Bethesda, MD 20814
*Address*

carolyn@carolynelefant.com
*E-mail address*

(202) 297-6100
*Telephone number*

*FAX number*