IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP, ) | |
| ) | |
| Plaintiff, ) | |
| ) Case No. 1:25-cv-00716-BAH | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION OF
AMERICA'S FUTURE, GUN OWNERS OF AMERICA, INC., GUN OWNERS
FOUNDATION, GUN OWNERS OF CALIFORNIA, JUDICIAL ACTION GROUP,
AND CONSERVATIVE LEGAL DEFENSE AND EDUCATION FUND FOR LEAVE TO
FILE BRIEF *AMICUS CURIAE* IN SUPPORT OF RECONSIDERATION OF THE TRO
AND DEFENDANTS' MOTION TO DISMISS**

On the grounds and for the reasons set forth below, movants, through undersigned counsel, pursuant to F.R.Civ.P. 7 and Rule 7(o) of the local rules of this Court, move this Court for leave to file a brief *amicus curiae* in support of Reconsideration of the TRO and Defendants' Motion to Dismiss.

Counsel for Plaintiff have consented to this Motion and to the filing of the attached brief *amicus curiae*. Counsel for Defendants state that they do not object. This brief is timely as it is being filed within seven days of the filing of parties' dispositive motions and seven days before the deadline for the briefs in opposition set by this Court's order. Furthermore, the *amicus* brief is within the page limit set by local rule 7(o)(4).

Movants America's Future, Gun Owners Foundation, and Conservative Legal Defense and Education Fund are exempt from federal income taxation under Section 501(c)(3) of the

2

Internal Revenue Code ("IRC").  Movants Gun Owners of America, Inc., Gun Owners of California, and Judicial Action Group are exempt from federal income taxation under IRC Section 501(c)(4).  Each organization participates actively in the public policy process, and most have filed numerous *amicus curiae* briefs in federal and state courts, defending U.S. citizens' rights against government overreach.

I.   **THIS CASE PRESENTS A CONSTITUTIONAL MATTER AND STATUTORY ISSUE OF GREAT IMPORTANCE.**

This case raises significant questions of the authority of the President under Article II, including whether he has the power to direct the Executive Branch to take certain actions to implement the policies of the new administration with respect to law firms which have engaged in suspect political activity.

II.  **THE *AMICUS CURIAE* BRIEF SUPPLEMENTS ARGUMENTS RAISED BY DEFENDANTS.**

Movants' proposed *amicus curiae* brief submitted with this Motion supports the position of Defendants, but provides the court with supplemental arguments and authorities to those which are contained in Defendants' Motion to Dismiss and are anticipated to be in Defendants' brief in opposition to Plaintiff's Motion for Summary Judgment.  The *amicus brief* addresses the Plaintiff's lack of standing, including whether its claims are ripe.  Furthermore, the *amicus* brief discusses why the Temporary Restraining Order cannot be justified under applicable law.

3

## III.  THE ACCEPTANCE OF BRIEFS *AMICUS CURIAE* HAS BEEN FOUND USEFUL IN CASES SUCH AS THIS.

District courts have inherent power to grant leave to file briefs *amicus curiae*, as they often "provide helpful analysis of the law[,] they have a special interest in the subject matter of the suit[,] or existing counsel is in need of assistance."  *Bryant v. Better Business Bureau of Greater Maryland, Inc.*, 923 F.Supp. 720, 728 (D. Md. 1996).  For the reasons stated above, it is believed, particularly in bringing to the attention of the Court important principles not fully addressed by the parties and Plaintiff's activities that have led to the Executive Order at issue in this case, that this *amicus* brief will inform the Court's effort to resolve the issues before it.  This Court has already granted other motions for leave to file *amicus* briefs filed in this case.  *See, e.g.,* Doc. #62 & #80 and Apr. 7, 2025 Minute Order.

Given the nationwide significance of this case, and its profound implications for all Americans, movants respectfully request leave to file the accompanying brief *amicus curiae* in support of reconsideration of the TRO and Defendants' Motion to Dismiss.

Respectfully submitted,

  /s William J. Olson
William J. Olson (D.C. Bar No. 233833)
Jeremiah L. Morgan (D.C. Bar No. 1012943)
  William J. Olson, P.C.
  370 Maple Avenue West, Suite 4
  Vienna, Virginia  22180-5615
  (703) 356-5070
  wjo@mindspring.com
Counsel for *Amici Curiae*

Dated: April 9, 2025