IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PERKINS COIE LLP, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-00716-BAH |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Unopposed Motion for Leave to File Brief *Amicus Curiae* filed by Movants America's Future, *et al.*, it is hereby

ORDERED that the Motion is granted, and the Clerk is directed to file the Brief *Amicus Curiae* that was lodged with the Motion.

SO ORDERED:

_____                                   _____
Dated                                                                                    United States District Judge