**APPENDIX**

1. Advocates for Transgender Equality Education Fund
2. American Oversight
3. Americans United for Separation of Church and State
4. Brady Center to Prevent Gun Violence
5. Center for Reproductive Rights
6. Children's Rights, Inc.
7. Citizens for Responsibility and Ethics in Washington
8. Earthjustice
9. GIFFORDS Law Center to Prevent Gun Violence
10. GLBTQ Legal Advocates & Defenders
11. Human Rights Campaign Foundation
12. Immigration Equality
13. Lambda Legal Defense and Education Fund, Inc.
14. Multicultural Media, Telecom and Internet Council
15. National Health Law Program
16. National Network to End Domestic Violence
17. National Women's Law Center
18. Natural Resources Defense Council, Inc.
19. Public Counsel
20. Public Rights Project
21. Sierra Club
22. Southern Environmental Law Center
23. Transgender Law Center