AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | ) |
|---|---|
| Perkins Coie LLP | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-00716-BAH |
| U.S. Department of Justice et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lawyers' Committee for Civil Rights Under Law.

Date: 04/07/2025

Adria Bonillas   /s/
*Attorney's signature*

Adria Bonillas (D.C. Bar No. 90023969)
*Printed name and bar number*

1500 K Street NW
Suite 900
Washington, D.C. 20005
*Address*

abonillas@lawyerscommittee.org
*E-mail address*

(202) 662-8317
*Telephone number*

(202) 783-0857
*FAX number*