IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE, LLP,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>　　　　Defendants | Civil Action No. 1:25-cv-00716 (BAH) |

## ENTRY OF APPEARANCE

TO:　　THE CLERK OF THE COURT

　　　Pursuant to LCvR 83.6(a), please enter my appearance as counsel for Amicus, Professor Aaron H. Caplan.

Dated: April 10, 2025

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　KALBIAN HAGERTY, LLP

　　　　　　　　　　　　　　　　　　　　By:　/s/ Stephen C. Leckar
　　　　　　　　　　　　　　　　　　　　　　Stephen C. Leckar
　　　　　　　　　　　　　　　　　　　　　　　(Bar No. 281691)
　　　　　　　　　　　　　　　　　　　　　　888 17th Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　Suite 1200
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 223-5600
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 223-6625
　　　　　　　　　　　　　　　　　　　　　　sleckar@kalbianhagerty.com

　　　　　　　　　　　　　　　　　　　　　　Attorney for Amicus
　　　　　　　　　　　　　　　　　　　　　　Professor Aaron H. Caplan

-2-

## CERTIFICATE OF SERVICE

    I hereby certify on April 10, 2025 that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By:    <u>/s/ Stephen C. Leckar</u>
        Stephen C. Leckar