IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE, LLP,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>  Defendants | Civil Action No. 1:25-cv-00716 (BAH) |

**MOTION FOR LEAVE TO FILE AMICUS BRIEF OF PROF. AARON H. CAPLAN REGARDING ATTAINDER**

Pursuant to Local Civil Rule 7(o), Professor Aaron H. Caplan moves for leave to file the attached amicus brief as respects Plaintiff Perkins Coie LLP's motion for summary judgment, Docket #22, and the United States Government's motion to dismiss, Docket #43. All parties have consented to the filing of the amicus brief.

*Identity of Amicus.* Amicus Aaron H. Caplan is a Professor of Law at LMU Loyola Law School in Los Angeles. His teaching includes many subjects germane to this litigation, including Constitutional Law, First Amendment, Professional Responsibility, and Civil Procedure. He is the author of a casebook titled *An Integrated Approach to Constitutional Law* (Foundation Press 3rd Ed. 2023). He has published articles examining the interaction of due process and free speech principles, such as *Free Speech and Civil Harassment Orders*, 64 Hastings L.J. 781 (2013). Of greatest importance to this brief is his article explaining how executive branch blacklisting can violate due process by depriving the liberty interest against acts of attainder. *Nonattainder as a Liberty Interest*, 2010 Wis. L. Rev. 1203. He was a signatory to the *Amicus Brief of 363 Law*

*Professors*, Docket #49, but this amicus brief regarding attainder does not repeat any arguments from that coalition brief.

*Purpose of Amicus Brief.* This Court observed on March 12 that the Executive Order against Perkins Coie "is like a bill of attainder." Docket #22, p. 89. Attainder concepts are implicit in the Complaint's Count I ("Unconstitutional Exercise of Judicial Authority") and Count II ("Unconstitutional Deprivation of Procedural Due Process"). Docket #1, pp. 25-30. The attainder argument was preserved in Plaintiff's motion for summary judgment. Docket #39, p. 26. However, given the number of issues in this case, the existing party briefing on the topic has been unavoidably short. The brief explains in greater detail why the Executive Order violates due process by depriving the liberty interest against acts of attainder.

The proposed amicus brief and a proposed order granting leave to file it are attached.

Dated: April 10, 2025

Respectfully submitted,

KALBIAN HAGERTY, LLP

By:   /s/ Stephen C. Leckar
Stephen C. Leckar
  (Bar No. 281691)
888 17th Street, N.W.
Suite 1200
Washington, D.C. 20006
Telephone: (202) 223-5600
Facsimile: (202) 223-6625
sleckar@kalbianhagerty.com

Attorney for Amicus
Professor Aaron H. Caplan

-3-

## CERTIFICATE OF SERVICE

      I hereby certify on April 10, 2025 that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

      By:    /s/ Stephen C. Leckar
                 Stephen C. Leckar