IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE, LLP,<br><br>     Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>     Defendants | Civil Action No. 1:25-cv-00716 (BAH) |

**[PROPOSED] ORDER**

Upon consideration of the Motion for Leave to file the attached Amicus Brief of Professor Aaron H. Caplan as respects Plaintiff Perkins Coie LLP's motion for summary judgment, Docket #22, and the United States Government's motion to dismiss, Docket #43 ("the Motion"), and for good cause shown:

It is hereby ORDERED that:

1. The Motion is Granted; and
2. The Clerk is directed to file the Amicus brief.

Dated: April ___ 2025

_____
United States District Judge

Copies to all Counsel