AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| PERKINS COIE LLP | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00716 (BAH) |
| U.S. DEPARTMENT OF JUSTICE ET AL | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.

Date: 04/11/2025

/s/ Samuel Spital
*Attorney's signature*

Samuel Spital, NY0248
*Printed name and bar number*

40 Rector Street
New York, NY 10006

*Address*

sspital@naacpldf.org
*E-mail address*

(212) 965-2200
*Telephone number*

*FAX number*