AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| PERKINS COIE LLP | ) |
| *Plaintiff* | ) |
| v. | ) |
| U.S. DEPARTMENT OF JUSTICE, et al. | ) |
| *Defendant* | ) |

Case No.    Case No. 1:25-cv-00716-BAH

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

General Counsel Amici                                                                                    .

Date:       04/11/2025

_____
*Attorney's signature*

Andrew G. Pappas (AZ Bar # 034432)
_____
*Printed name and bar number*
OSBORN MALEDON, P.A.
2929 North Central Avenue, 20th Flo
or Phoenix, Arizona 85012-2793

_____
*Address*

apappas@omlaw.com
_____
*E-mail address*

(602) 640-9000
_____
*Telephone number*

(602) 640-9050
_____
*FAX number*