AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| PERKINS COIE LLP, ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  Case No. 25-716 (BAH) |
| U.S. DEPARTMENT OF JUSTICE, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION OF THE DISTRICT OF COLUMBIA, CATO INSTITUTE, ELECTRONIC FRONTIER FOUNDATION, FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION, INSTITUTE FOR JUSTICE, KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY, NATIONAL COALITION AGAINST CENSORSHIP, REPORTERS COMMITTEE FOR THE FREEDOM OF THE PRESS, RUTHERFORD INSTITUTE, AND SOCIETY FOR THE RULE OF LAW INSTITUTE

Date:   04/11/2025

/s/ Cecilia D. Wang
*Attorney's signature*

Cecilia D. Wang (D.D.C. Bar No. CA00042)
*Printed name and bar number*

American Civil Liberties Union
125 Broad Street
New York, NY 10004
*Address*

cwang@aclu.org
*E-mail address*

(212) 549-2500
*Telephone number*

N/A
*FAX number*