AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| Perkins Coie LLP ) |
|---|
| *Plaintiff* ) |
| v. ) Case No. 1:25-cv-00716-BAH |
| U.S. Department of Justice, et al. ) |
| *Defendant* ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FRED T. KOREMATSU CENTER FOR LAW AND EQUALITY, SERVICE EMPLOYEES INTERNATIONAL UNION, AMERICAN FEDERATION OF TEACHERS, AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, CENTER FOR CIVIL RIGHTS AND CRITICAL JUSTICE, CENTER FOR LAW, EQUITY AND RACE, CENTER FOR RACIAL AND ECONOMIC JUSTICE, CENTER ON LAW, RACE & POLICY, CENTER ON RACE, INEQUALITY, AND THE LAW, GIBSONBANKS CENTER FOR RACE AND THE LAW, THE LAWYERING PROJECT, AUTISTIC SELF ADVOCACY NETWORK, BAZELON CENTER FOR MENTAL HEALTH LAW, AND DISABILITY LAW UNITED.

Date:  04/11/2025

/s/ Robert S. Chang
*Attorney's signature*

Robert S. Chang, WA Bar 44083
*Printed name and bar number*

401 E. Peltason Drive
Irvine, CA 92697

*Address*

rchang@law.uci.edu
*E-mail address*

949.824.3034
*Telephone number*

949.824.8926
*FAX number*