# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP, | |
| *Plaintiff* | Case No. 1:25-cv-00716-BAH |
| v. | |
| U.S. DEPARTMENT OF JUSTICE, FEDERAL COMMUNICATIONS COMMISSION, OFFICE OF MANAGEMENT AND BUDGET, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, OFFICE OF PERSONNEL MANAGEMENT, GENERAL SERVICES ADMINISTRATION, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, THE UNITED STATES OF AMERICA, and in their official capacities, PAMELA J. BONDI, BRENDAN CARR, RUSSELL T. VOUGHT, ANDREA R. LUCAS, CHARLES EZELL, STEPHEN EHEKIAN, and TULSI GABBARD, | |
| *Defendants*. | |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(e), Amici Fred T. Korematsu Center et al. move for admission and appearance of attorney Jeremiah Chin *pro hac vice* in the above-captioned action. The motion is supported by the Declaration of Jeremiah Chin. As set forth in that declaration, he is admitted and active member in good standing in the Arizona state bar.

This motion is supported and signed by Jim Davy, an active and sponsoring member of the Bar of this Court.

1

Respectfully submitted, this 11th day of April, 2025.

*Counsel for Amici*

<u>/s/ Jim Davy</u>

Jim Davy
D.D.C. Bar No. PA0117
All Rise Trial & Appellate
P.O. Box 15216
Philadelphia, PA 19125
215-792-3579
jimdavy@allriselaw.org

**CERTIFICATE OF SERVICE**

I certify that the foregoing motion is being served on all parties of record by the Court's ECF system on the date of filing, this 11th day of April, 2025.