# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 38808 |
| OF | ) | **CERTIFICATE** |
| MELISSA R. LEE | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Sarah R. Pendleton, Clerk of the Supreme Court of the State of Washington, hereby certify

**MELISSA R. LEE**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on June 6, 2007, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 4th day of April, 2025.

Sarah R. Pendleton
Supreme Court Clerk
Washington State Supreme Court