## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>    *Plaintiff*,<br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*<br><br>    *Defendants*. | Civil Action No. 1:25-cv-00716-BAH |

## NOTICE OF CORRECTED EXHIBIT A

*Amici* Former Judges provide notice of the attached Corrected Exhibit A. This exhibit adds the names of 30 former judges to the original list of 346 former judges.

Dated: April 11, 2025         Respectfully submitted,

/s/ Donald Falk
Donald Falk (D.C. Bar No. 435926)
 (*pro hac vice pending*)
4416 Harbord Dr.
Oakland, CA 94618
E: donald.falk@gmail.com
T: 650-269-2020

/s/ Sara E. Kropf
Sara E. Kropf (DC Bar No. 481501)
Kropf Moseley Schmitt PLLC
1100 H Street, NW
Suite 1220
Washington, DC 20005
(202) 627-6900
sara@kmlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of April 2025, the foregoing notice was served by electronic filing on all counsel of record through the Court's ECF system.

/s/ Sara E. Kropf
Sara E. Kropf