## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>                           Plaintiff,<br><br>v.<br><br><br>U.S. DEPARTMENT OF JUSTICE, FEDERAL COMMUNICATIONS COMMISSION, OFFICE OF MANAGEMENT AND BUDGET, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, OFFICE OF PERSONNEL MANAGEMENT, GENERAL SERVICES ADMINISTRATION, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, THE UNITED STATES OF AMERICA, and in their official capacities, PAMELA J. BONDI, BRENDAN CARR, RUSSELL T. VOUGHT, ANDREA R. LUCAS, CHARLES EZELL, STEPHEN EHEKIAN, and TULSI GABBARD,<br><br>                           Defendants. | NO. 1:25-cv-00716-BAH |

## BRIEF OF *AMICI CURIAE* 334 SOLO AND SMALL FIRM LAWYERS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FOR DECLARATORY AND PERMANENT INJUNCTIVE RELIEF

Carolyn Elefant
LAW OFFICES OF CAROLYN ELEFANT
7315 Wisconsin Ave. #400W
Bethesda, MD 20814
Telephone: (202) 297-6100
carolyn@carolynelefant.com
*Counsel for Amici Curiae*

April 9, 2025

## CORPORATE DISCLOSURE STATEMENT

*Amici curiae* are individual attorneys and solo and small law firms. They have no parent corporations and do not issue stock.

# Table of Contents

**CORPORATE DISCLOSURE STATEMENT**........................................................................ i

**TABLE OF CONTENTS**.................................................................................................... ii

**TABLE OF AUTHORITIES**........................................................................................... iii

**IDENTITY AND STATEMENT OF INTEREST OF AMICI CURIAE** ............................ 1

**BACKGROUND AND SUMMARY OF ARGUMENT**....................................................... 3

**ARGUMENT**..................................................................................................................... 5

    **I.**   **The Executive Order Endangers Access to Justice for Solo and Small Firm Clients by Eviscerating Constitutional Guarantees and Ethics Imperatives that Protect Free Advocacy and the Right to Counsel**........................................................................................................... 5

    **II.**  **The Executive Order Enables Gamesmanship and Weaponizes Disqualification to Silence Adverse Representation.**............................................................... 7

    **III.** **President Trump Exceeded His Authority by Issuing an Executive Order that Enacts New Regulations Interfering with Lawyers' Ability to Practice their Trade.**....................................................................................................... 8

**CONCLUSION**................................................................................................................. 10

**APPENDIX A**.................................................................................................................... I

# TABLE OF AUTHORITIES

**US SUPREME COURT CASES**

*NAACP v. Button*,
　　371 U.S. 415 (1981) ................................................................. 5

*United States v. Gonzalez-Lopez*,
　　548 U.S. 140 (2006) ................................................................. 5

*Myers v. United States*,
　　272 U.S. 52 (1926) ................................................................. 9

*Sawyer*,
　　343 U.S. 579 (1952) ................................................................. 9

**FEDERAL RULES**

Fed. R. App. P.
　　Rule 29(a)(4) ................................................................. 12

**OTHER AUTHORITIES**

Exec. Order No. 14,230, 90 Fed. Reg. 11,781 (Mar. 6, 2025) .................................. 1

Embroker Team, 50 Surprising Solo Law Firm Statistics for 2025, Embroker (Mar. 13, 2025), https://www.embroker.com/blog/solo-law-firm-statistics/ .................................. 1

https://www.uscourts.gov/about-federal-courts/defender-services .................................. 2

https://clp.law.harvard.edu/knowledge-hub/magazine/issues/immigration-lawyering/building-dreams/ .................................. 2

Executive Order No. 14237, 90 Fed. Reg. 13,039 (March 14, 2025) .................................. 3

Executive Order No. 14246, 90 Fed. Reg. 13,997 (March 25, 2025) .................................. 3

Another Big Law Firm Reaches Agreement with Trump, The New York Times (Apr. 2, 2025), https://www.nytimes.com/2025/04/02/business/trump-law-firms-milbank-deal.html .................................. 4

American Bar Association, Professionalism Codes, https://www.americanbar.org/groups/professional_responsibility/resources/professionalism/professionalism_codes/ .................................. 7

Massachusetts Bar Association, Civility and Professionalism Guidelines (2016), https://www.massbar.org/docs/default-source/publications-document-library/ejournal/2016-17/civilityandprofessionalismguidelines.pdf ...............................7

Executive Order No. 14237, competitors sought to exploit the situation by attempting to poach the firm's clients.  See Tatyana Monnay, Paul Weiss Chairman Accuses Rival Firms of Pursuing Its Clients, Bloomberg Law (Mar. 23, 2025) ....................................8

https://www.aclu.org/news/privacy-technology/what-is-an-executive-order-and-how-does-it-work..................................................................................................................9

## IDENTITY AND STATEMENT OF INTEREST OF *AMICI CURIAE*

*Amici Curiae* are 334 independent solo practitioners and small firm lawyers from across the United States who represent individuals, small businesses, nonprofits, and community organizations across diverse practice areas.[1] We join this brief not only to support Plaintiff Perkins Coie LLP ("Perkins Coie") but to warn that the challenged Executive Order 14230[2] ("Executive Order" or "Order") has repercussions extending far beyond one large law firm. Of particular concern, the Order empowers the President with authority to target any attorney or law firm who represent politically disfavored clients. This includes denying access to federal buildings, agency personnel, and security clearances. These actions threaten the livelihood of solo and small firm practitioners as well as the rights of the millions of clients. These clients depend on *amici* for access to justice.

*Amici* are all attorneys actively practicing or retired from solo ventures and small law firms. These attorneys account for 75% of law firms in the United States.[3] *Amici*'s practices span a wide variety of specializations, including family law and estate planning, criminal defense, personal injury, bankruptcy, immigration, intellectual property, construction, energy and

---

[1]    Amici are listed in Appendix A at the back of this brief. Amici Andrea Goldman co-authored this brief and Amici Kimberly Russell edited this brief and drafted the Motion for Leave to File.

[2]    Exec. Order No. 14,230, 90 Fed. Reg. 11,781 (Mar. 6, 2025) titled "Addressing Risks from Perkins Coie LLP," as well as the accompanying Fact Sheet titled "Fact Sheet: President Donald J. Trump Addresses Risks from Perkins Coie LLP" of the same date.

[3]    Embroker Team, *50 Surprising Solo Law Firm Statistics for 2025*, EMBROKER (Mar. 13, 2025), https://www.embroker.com/blog/solo-law-firm-statistics/ (last visited April 3, 2025)(noting that solos account for 40 percent of law firms while firms of six attorneys or fewer comprise 75 percent of all law firms).

environmental justice, regulatory and compliance, corporate start-ups, ERISA, social security disability and civil rights and constitutional law.  More than half of *amici* represent clients in some federal matters and roughly 20% of *amici* represent clients in exclusively in federal courts or federal agencies.

In the spirit of Atticus Finch in *To Kill a Mockingbird*, many lawyers in solo practices and small firms uphold a proud tradition of representing marginalized, controversial, or unpopular clients against the government – not merely as occasional *pro bono* matters but as the bread and butter of their practices.[4]  Solo and small firm lawyers accept court-appointed criminal defense assignments in federal court and comprise the vast majority of the more than 12,000 panel appointments.[5]  Solo practitioners also account for 42% of immigration lawyers who practice exclusively in federal court.[6]  With the looming specter of the Executive Order, these lawyers would have to "toe the line" for fear that they are "next."

Perkins Coie and numerous other *Amici Curiae* have extensively briefed the legal deficiencies of the Executive Order.  Solo practice and small law firm *amici* endorse but do not duplicate those arguments here. Instead, *amici*'s brief focuses on the very real and disruptive consequences these foot soldiers of the legal profession face if the Executive Order stands.

---

[4]    Andre Wharton, *Representing the Unpopular Client of Cause*, 31 GPSolo 62 (2014)("The job of solo and small firm practitioners is difficult but invaluable to our system of justice; nowhere is this clearer than in the representation of "sensitive" or "high-profile" (read: unpopular) cases or clients.")

[5]    Admin. Office of the U.S. Courts, *Defender Services*, U.S. Courts, https://www.uscourts.gov/about-federal-courts/defender-services (last visited Apr. 4, 2025).

[6]    *Building Dreams*, The Practice (Harvard Law Sch. Ctr. on the Legal Profession), Mar./Apr. 2024, https://clp.law.harvard.edu/knowledge-hub/magazine/issues/immigration-lawyering/building-dreams/.

**BACKGROUND AND SUMMARY OF ARGUMENT**

The legal profession was shaken in early 2025 when the President Donald J. Trump and his Administration ("Trump Administration") launched an unprecedented campaign against law firms deemed adversarial to the President. The opening salvo came on March 6, 2025, with the issuance of the Executive Order which targeted Perkins Coie by imposing sweeping penalties on the firm. The Order seeks retaliation against Perkins Coie for its representation of political opponents (namely former presidential candidate Hillary Clinton) and participation in challenges to certain election laws. Among other things, the Executive Order directs agencies to suspend security clearances held by Perkins Coie staff and to limit the firm's employees from accessing government buildings or engaging federal employees.[7] The Order also threatens government contractors who maintain relationships with the firm.[8]

The Executive Order quickly progressed into a broader attack on more law firms. Within weeks, a series of orders followed and took aim at Paul Weiss,[9] Jenner & Block,[10] and WilmerHale.[11] Similar to Perkins Coie, these firms represent clients or causes at odds with the Trump Administration's priorities. So far, three large firms have entered into agreements with the

---

[7] Executive Order, Section 2a and 5.

[8] Executive Order, Section 3.

[9] Executive Order No. 14237, 90 Fed. Reg. 13,039 (March 14, 2025).

[10] Executive Order No. 14246, 90 Fed. Reg. 13,997 (March 25, 2025).

[11] Executive Order. *Addressing Risks from Wilmer Hale* (March 27, 2025).

Trump Administration to avoid retribution. These agreements include more than $100 million in *pro bono* services aligned with the President's priorities.[12]

For now, the Trump Administration's assault on lawyers is largely confined to large law firms but could easily expand to any lawyer—including lawyers who frequently serve as adversaries to the government in their solo practices or as employees of small firms. Solo and small firm lawyers face even greater vulnerability because they lack the financial buffers, institutional protections, and diversified client bases needed to withstand such governmental pressure.

To shield solo and small firm lawyers and the clients we serve from the disastrous, real-world consequences of the Executive Order, *Amici* file this brief urging the court to grant Perkins Coie's Motion for Summary Judgment and Permanent Injunctive Relief for the following reasons: **First**, the Order undermines constitutional protections—particularly the First and Sixth Amendments—and forces lawyers to choose between ethical advocacy and professional survival. **Second**, it invites political manipulation by enabling opposing parties to exploit disqualification tools, undermining the professional norms that sustain legal practice. **Third**, the Order exceeds executive authority by imposing new legal constraints without legislative approval. For these reasons, the Court must grant Plaintiff Perkins Coie's Motion for Summary Judgment and for Declaratory and Permanent Injunctive Relief.

---

[12]    Matthew Goldstein, *"Another Big Law Firm Reaches Agreement with Trump*, The New York Times (Apr. 2, 2025) https://www.nytimes.com/2025/04/02/business/trump-law-firms-milbank-deal.html.

**ARGUMENT**

I.    **The Executive Order Endangers Access to Justice for Solo and Small Firm Clients by Eviscerating Constitutional Guarantees and Ethics Imperatives that Protect Free Advocacy and the Right to Counsel.**

The Executive Order leverages government power to intimidate or punish attorneys for advocating on behalf of clients whose positions are adverse to the Trump Administration.  This contravenes established precedent in *NAACP v. Button*, 371 U.S. 415, 431 (1981) holding that the First Amendment protects litigation as "the most effective form of political association" for many groups. It also undermines the Sixth Amendment right to counsel of choice articulated in *United States v. Gonzalez-Lopez*, 548 U.S. 140, 146 (2006) which "commands, not that a trial be fair, but that the accused be defended by the counsel he believes to be best." Although the President attempted to justify the Order as necessary to protect national interests, the government may not "under the guise of prohibiting professional misconduct ignore constitutional rights." *Button*, 371 U.S. at 439.

Not only does the Executive Order eviscerate longstanding constitutional imperatives, but, in doing so, it disproportionately impacts solo and small firm lawyers—not to mention the millions of ordinary Americans who comprise the majority of the clients *amici* serve.  The Order would devastate the legal ecosystem by imposing crippling practical barriers through security clearance revocations and denial of access to government buildings and officials. Unlike large firms with diversified practices, solo practitioners often specialize in one practice area like bankruptcy, employment law, immigration or white-collar criminal defense that relies on access to federal agencies and courts.  When a solo immigration attorney is banned from USCIS offices or a small-firm bankruptcy lawyer cannot enter the federal courthouse, these lawyers cannot serve their clients and may be forced to shutter their businesses.  The same holds true for the small law firm handling Veteran Affairs benefits and social security disabilities claims appeals, a solo

specializing in challenging Internal Revenue Service collection actions on behalf of small businesses, or court-appointed federal criminal defense panel attorneys representing accused individuals. Loss of clearance to protected government data or access to federal officials and agency buildings would end these firms' ability to represent clients entirely. Even a seemingly benign matter like challenging an award of a trademark to a competing business could erupt into a political melee if one of the parties is a political donor who taps connections to bar the opposing attorney from access to the U.S. Patent and Trademark Office.

The Order also contravenes ethical mandates by violating the principle that "representation of a client does not constitute endorsement of the client's views" and manufacturing conflicts of interest between attorneys and clients. MODEL RULES OF PRO. CONDUCT r. 1.2(b) and r. 1.7 (AM. BAR ASS'N 2025). A small-firm attorney who takes on a politically controversial case could suddenly find their entire client base at risk as the Order forces lawyers to choose between zealous advocacy and professional survival. This ethical bind particularly impacts attorneys in smaller communities and legal deserts where a solo practitioner might be the only lawyer willing to challenge government overreach. For example, a rural attorney who brings civil rights claims against local federal officials could be branded untrustworthy or a threat to national security and lose access to the very courthouse where they must file claims.

The Order disproportionately harms vulnerable clients who rely on solo and small firm lawyers to access justice. Solo and small firm practitioners often uphold the proud tradition of representing marginalized, controversial, or unpopular clients against the government. These attorneys are uniquely susceptible to targeted retaliation as they lack the institutional buffers of large firms. A solo practitioner who loses a security clearance has no colleague who can step in;

6

a small partnership blacklisted from federal courthouses may lose a substantial income stream with no alternative practice area to fall back on. Consider the three-lawyer firm specializing in challenging denials of disability benefits, or the solo practitioner representing military whistleblowers—both serve clients who would find no representation elsewhere if these attorneys were intimidated into silence or forced to withdraw after being stripped of their ability to effectively represent clients.

## II.    The Executive Order Enables Gamesmanship and Weaponizes Disqualification to Silence Adverse Representation.

One of the tenets of working in litigation is the importance of collegiality within the Bar. The Massachusetts Bar Association, among others,[13] has established formal guidelines to promote civility and professionalism among attorneys.[14]  Even in larger cities, solo and small firm lawyers in specific practice areas develop supportive networks amongst their peers. Today's attorneys build professional connections nationwide through legal organizations and social media groups.[15] An Executive Order such as this encourages exactly the opposite kind of legal environment.

The Executive Order is the first step toward a return to the McCarthy era pressure to "name names" that will result in attorneys being blacklisted from numerous practice areas.  The potential for disqualification or agency retaliation creates a chilling effect on advocacy and encourages

---

[13]    American Bar Association, Professionalism Codes, https://www.americanbar.org/groups/professional_responsibility/resources/professionalism/professionalism_codes/ (last visited Apr. 5, 2025).

[14]    Massachusetts Bar Association, Civility and Professionalism Guidelines (2016), https://www.massbar.org/docs/default-source/publications-document-library/ejournal/2016-17/civilityandprofessionalismguidelines.pdf.

[15]    The authors of this *amicus* brief met through their involvement with the American Bar Association.

gamesmanship.  The Order invites abuse by creating a pathway for opposing parties to weaponize politics against counsel—especially solo and small firm attorneys who frequently take on controversial cases.  Lawyers will be motivated to snitch on their colleagues for failure to comply with the Order or taking action adverse to the Trump Administration to steal clients[16] or curry favor with the President.  They will feel the need to be more guarded and less candid with opposing counsel for fear of being "found out" or accused of noncompliance.

The Executive Order also directly affects *amici*'s clients by placing attorneys in a position where their interests are in conflict with those of their clients.  Lawyers may not be able to communicate with agency officials or access information necessary for effective representation. Lawyers may be forced to choose between their livelihood and service to their clients. Clients involved in cases impacted by the Trump Administration's restrictions may have difficulty finding representation altogether if their lawyers are forced to withdraw. If allowed to stand, the Executive Order marks the start of a slippery slope that threatens the traditional collegiality of the legal profession and solo and small firms' ability to zealously represent clients.

III.     **President Trump Exceeded His Authority by Issuing an Executive Order that Enacts New Regulations Interfering with Lawyers' Ability to Practice their Trade.**

One of the basic tenets of our democracy is that we have three branches of government; the Executive, the Congress and the Judiciary.  A system of checks and balances was created by our forefathers in order to prevent any given branch from exceeding its authority.

> The doctrine of the separation of powers was adopted by the convention of 1787 not to promote efficiency but to preclude the

---

[16]     Reportedly, after Paul Weiss was targeted by Executive Order No. 14237, competitors sought to exploit the situation by attempting to poach the firm's clients.  *See* Tatyana Monnay, Paul Weiss Chairman Accuses Rival Firms of Pursuing Its Clients, Bloomberg Law (Mar. 23, 2025),    https://news.bloomberglaw.com/business-and-practice/paul-weiss-chairman-accuses-rival-firms-of-pursuing-its-clients.

> exercise of arbitrary power. The purpose was not to avoid friction,
> but, by means of the inevitable friction incident to the distribution
> of the governmental powers among three departments, to save the
> people from autocracy.

*Myers v. United States,* 272 U.S. 52, 293 (1926) Article II of the Constitution vests the President

with executive power over the government, including the obligation to "take care that the laws be

faithfully executed." An executive order is a written directive, signed by the President, that orders

the government to take specific actions to ensure "the laws be faithfully executed."[17]

Executive Orders are typically issued to ratify given laws, or during a time of national

emergency. *Youngstown Sheet & Tube Co. et al.v. Sawyer*, 343 U.S. 579 (1952). In *Youngstown*,

the President issued an order directing the Secretary of Commerce to seize control of the nation's

steel mills in order avert a strike and assure the continued availability of steel. The Court granted

a preliminary injunction at the District Court level preventing the seizure. The United States

Supreme Court affirmed the judgment of the District Court, stating that the President did not have

the right to create new law.

As stated in *Youngstown,* 'It is clear that if the President had authority to issue the order

he did, it must be found in some provisions of the Constitution." *Id*. at 587. The Court explains:

> Nor can the seizure order be sustained because of the several
> constitutional provisions that grant executive power to the President.
> In the framework of our Constitution, the President's power to see
> that the laws are faithfully executed refutes the idea that he is to be
> a lawmaker. The Constitution limits his functions in the lawmaking
> process to the recommending of laws he thinks wise and the vetoing
> of laws he thinks bad.

*Id*. at 579.

---

[17]    Christopher Anders, What Is an Executive Order and How Does it Work?, ACLU (Feb.
4, 2025), https://www.aclu.org/news/privacy-technology/what-is-an-executive-order-and-how-does-it-work.

The Court reminds us, "In the framework of our Constitution, the President's power to see that the laws are faithfully executed refutes the idea that he is to be a lawmaker." *Id.* at 587, see also *Pflag, Inc., et al, v. Donald J. Trump et al.*, Civil No. 25-337-BAH, United States District Court, D. Maryland.

Through the Executive Order, President Trump has effectively created new law that restrains trade for lawyers—particularly solo and small firm practitioners who are disproportionately impacted when access to federal buildings or security clearances is denied. When the President circumvents Congress by enacting new law contrary to the separation of powers doctrine, solo and small firm lawyers bear the brunt of this unprecedented overreach.

## CONCLUSION

The Executive Order represents an unconstitutional assault on the legal profession's independence and the right to counsel. The Order paves a path for the President to threaten solo and small firm practitioners with professional ruin for zealously advocating for clients and causes adverse to the Trump Administration's policies.

*Amici*, solo and small law firm practitioners who serve as frontline defenders of the rights of millions of Americans, cannot be forced to "toe the line" to avoid governmental retaliation. Unlike large firms, we lack the institutional resources to defend against these attacks. When our access is denied, our clients—often society's most vulnerable—are silenced.

The President has no authority to redefine attorneys' ethical obligations or erect barriers to federal buildings and courtrooms through bureaucratic fiat. Allowing this Order to stand would establish a dangerous precedent enabling future administrations to disqualify opposing counsel at will.  To preserve our legal system's integrity and protect our clients' access to justice, the Court should grant Plaintiff's Motion for Summary Judgment and Permanent Injunctive Relief.

Dated: April 9, 2025.


Respectfully submitted,

*/s/ Carolyn Elefant*
Carolyn Elefant D.C. Bar No. 425433
LAW OFFICES OF CAROLYN ELEFANT
7315 Wisconsin Avenue
Bethesda, Maryland 20814
(202) 297-6100
carolyn@carolynelefant.com
Counsel for *Amici Curiae*
334 Solo and Small Firm Lawyers

**CERTIFICATE OF COMPLIANCE**

Pursuant to LCvR 7(o), I hereby certify that this brief conforms to the requirements of LCvR 5.4, complies with the requirements set forth in Fed. R. App. P. 29(a)(4), and does not exceed 25 pages in length.

Respectfully submitted,
*/s/ Carolyn Elefant*

Appendix A

LIST OF AMICI

334 Solo & Small Firm Lawyers

## *AMICI CURIAE* 334 SOLO AND SMALL FIRM LAWYERS

**Andrea Goldman**
Goldman Law Group
Newton, MA

**Charlie Germano**
Washington DC

**Bill Singer**
Singer & Fedun, LLC
Belle Mead, NJ

**Marc Meyer**
Law Office of Marc Meyer PLLC
Montgomery, TX

**Cynthia Replogle**
Cynthia Replogle IP Law
San Luis Obispo, CA

**Lainey Feingold**
Law Office of Lainey Feingold
Berkeley, CA

**Meagan McElroy Nardone**
McElroy Nardone Law LLC
Livingston, NJ

**Ryan Semerad**
Fuller & Semerad, LLC
Casper, WY

**Morgan Leigh**
MEL Legal PLLC
Washington, DC

**Kimberly Bennett**
K Bennett Law
Philadelphia, PA

**Mytili Bala**
Sitara Human Rights Law
San Diego, CA

**Brandi M. Bennett, Esq., CIPP/US**
Bennett IP Law
Minneapolis, MN

**Steven Brown**
S Brown Law LLC
Denver, CO

**Angelik Holloway**
Edmonds Law Office
Atlanta, GA

**Moloy K. Good**
The Good Law Clinic, PLLC
Vancouver, WA

**Renee Sophia Coulter**
Omnus Law
Detroit, MI

**Julia A. Clayton**
Law Office of Julia A. Clayton, P.C.
Emeryville, CA

**Victoria Santoro & Jessica Gray**
Santoro & Gray LLC
Boston, MA

**Taylor Tieman**
Legalmiga Law PC
Palos Verdes Estates, CA

**Kimberly Russell**
The Russell Law Firm PLLC
Washington, DC

**Michele Magar**
Oakland, CA

**Tracey Ingle**
Ingle Law, P.C.
Southborough, MA

**Renee Glover Chantler**
ChantlerLaw LLP
San Mateo, CA

**Robin E. Miller**
Law Office of Robin Miller
Berkeley, CA

**Christine Tetreault**
Law Office Of Christine M. Tetreault
West Springfield MA

**Virginia McMichael**
Appellate Law Group LLC
Radnor, PA

**Jordan Howlette**
Justly Prudent
Washington, DC

**Barbara Quinn Smith**
Law Offices of Barbara Quinn Smith
Mentor, OH

**Michael Neff**
Neff Injury Law
Atlanta, GA

**Russell W. Dombrow**
Dombrow Law Firm
Syracuse, NY

**Jo Anne Simon**
Jo Anne Simon, PC
Brooklyn, NY

**Rukayatu Tijani**
Firm for the Culture
Sacramento, CA

**Michelle K. Camp**
Kay Camp Law

**Danielle Bess**
South Atlanta Injury Lawyers, LLC
Atlanta, GA

**Crystal G. Lovett**
Crystal Sapphire Legal
Des Moines, IA

**Nancy Baum Delain**
Delain Law Office, PLLC
Schenectady, NY

**Anjana Turner**
Anjana Turner & Associates, PLLC
Dan Anjana Turner Law
Washington, DC

**Debby Winters**
Cascade Law Group
Fayetteville AR

**Cynthia Swanson**
Swanson Law Center, P.A.
Gainesville, FL

**Erika Bryant**
The Bryant Firm
Indianapolis, IN

**Mark Silver**
Law Office of Mark Silver, PLLC
Brooklyn, NY

**Wendi Lawson See**
Southeastern Law LLC
Summerville, SC

**Lenore C. Garon**
Law Office of Lenore C. Garon,
PLLC
Falls Church, VA

**Roseanne Eckert**
The Eckert Law Firm, PLLC
Orlando, FL

**Mandi Clay**
Three Thirteen Law PLLC
Plant City, FL

**Erica McKinley**
Erica McKinley, PLLC
Washington, DC
Jackson, MS

**Eric Toscano**
Tenant Law Group, PC
San Francisco, CA

**Sara Ovando**
Ovando Bowen LLP
CA

**Charity Anderson, Esq.**
Charity Anderson Law
La Jolla, CA

**Kimberly DeCarrera**
Springboard Legal
Atlanta GA

**Rhonda Cates**
Law Office of Rhonda Cates PLLC
Garland, TX

**Shannon McNulty**
The Village Law Firm
New York, NY

**Julie Hancock**
Your Virtual Advocate
De Pere, WI

**Mirriam Seddiq**
Seddiq Law
Rockville, MD

**Keisha Garner**
Garner Law PLLC
Washington, DC

**Amber D. McClain**
Jones Law Firm, PC
Centennial, CO 80112

**Elisabeth R. Myers**
Strategix Legal
Marrakech, Morocco

3

**Valentine Austriaco & Bueschel, P.C.**
Chicago, IL

**Renee M. Fairbanks**
Law Office of Renee M. Fairbanks
Santa Barbara, CA

**Grace E Wein**
Wein& Associates
Northbrook, IL

**Christopher J Chan**
Christopher J Chan IP Law LLC
Atlanta GA

**Brian Tannebaum**
Brian L Tannebaum PA
Miami FL

**Philip A. Feigin**
PFeiginLaw LLC
Morrison CO

**Stacy Bauer**
BauerGriffith, LLC
Beachwood, Ohio

**Antonio Glenn**
AMG Counsel, PLLC
Dallas, TX

**Mary Ellen Hulce**
Attorney At Law
Geneva, IL

**Natasha Nazareth**
Nazareth Bonifacino Law Benefit LLC
Rockville, MD

**Sue Saign**
Saign Law, PC
Morgan Hill, CA

**Andrea Vacca**
Vacca Family Law Group
New York, NY

**Michelle Cohen Levy**
The Law Office Of Michelle Cohen Levy
Lighthouse Point, FL

**Shayla N Waldon**
The Waldon Law Firm, PLLC
Delray Beach, FL

**Lara Pearson**
Law Office of Lara Pearson Ltd, PBC
d/b/a Brand Geek
Incline Village, NV

**David Boundy**
Cambridge, MA

**Edmond Ford**
Ford, McDonald & Borden, P.A.
Manchester, NH

**Katya Sverdlov**
Sverdlov Law PLLC
New York NY

**Adam Cohen**
Cohen & Siegel, PLLC
White Plains, NY

**Perry Chappano**
Chappano Wood PLL
Columbus, Ohio

4

**Joi G. Kush**
Johnson Kush, P.C.
Colorado Springs, CO

**Barney Brannen**
Brannen & Loftus, PLLC
Hanover, NH

**Jason Meyer**
Princeton Business Law
Princeton NJ

**Elizabeth Baker**
Seattle WA

**Sean T. Carter**
The Carter Law Group, PC
Oakland, CA

**Gregory K Wells**
Shadoan, Michael & Wells, LLP
Rockville, MD

**James Hein**
Hein Business Law LLC
Portland, OR

**Dana Cisneros**
Cisneros Firm
Anaheim Hills, CA

**Jessica R. Friedman**
Attorney at Law
New York City

**David Hricik**
Macon, GA

**Madalyn McElwain**
McElwain Law
Denver, CO

**R. Griffith Thomas**
Griffith Thomas Law
St Petersburg, FL

**Gerry J. Elman**
Elman IP
Denton, TX

**Randolph Gaw**
Gaw | Poe LLP
San Francisco, CA

**Katrina Zafiro**
ZafiroLaw, PLLC
Seattle, WA

**Eric Greenwald**
Law Offices of Eric A. Greenwald
Austin, TX

**David Saperstone**
Lawyers for Therapists PLLC
Remote in CO and MA

**Evan Goodman**
Goodman Corporate Law PLLC
Washington, DC

**Paul Rosenzweig**
Paul Rosenzweig, Esq.
Washington DC

**Michael Peacock**
Hotchkiss Hoffecker Peacock llc
Atlanta, GA

5

**Gregory L. Poe**

**Joshua Noffke**
Noffke Law
Birmingham, MI

**Lara DeCaro**
Bond Legal & Dispute Resolution
Services PC
San Francisco, CA

**Marc Jacobson**
Law Offices of Marc Jacobson, PLLC
New York, New York

**Jill Switzer**
Jill Switzer Attorney Mediator
Pasadena, CA

**Julian Sarafian**
For Creators by Creators PC
Folsom, CA

**Abigail Molina**
Molina Immigration
Springfield, OR

**Suzann Beckett**
Beckett Law LLC
Hartford, CT

**Elise Buie**
Elise Buie Family Law Group, PLLC
Seattle, WA

**John A.Gleason**
Gleason Law Office LLC
Columbus, OH

**Julie Reczek**
Reczek Chase Law
Louisville, KY

**M David Johnson**
Modern Family Law
Denver, CO

**Nick Coulson**
Coulson P.C.
Detroit, MI

**TM Law & Associates**
St Louis MO

**Denise Kirby**
The Law Office of Denise Kirby, LLC
Kansas City, MO

**Alexander Hartley**
The Hartley Law Firm
Kansas City, MO

**Elana Goodmann**
Horowitz Law
Fort Lauderdale, FL

**Stephen Chahn Lee**
Law Office of Stephen Chahn Lee,
LLC
Chicago, IL

**Inti Martínez-Alemán**
Ceiba Fôrte Law Firm
St. Paul, MN

**Steve Zemanick**
Four Reasons Legal
Denver, CO

**Reena Sikdar**
Valentine Austriaco & Bueschel, P.C.
Chicago, IL

**Kathleen E. Brennan**
The Brennan Law Group LLC
Chicago, IL

**Emily Sexton**
Sexton Law PLLC
Washington, DC

**Catharine Blake**
Resolve Family Law
Concord, MA

**Ethan Chase**
Reczek Chase Law, PLLC
Louisville, Kentucky

**Melissa Bobrow**
Law Office of Melissa Bobrow
San Diego, CA

**Amanda R. Conley**
Conley Law, P.C.
Alameda, CA

**Shaun Watchie Perry**
Law Office of Shaun Watchie Perry
Grapeview, WA

**Jennifer Hill**
Rosehill Law, PLLC
Tacoma, WA

**Starleigh Smith**
SKS Legal, PLLC
Wenatchee, WA

**Timothy Zerillo**
Zerillo Law Firm, LLC
Portland, ME

**David Heller**
The Law Office of David Heller,
PLLC
Plant City, FL

**Carol L Johnson**
C L Johnson Law Office, PLLC
Redmond, WA

**Carla N. McKain**
McKain Law, PLLC
Ithaca, NY

**Spears Manning & Martini**
Southport, CT

**Jennifer Bucher**
JB Law LLC
Seattle, WA

**David Shaw**
Shaw Law Group
Portland OR

**Nicholas Yanchar**
Yanchar Law Office
Portland, OR

**Rebecca Cambreleng**
Cambreleng & Marton LLC
Portland, OR

**Peter Crocker**
Law Office of Peter Crocker, PLLC
Seattle, WA

**Ashley Marton**
Cambreleng & Marton LLC
Portland, OR

**Eric D. Morton**
Clear Sky Law Group, P.C.
Oakland, CA

**Rachel Roberts**
Roberts Law PLLC
Shoreline, WA

**Oliver Platz**
Platz Law P.C.
New York, NY

**David Bouchard, Esq.**
Atlanta, GA

**T.R. Hoefle**
Hoefle Law, LLC
Belton, MO

**Jo Ritcey**
JRD Law PLLC
Washington, DC

**Elena Sullivan**
Endereza Law, PLLC
San Antonio, Texas

**Nita Kundanmal**
Law Office of Nita Kundanmal
Hackensack, NJ

**Peter Holland**
Holland Law Firm, PC
Annapolis, MD

**Jay Alexander**
Alexander Arbitration LLC
Dillon, CO

**Subodh Chandra**
The Chandra Law Firm LLC
Cleveland, OH

**Sheila M Lake**
Lake Law Firm, P.A.
St Petersburg, FL

**Tahmina Watson**
Watson Immigration Law
Seattle, WA

**Elizabeth McMahon**
Law Office of Elizabeth L McMahon
Branford

**Stacy Grossman**
SGIP
Harrison, NY

**Ramon de la Cabada**
Law Office of Ramon de la Cabada,
P.A.
Miami, Florida

**Lindsey Phoenix**
State of Missouri
DESE - Jefferson City MO

**Stephen Dane**
Dane Law LLC
Perrysburg, OH

**Demian Jackson**
Jackson IPG PLLC
Shipman, VA

**Danielle Van Lier**
Van Lier Law
Los Angeles, CA

**Candice O'Neil**
Hudkins and O'Neil PLLC
Hampton, NH

**Katrin Lewertoff**
Lewertoff IP Law Group, LLC
New York, NY

**Christopher Reid**
Reid Legal Consulting LLC
Princeton, NJ

**Jill G Weiss**
Jill G Weiss PA
Palm Beach Gardens, FL

**Rona L. Platt**

**Eric F. Pierson**
Pierson Law
Oakland, CA

**Roger Sagal**
Sagal Law, LLC
Ridgway, CO

**Sejal Mistry**
Law Offices of Sejal Mistry
Oakland, CA

**Aubrie Hicks**
Dobson Hicks PLLC
Seattle, WA

**Suzann Moskowitz**
The Moskowitz Firm
Cleveland, OH

**Jennifer Arnett**
Arnett Litigation, LLC
Lafayette, CO

**Teveia R. Barnes**
Pro Bono Law Office
Sausalito, California

**Alan R. Sankin**
Pro Bono Law Office
Sausalito, CA

**Rosanne Felicello**
Felicello Law P.C.
New York, NY

**Juliana Saxberg**
LexArtia Professional Corporation
Ottawa Ontario

**Charles Barquist**
**Eric Maschoff**
Los Angeles, CA
Park City, UT

**Elizabeth Marx**
Pennsylvania Utility Law Project
Harrisburg, PA

**Lilah Rosenblum**
Rosenblum Immigration Law, PLLC
Washington, DC

**Annette M. Lamoreaux**
Law Offices of Annette Lamoreaux
Huntsville, TX

**Ciara Faber**
Monarch Legal Movement LLC
Denver, CO

**Julie King**
King Business and Patent Law, PLLC
Champaign, IL

**Kelly K Sondrini**
Sondrini Law Office
Hinsdale, MA

**Cheryl Morrison**
Law Office of Cheryl A Morrison
Mokena, IL

**Rebecca M. Young**
Rebecca M. Young, Attorney at Law
Marblehead, MA

**Emily Klick**
Klick Law
Boise, ID

**Michael D. Steger**
Law Offices of Michael D. Steger, PC
Orangeburg, NY

**Pamela Parker**
Parker Counsel Legal Services
Austin, TX

**David Boundy**
Boston, MA

**Marc Borbely**
D.C. Tenants' Rights Center
Washington, DC

**Kenneth John Laska**
Segal & Laska, LLC
Plainville, CT

**Amy Robinson**
Giskan Solotaroff & Anderson
New York, NY

**Luecretia Dillard**
Lue Dillard, Attorney at Law PLLC
Houston, TX

**David Baum**
Baum Law Corp.
Los Angeles, CA

**Daniel Dykes**
Oakdale, CT

**Nicole Gardner**
Gardner Skelton PLLC
Charlotte, NC

**Betsy Brazy**
Law Office of Betsy Brazy
Alameda, CA

**John L Burnett**
Lavey and Burnett
Little Rock, AR

**David G. Sacks**
Judge David G. Sacks (Ret.)
Holyoke, MA

**Robert Kaufman**
Law Offices of Robert C. Kaufman
Bellevue, WA

**Breanna Geiger**
Geiger Family Law
Portland, OR

**Gavin Lentz, Esquire**
Gavin Lentz, Esquire
Philadelphia, PA

**Kristi Rothschild**
Santa Barbara, CA

**Devereux Chatillon and Lisa Weiss**
Chatillon Weiss PLLC
Mt. Kisco, NY

**Gregory M. O'Boyle**
Alpern Myers Stuart LLC
Colorado Springs, CO

**Casey D. Mayell**
The Mayell Legal Group, LLC
North Royalton, OH

**Abigail Schmitz**
Abigail Schmitz Law
Chicago, IL

**Susan M. Jenkins**
Washington, DC

**David Benowitz**
Price Benowitz LLP
Washington, DC

**David P. Heim, Esquire**

**Kean Maynard**
Philadelphia, PA

**Dineen Wasylik**
DPW Legal
Tampa, FL

**Esther Dominguez**
Esther Dominguez, Esq
Cambridge, MA

**Charles Sipio**
Sipio Law P.C.
Princeton, NJ

**John Mack Green**
John M. Green, Esq.
Solo, Murfreesboro, TN

**Marcus Pearson**
Pearson Law Group, PLLC
Bozeman, MT

**David Hoffman**
Boston Law Collaborative, LLC
Newton, MA

**Carmen Casado**
Casado Law
Berkeley, CA

**Joseph Scrofano**
Scrofano Law PC
Washington, DC

**James A Penney**
Seattle, WA

**Robert S. Fleishman**
Energy Resolve LLC
Columbia, MD

**Joseph T Monahan**
Monahan Law Group,LLC
Chicago, IL

**Maria T. Vullo**
Vullo Advisory Services, PLLC
New York, NY

**Deborah K. Marcuse**
Marcuse Law
Baltimore, MD and New York, NY

**Evan Raynes**
Symbus Law Group PLLC
Washington, DC

**Dana Cisneros**
The Cisneros Firm
Anaheim, CA

**A Antonio Pedrero**
Beauceant Foundation
Reston VA

**Jeffrey I. Gordon**
Javanti Law
Raleigh, NC

**Tonya Baña**
Tonya Baña LLC
Baltimore, MD

**Cody Salfen, Esq.**
The Salfen Law Firm, APLC
Los Gatos, CA

**Leah Gillis**
Leah Gillis Law
San Jose , CA

**Zachary Margulis-Ohnuma**
ZMO Law PLLC
New York, NY

**David Bosland**
Bosland Law, PLLC
Seattle, WA

**Perry M Chappano**
Chappano Wood PLL
Columbus, OH

**Mehdi Essmidi**
The Law Offices of Mehdi Essmidi
P.L.L.C.
New York, NY

**Jennifer LaBaire**
Law Office of Jennifer L. LaBaire
Leominster, MA

**Stephanie J. Vardavas**
Law Office of Stephanie J. Vardavas
Portland, OR

**Stephen Adams**
Law Office of Stephen Adams
Santa Cruz, CA

**Ronald R. Ward**
Law Office of Ronald R.  Ward PLLC
Seattle, WA

**Jeff Bauer**
BLG PLLC
Minneapolis, MN

**Hirsch Roberts Weinstein LLP**
Boston, MA

12

**Asia Wright**
The Wright Choice
Dallas, TX

**Dean N. Alterman**
Alterman Law Group PC
Portland OR

**Owen McGrann**
McGrannLAW LLC
Pittsburgh, PA

**Erdal Turnacioglu**
Erdal Employment Law, LLC
Verona, NJ

**Carl Fink**
Blue Planet Energy Law, LLC
Portland, OR

**Thomas G. Martin**
Foresight Legal Group, P.C.
Long Beach, CA

**Doris W. Gelbman**
Gelbman Law PLLC
Charlottesville, VA

**Mitch Jackson, Esq.**
Jackson & Wilson, Inc.
Laguna Niguel, CA

**Sarah Nichols**
Nichols Law, P.C.
San Francisco, CA

**Neil Forester**
Forester Family Law PC
El Dorado Hills, CA

**Tom Spiggle**
The Spiggle Law Firm
Alexandria, VA

**Jessica Adler**
The Law Office of Jessica E. Adler
Washington, DC

**Mona Reza**
Stellar 5 Legal, LLC
Greenbelt MD

**Mindy Yocum**
Yocum Law
Shelby OH

**Haley Morrison**
Portland, OR

**Brandy Mai**
Brandy Mai, PC
Savannah, GA

**Ben Golden**
Ben Golden Consulting PC
Seattle, WA

**William Mansfield**
Law Office of William M. Mansfield
Indianapolis, IN

**Margaret A OReilly**
Fairfax, VA

**Elizabeth L.A. Garvish**
Garvish Immigration Law Group,
LLC
Atlanta, GA

13

**Ryan McCarl and John Rushing**
Rushing McCarl LLP
Los Angeles, CA

**Christopher J. Huber**
The Huber Law Firm LLC
Atlanta, GA

**Anne Brafford**

**Merrill Baumann**
Merrill Baumann LLC
Lake Oswego OR

**Stacey Eunnae**
Eunnae at Law PLLC
Washington DC

**Karl Mill**
Mill Law Center
Los Angeles, CA

**Nancy J Mertzel**
Mertzel Law PLLC
New York, NY

**John Ratnaswamy**
The Law Office of John Ratnaswamy, LLC
Chicago, IL

**Nihit Desai**
Wright Squared, PLLC
Kansas City, MO

**Todd N. Hallock**
Hallock & Hallock, a professional corporation
Logan, UT

**Linda Priebe**
Washington, DC

**Farrin Solero**

**Julia Sullivan**
Law Office of Julia E Sullivan LLC
Annapolis MD

**Jana FitzGerald**

**Cat Moon**
C Moon Law
Franklin, TN

**Alexandra Golden**
Golden Law Center
Newton, MA

**Diana L. Bartolotta**
B-Law LLC
Glastonbury, CT

**David S. Secrest**
Law Offices of David S. Secrest. PC
Santa Barbara CA

**Suzelle Smith**
Howarth & Smith
Malibu, CA

**Mikaela McDermott**
Mikaela McDermott Law
New Bedford, MA

**J. Paul Vance, Jr., Esq.**
Logan, Vance, Sullivan & Kores, LLP
Torrington, CT

14

**Danielle M. Wood**
Law Office of Danielle M. Wood
Boston, MA

**Daniel Berner**
Austin, Texas

**Kathleen Megill Strek**
KMS Juvenile Law, PC
Eugene and Corvallis, OR

**Trudi Foutts Loh**
Trudi Foutts Loh , Attorney at Law
Westlake Village, CA

**Dana E. Heitz**
Heitz Legal, P.C.
New York, NY and Berlin, Germany

**Kai Jacob**
Kanzlei Jacob
Baden-Wurttemberg, Germany

**Melissa Hall**
MRH Enterprises, LLC
Arlington, VA

**Jennifer Wazenski**
Watershed Legal Counsel
Annapolis, MD

**Michael E. McCabe, Jr.**
McCabe & Ali LLP
Potomac, MD

**The Basile Law Firm**

**Adria Notari**
Notari Law
Fort Lauderdale, FL

**Edward J. Ungvarsky**
Ungvarsky Law, PLLC

**Daniel N. Arshack**
Arshack, Hajek & Lehrman
New York, NY

**Christina A. Jump**
Const'l Law Center for Muslims in
America
(division of Muslim Legal Fund of
America)
Richardson, TX

**Steven Chizen**
Chizen Law, PC
Oakland, CA

**Kathleen McDermott**
McDermott Law LLC
Annapolis, MD

**Anuar Ramirez-Medina, Esq.**
Seven Hills Law Firm
Oakland, CA

**Autumn Witt Boyd**
Law Office of Autumn Witt Boyd
PLLC d/b/a AWB Firm
Chattanooga, TN

**Michael W. Bartnik**
Law For Baby Boomers, PLLC
Bloomfield Hills, MI

**Rahil K. Swigart**
Swigart Law Group, APC
San Diego, CA

**Annette P. Heller**
Trademark & Copyright Attorney
Chesterfield, MO

**Andi Mazingo**
Lumen Law Center
Los Angeles, CA

**Paul D. Murphy**
**David E. Rosen**
Murphy Rosen LLP
Santa Monica, CA

**Jodi Green**
Antithesis Law PC
Los Angeles, CA

**John G. Balestriere**
**Vittoria M. Fariello**
**Michael J. Weiner**
Balestriere
New York, NY

**Nathalie Ferro, Esq.**
Law Office of Nathalie Ferro
Oakley, CA

**Klavens Law Group, P.C.**
Boston, MA

**Nathan A. Holcomb Esq., PC**
New York, NY

**Sarah Desormiers**
Integrated Tax Consultants, LLC
Falmouth, ME

**Bridget Elizabeth Butler, Esq.**
New York, NY

**Lissett Costa Ferreira, Esq.**
Meenan & Associates, LLC
New York, NY

**Joe Scroppo, Ph.D., J.D.**
Licensed Psychologist/Attorney &
Counselor at Law
Forensic Psychology Consulting
PLLC
Woodmere, NY

**Alan Rosenthal**
Law Office of Alan Rosenthal
Syracuse, NY

**Scott B. Tulman**
Law Offices of Scott B. Tulman &
Associates, PLLC
New York, NY

**Law Office of David Louis Cohen**
Kew Gardens, New York

**Theodore Bruce Godfrey**
Silver Spring, MD

**John M. Thompson**
**Linda J. Thompson**
Thompson & Thompson P.C.
Springfield, MA

**Maurice H. Sercarz and Roland G.
Riopelle**
Sercarz & Riopelle, LLP

**Cathy Iles**
Attorney at Law
Long Beach, CA

**Joel Leonard**
Portland, OR

**Joseph R. DeMatteo, Esq.**
Bernfield, DeMatteo & Bernfield,
LLP
Tarrytown, NY

**Greg D. Lubow, Esq**
6026 Main Street
Tannersville, NY

**Tracy Green**
Green & Associates
Los Angeles, CA

**Virginia G. Alvarez, Esq.**
New York, NY

**James E. Neuman, Esq.**
James E. Neuman, PC
New York, NY

**Michele Hauser**
Attorney at Law
Brooklyn, NY

**Mary R. Robberson**
**Maggie E. Schroedter**
**Rachel M. Garrard**
**Lane C. Hilton**
Robberson Schroedter LLP
San Diego, CA

**Amber Fayerberg**
Law Office of Amber Fayerberg
Santa Fe, NM

**Daniel A. Hochheiser**
Attorney At Law
Scarsdale, NY

**Elizabeth Kelley**
Law Office of Elizabeth Kelley

**Krantz & Berman LLP**
New York, New York

**Terrence Buehler**
The Law Office of Terrence Buehler
Oak Park, Il

**David J. Fryman**
Fryman PC
Valley Stream, NY

**EJ Hurst II**
Lexington, KY

**Daniel P. Donahue**
Donahue Law Firm, PLLC
Nags Head, NC