UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Case No. 1:25-CV-00716-BAH |

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF LEGAL ETHICS PROFESSORS AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFF**

*Amici curiae* are professors of legal ethics who seek leave to file an amicus brief in support of the Plaintiff. *See* LCvR 7(o)(1). "This Court has 'broad discretion to permit [persons] to participate [in proceedings] as amici curiae.'" *In re Application of Masters for an Ord. Pursuant to 28 U.S.C. §1782 to Conduct Discovery for Use in a Foreign Proceeding*, 315 F. Supp. 3d 269, 272 (D.D.C. 2018) (quoting *District of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011)).

*Amici* seek leave to file this brief because the resolution of this case has profound implications for the ability of the legal profession to regulate itself and, by extension, for the administration of justice in our nation's legal system. *Amici* wish to explain how Executive Order 14,230, *Addressing Risks From Perkins Coie LLP*, 90 Fed. Reg. 11781 (Mar. 6, 2025)—and similar orders directed at other law firms—places lawyers at these firms in a bind that makes it difficult for them to meet their ethical obligations as attorneys, and that could potentially subject them to criminal liability. *Amici* also seek to illustrate why conditioning a law firm's ability to function on the firm's acquiescence to conditions dictated by the President, which is contrary to

1

the American legal profession's longstanding history of independence, undermines basic rule of law principles and mirrors actions taken by anti-democratic political actors globally.

*Amici*'s focus on the ethical rules and norms of the legal profession is unique from other briefs that have been filed so far in this litigation, and reflects *amici*'s particular expertise as professors of legal ethics. As scholars dedicated to studying the ethical questions that arise when lawyers weigh their duties to clients, the courts, and society writ large—and teachers who introduce aspiring lawyers to these rules and norms—*amici* provide a valuable perspective on the ethical issues raised by the Executive Order.

Counsel for plaintiff and defendants have confirmed that they do not oppose this motion.

*Amici* therefore respectfully request that the Court grant this motion and accept the attached Brief of Legal Ethics Professors as *Amici Curiae* in Support of Plaintiff for filing.

Dated: April 14, 2025

Respectfully submitted,

<u>/s/ Kelsi Brown Corkran</u>
Kelsi Brown Corkran (Bar No. 501157)
Elizabeth R. Cruikshank (Bar No. 1614375)
Mary B. McCord (Bar No. 427563)
Joseph W. Mead (Bar No. 1740771)
INSTITUTE FOR CONSTITUTIONAL
  ADVOCACY AND PROTECTION
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Ave. NW
Washington, DC 20001
kbc74@georgetown.edu
(202) 662-9042

<u>/s/ Ruth Greenwood</u>
Ruth Greenwood*
Samuel J. Davis*
ELECTION LAW CLINIC
HARVARD LAW SCHOOL
6 Everett Street, Suite 4105
Cambridge, MA 02138
(617) 496-2181
rgreenwood@law.harvard.edu
sadavis@law.harvard.edu

*Counsel for Amici Curiae*

*pro hac vice pending