UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Case No. 1:25-CV-00716-BAH |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF LEGAL ETHICS PROFESSORS AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFF**

Upon consideration of the Unopposed Motion for Leave to File Brief of Legal Ethics Professors as *Amici Curiae* in Support of Plaintiff, the Court finds that the motion should be granted. Thus, it is hereby:

**ORDERED** that the Unopposed Motion for Leave to File Brief of Legal Ethics Professors as *Amici Curiae* in Support of Plaintiff be **GRANTED**, and the Clerk accept the Brief of Legal Ethics Professors as *Amici Curiae* in Support of Plaintiff for filing.

Dated: _____    _____

Honorable Beryl A. Howell
United States District Judge