AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Perkins Coie LLP | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-716 |
| U.S. Department of Justice, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Legal Ethics Professors.

Date:   04/14/2025

/s/ Kelsi Brown Corkran
*Attorney's signature*

Kelsi Brown Corkran (DC Bar No. 501157)
*Printed name and bar number*

Institute for Constitutional Advocacy & Protection,
Georgetown Law
600 New Jersey Av. NW
Washington DC 20001
*Address*

kbc74@georgetown.edu
*E-mail address*

(202) 661-6728
*Telephone number*

*FAX number*