# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP, *Plaintiff*, v. U.S. DEPARTMENT OF JUSTICE, *et al.*, *Defendants*. | Case No. 1:25-CV-00716-BAH |

## [PROPOSED] ORDER ADMITTING COUNSEL *PRO HAC VICE*

This matter came before the Court upon Joseph Mead's motion to admit *pro hac vice* Samuel J. Davis to the Bar of this Court; and the Court having reviewed said motion and being duly advised in the premises, now finds that the motion should be **GRANTED**; and it is accordingly **ORDERED, ADJUDGED, AND DECREED** that Samuel J. Davis is admitted *pro hac vice*, on behalf of *Amici Curiae,* Legal Ethics Professors, in the above-captioned matter.

Dated: _____    _____

**BERYL A. HOWELL**
United States District Judge