AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Perkins Coie LLP ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00716 |
| United States Dep't of Justice et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Fred T. Korematsu Center for Law and Equality et al.

Date:    04/14/2025

s/ Jessica Levin
*Attorney's signature*

Jessica Levin (Washington State Bar # 40837)
*Printed name and bar number*
Ronald A. Peterson Law Clinic
Seattle University School of Law
901 12th Ave
Seattle, WA 98122
*Address*

levinje@seattleu.edu
*E-mail address*

(206) 398-4167
*Telephone number*

*FAX number*