AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Perkins Coie LLP | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00716-BAH |
| U.S. Department of Justice, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Fred T. Korematsu Center for Law and Equality, et al.

Date: 04/15/2025

*Attorney's signature*

Susan McMahon DC #992555
*Printed name and bar number*

University of California, Irvine
School of Law
401 E. Peltason Dr.
Irvine, CA 92697
*Address*

smcmahon@law.uci.edu
*E-mail address*

(949) 824-0066
*Telephone number*

*FAX number*