IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>      Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>      Defendants. | Civil Action No. 25-0716 (BAH) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT
OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE DISPUTE**

Pursuant to Local Civil Rule 7(h)(1), Defendants hereby respectfully submit the following response to Plaintiff's Statement Of Material Facts As To Which There Is No Genuine Dispute (ECF 39-2).

Preliminarily, Defendants note that this Response identifies which of the factual grounds asserted in Plaintiff's statement of material facts are disputed. In light of Defendants' separate dispositive motion, the term, "disputed," or similar references herein should not be construed to mean necessarily that Defendants believe that there are genuine issues of material fact that would necessitate a trial. Rather, such language simply means that Defendants disputes Plaintiff's statement regarding that matter. Defendants maintain their position that grounds exist entitling Defendants to dismissal and judgment as to Plaintiff's claims. Further, to the extent that matters stated in Plaintiff's statement of material facts are not disputed herein, they are not disputed at this time only for purposes of resolution of the pending cross-dispositive motions. Also, Defendants' position is that such matters are not necessarily material to resolution of the pending dispositive motions.

| Plaintiff's Statement of Material Fact Not in Dispute (by ¶ number) | Defendants' Response |
|---|---|
| 1.-14. | Undisputed. |
| 15. | Dispute characterization (but not topic) of pro bono litigation described in second sentence. *See* EO 14230 § 1. |
| 16.-17. | Undisputed. |
| 18.-19. | Undisputed. |
| 20. | Last sentence of paragraph is disputed. *See* Exec. Order 14230 § 1; Exec. Order 14173 of Jan. 21, 2025, 90 Fed. Reg. 8633 (Jan. 31, 2025); 42 U.S.C. § 2000e-2; EEOC Press Release, *EEOC and Justice Department Warn Against Unlawful DEI-Related Discrimination* (Mar. 19, 2025) (available at https://www.eeoc.gov/newsroom/eeoc-and-justice-department-warn-against-unlawful-dei-related-discrimination) (Exhibit 1)[1] |
| 21. | First and final sentence are disputed. *See* Exhibits 2, 3, 4, 5, 6, 7, 8 (discussed in Defs' Mem. in Support of Mot. to Dismiss and for Expedited Judmt. § I (ECF 43); Defs' Opp. to Pls' Mot. for Summ. Judmt. § III (filed Apr. 16, 2025)). |
| 22.-23. | Undisputed as to current status of Fellowship program. Disputed as to prior status of the program. *See*, *Am. All. for Equal Rights v. Perkins Coie LLP*, No. 3:23-cv-1877 (N.D. Tex. Aug. 22, 2023), ECF No.1 (Compl. ¶ 25), ECF No. 31 (Stipulation) (Exhibits 9, 10) (discussed in Defs' Mem. in Support of Mot. to Dismiss and for Expedited Judmt. § I (ECF 43)). |
| 24. | Disputed as to final sentence. |
| 25.-28. | Undisputed. |
| 29.-34. | Undisputed. |
| 35. | Undisputed; immaterial. |
| 36. | Undisputed. |

---

[1] The numbered exhibits referenced in this Response are attached to the Declaration of Richard Lawson, submitted herewith.

2

| Plaintiff's Statement of Material Fact Not in Dispute (by ¶ number) | Defendants' Response |
|---|---|
| 37.-50. | Undisputed. |
| 51.-52. | Undisputed that work can involve (vs. requires) access to federal government buildings. |
| 53. | Undisputed. |
| 54.-67. | Undisputed. |
| 68.-69. | Undisputed. |
| 70.-74. | Undisputed. |
| 75.-76. | Undisputed, although a more fulsome account of the matters discussed is contained in Special Counsel, *Report On Matters Related To Intelligence Activities And Investigations Arising Out Of The 2016 Presidential Campaigns* (May 12, 2023) at 233 & ff. (available at https://www.justice.gov/archives/media/1381211/dl) (Exhibit 11). |
| 77.-79. | Undisputed. |
| 80.-82. | Immaterial and the cited court filings speak for themselves. |
| 83. | Undisputed. |
| 84.-88. | Undisputed and cited court filings speak for themselves. |
| 89. | Undisputed. |
| 90. | Undisputed. |
| 91. | Disputed as to last sentence. |
| 92.-98. | Undisputed. |
| 99. | Undisputed without prejudice to status of maintenance of facility clearance. |
| 100.-105. | Characterizations that are immaterial as the cited posts, interviews, and other materials speak for themselves. |
| (106. left blank) | |
| 107.-118. | Characterizations that are immaterial as the cited posts, interviews, and other materials speak for themselves. |

| Plaintiff's Statement of Material Fact Not in Dispute (by ¶ number) | Defendants' Response |
|---|---|
| **119.** | Disputed characterization without citation. |
| **120.-121.** | Characterizations that are immaterial as the cited materials speak for themselves. |
| **123.** | Undisputed. |
| **124.-125.** | Characterizations that are immaterial as the cited materials speak for themselves. |
| **126.** | Disputed legal conclusion. |
| **127.-133.** | Characterizations that are immaterial as the cited executive order speaks for itself. |
| **134.** | Undisputed. |
| **135.** | Undisputed as to certain agencies. |
| **136.-139.** | Characterizations that are immaterial as the cited materials speak for themselves. |
| **140.** | As to first sentence, undisputed that Acting Chair Andrea Lucas of the EEOC sent letters to Perkins Coie and 19 other law firms requesting certain information about each firm's employment practices; the remainder of the sentence is a characterization that is immaterial as the referenced letters speak for themselves. The final sentence of the paragraph is disputed as it reflects a legal conclusion. |
| **141.** | Undisputed, except as to characterization of letters as "investigative." |
| **142.-143.** | Characterization that is immaterial as the cited materials speak for themselves. *See also* EEOC, *President Appoints Andrea R. Lucas EEOC Acting Chair* (Jan. 21, 2025) (Exhibit 12); Memorandum from Attorney General, Re: Ending Illegal DEI and DEIA Discrimination and Preferences (Feb. 5, 2025) (Exhibit 13). |
| **144.** | The first sentence is disputed as reflecting a legal conclusion. The first clause of the second sentence is a characterization that is immaterial as the cited letter speaks for itself. The second clause of the second sentence is undisputed that no formal charge has been filed with the EEOC. |
| **145.** | Disputed as reflecting legal conclusions. |

| Plaintiff's Statement of Material Fact Not in Dispute (by ¶ number) | Defendants' Response |
|---|---|
| 146. | Undisputed; immaterial. |
| 147. | Undisputed. |
| 148. | Undisputed. |
| 149. | Disputed as reflecting legal conclusions. |
| 150.-151. | Undisputed; dispute the unstated causation inference. |
| 152.-159. | Undisputed; dispute the unstated causation inference. |
| 160. | Disputed as factual inference or conclusion or legal conclusion. |
| 161. | Disputed as factual inference or conclusion. |
| 162. | First sentence is undisputed. The second sentence is disputed as factual inference or conclusion. |
| 163.-166. | Disputed as factual inference or conclusion. |
| 167. | Disputed as factual inference or conclusion or legal conclusion. |
| 168.-172. | Disputed as factual inference or conclusion. |
| 173.-175. | Disputed as legal conclusions. |
| 176.-177. | Disputed as factual inference or conclusion or legal conclusion. |
| 178.-183. | Undisputed. |
| 184. | Disputed as legal conclusion. |
| 185. | Disputed as legal conclusion. |
| 186.-189. | Disputed as legal conclusions. |
| 190. | First sentence disputed as legal conclusion. Second sentence undisputed. |
| 191.-193. | Disputed as factual inference or conclusion or legal conclusion. |
| 194. | Undisputed that Plaintiff submitted expert reports in connection with its motion for summary judgment and |

| Plaintiff's Statement of Material Fact Not in Dispute (by ¶ number) | Defendants' Response |
|---|---|
| | that other groups and lawyers have criticized Executive Order 14230. The remainder of the paragraph is characterization that is immaterial as the referenced materials speak for themselves. |
| 195.-214. | Characterizations that are immaterial as the cited materials speak for themselves. The cited materials are disputed as opinion testimony and characterizations comprising factual inferences, legal argument, and legal conclusions. |
| 215. | Undisputed that Plaintiff submitted an expert report from J. William Leonard in connection with its motion for summary judgment. The remainder of the paragraph is characterization that is immaterial as the referenced report speaks for itself. |
| 216.-224. | Characterizations that are immaterial as the cited report speaks for itself. The cited report is disputed as opinion testimony and characterizations comprising factual inferences, legal argument, and legal conclusions. |
| 225. | Undisputed that Plaintiff moved for a TRO on March 11, 2025. The remainder of the sentence is disputed as factual inference and legal conclusion. |
| 226. | Undisputed. |
| 227.-234. | Characterizations that are immaterial as the cited materials speak for themselves. |
| 235. | The first sentence is disputed. The second sentence is characterization that is immaterial as the cited material speaks for itself. |
| 236. | Disputed as immaterial characterization of executive orders that speak for themselves. |
| 237.-238. | Characterizations that are immaterial as the cited materials speak for themselves. |
| 239. | Undisputed. |
| 240.-242. | Characterizations that are immaterial, and the cited materials speak for themselves. |
| 243.-249. | Characterizations that are immaterial, and the cited materials speak for themselves. |
| 250. | Undisputed. |
| 251. | Characterization that is immaterial as the cited material speaks for itself. |

| Plaintiff's Statement of Material Fact Not in Dispute (by ¶ number) | Defendants' Response |
|---|---|
| **252.-253.** | Characterization that is immaterial as the cited executive order speaks for itself. |
| **254.** | First sentence is undisputed. The second sentence is characterization that is immaterial as the cited material speaks for itself. |
| **255.** | Characterization that is immaterial, and the cited materials speaks for themselves. |
| **256.-257.** | Characterizations that are immaterial, and the cited materials speak for themselves. |
| **258.** | Undisputed. |
| **259.-261.** | Characterization that is immaterial as the cited executive order speaks for itself. |
| **262.** | Characterization that is immaterial as the cited material speaks for itself. |
| **263.** | Undisputed and the cited material speaks for itself. |
| **264.** | Undisputed and the cited material speaks for itself. |

Dated: April 16, 2025
Washington, D.C.

Respectfully submitted,

CHAD MIZELLE
Acting Associate Attorney General

/s/ *Richard Lawson*
RICHARD LAWSON
Deputy Associate Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 445-8042

*Counsel for Defendants*