IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COLE LLP,<br><br>      *Plaintiff*,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>      *Defendants*. | Case No. 1:25-cv-00716<br><br>Judge Beryl A. Howell |

### **UNOPPOSED MOTION TO RESCHEDULE ORAL HEARING**

  On April 17, 2025, this Court entered a minute order setting the above captioned case for oral argument on April 23, 2025, at 2:00 PM. Previously, on April 1, 2025, the Honorable Richard Leon set oral argument for a similar matter, *Wilmer Cutler Pickering Hale and Dorr LLP v. Executive Office of the President, et al.*, 25-cv-917, for oral argument on that same day, April 23, 2025. Earlier this week, to accommodate travel schedules for Plaintiff's counsel in that case, Judge Leon set the start time for the argument at 2:00 PM.

  Undersigned counsel for the Defendants anticipates handling both oral arguments, and as both cases are now set for the precise same date and time counsel for the Defendants contacted Plaintiff's counsel to coordinate alternative dates when this matter may be argued.

  Counsel for both parties are available to participate in oral argument on Tuesday, April 22, 2025, at any time after 1:00 PM, or Wednesday morning, April 23, 2025, at any time after 9:00 AM or before 12:00 PM. Plaintiff's counsel has conflicts later in the week due to a pre-trial conference in Delaware on April 24 and trial prep on April 25.

  Accordingly, the Defendants respectfully request that, to the degree these alternative dates and times work with the Court's schedule, this Court change the date and time for oral argument

in the above captioned case to allow Defendant's counsel to handle both this case and the matter before Judge Leon.

Defendants' counsel has conferred with undersigned counsel for the Plaintiff and is advised that the Plaintiff concurs in this request. Defendants appreciate the professional courtesy.

April 17, 2025

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

/s/ Ryan Scarborough
Ryan Scarborough (D.C. Bar # 466956)
680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5000

*Counsel for Plaintiff*

CHAD MIZELLE
Acting Associate Attorney General

/s/ Richard Lawson
Deputy Associate Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 2050
Telephone: (202) 445-8042

*Counsel for Defendants*