UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PERKINS COIE LLP, | ) | |
| | ) | CIVIL NO. 1:25-cv-00716-BAH |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO ADMIT FRANK N. GAETA *PRO HAC VICE***

The undersigned, an attorney admitted to the Bar of this Court and in good standing, respectfully moves for an order permitting Frank N. Gaeta to appear *pro hac vice* in the above referenced matter as counsel on behalf of proposed amicus curiae Rich May, P.C., pursuant to Local Rule 83.2(c) of the Local Rules of the United States District Court for the District of Columbia. Mr. Gaeta is a member in good standing of the Bar of the Commonwealth of Massachusetts. He is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency. Finally, the undersigned is satisfied that Mr. Gaeta possesses the character and skills required of a member of the Bar of this Court.

Accordingly, the undersigned respectfully requests admission of Frank N. Gaeta *pro hac vice* as counsel for proposed amicus curiae in the above matter.

1

Respectfully submitted,

*/s/ Carolyn Elefant*
Carolyn Elefant (D.C. Bar No. 425433)
LAW OFFICES OF CAROLYN ELEFANT
7315 Wisconsin Avenue
Bethesda, MD 20814
(202) 297-6100
carolyn@carolynelefant.com

**Certificate of Service**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on April 18, 2025.

*/s/ Carolyn Elefant*
Carolyn Elefant