UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PERKINS COIE LLP,<br><br>　　　　Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>　　　　Defendants. | CIVIL NO. 1:25-cv-00716-BAH |

**[PROPOSED] ORDER ADMITTING FRANK N. GAETA *PRO HAC VICE***

Before this Court is a motion for the admission of attorney Frank N. Gaeta *pro hac vice* as counsel for Amicus Curiae Rich May, P.C. Upon consideration of the motion and supporting attachments:

It is hereby ORDERED that the motion is GRANTED.

**SO ORDERED** this __ day of April 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Beryl A. Howell
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge