UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ———————————————— | ) | |
| PERKINS COIE LLP, | ) | |
| | ) | CIVIL NO. 1:25-cv-00716-BAH |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————— | ) | |

**UNOPPOSED MOTION OF RICH MAY, P.C. FOR LEAVE TO FILE
BRIEF OF *AMICUS CURIAE* IN SUPPORT OF PLAINTIFF**

Pursuant to Local Rule 7(o)(2), Rich May, P.C. ("Rich May") respectfully seeks leave to file the attached *amicus curiae* brief in support of Plaintiff Perkins Coie LLP's Motion for Summary Judgment (the "Motion," ECF No. 39). As required by Local Rule 7(m), counsel for Rich May has conferred with the parties' counsel about the relief requested by this motion. The parties do not oppose this motion.

Rich May is a mid-sized law firm based in Boston, Massachusetts with attorneys across the political spectrum. Regardless of our various, and at times opposing, political views, we all agree on the importance of the rule of law. We feel that Executive Order 14250, whose operation Plaintiff seeks to enjoin, represents a threat to the rule of law. This impact will be felt by practitioners and law firms of all sizes and areas of practice, but the posture and perspective of a single-office 34-attorney firm is necessarily different in some ways from a global firm like the Plaintiff. We have left our individual political views out of this discussion to focus on the systemic, constitutional issues at hand, and hope that our perspective will aid the Court in considering the Motion.

## CONCLUSION

WHEREFORE, Rich May, P.C. respectfully requests that the Court grant leave to file the

proposed *amicus curiae* brief in support of Plaintiff's Motion for Summary Judgment.

Respectfully submitted,
Rich May, P.C.
By its counsel,


  */s/ Frank N. Gaeta*
Frank N. Gaeta (BBO #561388)
RICH MAY, P.C.
176 Federal Street
Boston, MA  02110
(617) 556-3800
fgaeta@richmaylaw.com
*Pending pro hac vice*

*Of Counsel*

*/s/ Carolyn Elefant*
Carolyn Elefant (D.C. Bar No. 425433)
LAW OFFICES OF CAROLYN ELEFANT
7315 Wisconsin Avenue
Bethesda, MD 20814
(202) 297-6100
carolyn@carolynelefant.com


## Certificate of Service

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on April ___, 2025.

  */s/ Frank N. Gaeta*
Frank N. Gaeta