UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ )
PERKINS COIE LLP,                  )
                                   )        CIVIL NO. 1:25-cv-00716-BAH
                  Plaintiff,       )
v.                                 )
                                   )
U.S. DEPARTMENT OF JUSTICE, et al.,)
                                   )
                  Defendants.      )
_____ )

**[PROPOSED] ORDER GRANTING THE UNOPPOSED MOTION OF RICH MAY, P.C. FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* IN SUPPORT OF PLAINTIFF**

Upon consideration of the Unopposed Motion of Rich May, P.C. for Leave to File Brief of Amicus Curiae in Support of Plaintiff, and the lack of any opposition thereto, it is hereby:

**ORDERED** that the Unopposed Motion of Rich May, P.C. for Leave to File Brief of Amicus Curiae in Support of Plaintiff is **GRANTED** and the Clerk of the Court shall accept the amicus brief attached to the motion as filed April ____, 2025, *nunc pro tunc*.

**SO ORDERED** this __ day of April 2025.

                                        _____
                                        Beryl A. Howell
                                        United States District Judge