UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PERKINS COIE LLP,

    *Plaintiff*,

v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

    *Defendants*.

Case No. 1:25-cv-00716

**REPLY DECLARATION OF CHRISTOPHER N. MANNING, ESQUIRE,
SUPPORTING PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF
ITS MOTION FOR SUMMARY JUDGMENT**

1. I am a partner in the law firm of Williams & Connolly LLP and a member of the Bar of this Court. I am one of the counsel of record in the above-captioned action representing the Plaintiff, Perkins Coie LLP. I submit this declaration in connection with Plaintiff's reply memorandum in support of Plaintiff's Motion for Summary Judgment and Declaratory and Permanent Injunctive Relief ("Motion").

2. Attached hereto as **Exhibit 1** is a true and correct copy of a video of an April 8, 2025 speech by the President. During that speech, at 25:57-26:30, the President said: "Have you noticed that lots of law firms have been signing up with Trump? $100 million, another $100 million, for damages that they've done. But they give you $100 million and then they announce 'We have done nothing wrong.' And I agree, they've done nothing wrong. But what the hell, they've given me a lot of money considering they've done nothing wrong. And we'll use some of those people, some of those great firms, and they are great firms too—they just had a bad moment." The video of the speech is available here: https://www.youtube.com/watch?v=WVNDsdiM3C8.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an April 11, 2025 Reuters article by Jeff Mason and Tom Hals titled *Trump says he may ask top law firms to work for free on US trade deals*.

4. On behalf of Plaintiff Perkins Coie, our firm has asked the government to provide a list identifying each Executive Branch department, agency, or entity ("agency") that is subject to the Order, along with the name or title of its head official so that they may be identified in our proposed order. The government has stated that it would attempt to do so.

5. As of this filing, the government has provided several iterations of a list that includes agencies derived from Department of Justice data and an Office of Management and Budget distribution list, most recently on the evening of April 17, 2025.

6. As with earlier iterations of this list, the government's April 17, 2025 list appears incomplete. Specifically, it appears to omit several agencies within the Executive Branch and does not include any officers of the agencies. It also appears overinclusive because it includes entities that do not appear to be Executive Branch agencies.

7. We will continue to confer with the government's counsel over the next few days with the goal of identifying a comprehensive list of agencies and officers to be included in the proposed order granting Perkins Coie's Motion. We will endeavor to submit an amended proposed order that reflects that list prior to the motions hearing scheduled for April 23, 2025.

8. In our recent communications with the government's counsel, we have learned that one or more agency general counsels were involved in earlier efforts to implement Executive Order 14230, and that it has been necessary for the government's counsel to contact agency general counsels to ensure that agencies comply with the Court's temporary restraining order. Accordingly, we plan to also include the agencies' general counsels in the proposed order to ensure

compliance with the requested permanent injunction.

\* \* \*

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 18th day of April, 2025.

_____
Christopher N. Manning, Esq.

# EXHIBIT 1

**DECLARATION OF CHRISTOPHER N. MANNING, ESQUIRE,
IN SUPPORT OF PLAINTIFF PERKINS COIE LLP'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

# Exhibit 1

President Trump joined by coal miners as he signs order

The posted video is available here:
https://www.youtube.com/watch?v=WVNDsdiM3C8

*A digital copy of this exhibit has been preserved and can be provided to the Court and/or defendants' counsel upon request.*

# EXHIBIT 2

 

My News

# Trump says he may ask top law firms to work for free on US trade deals

By Jeff Mason and Tom Hals

April 11, 2025 7:46 AM EDT · Updated 7 days ago

  



U.S. President Donald Trump speaks to the media in the Oval Office at the White House in Washington, D.C., U.S., March 26, 2025. REUTERS/Evelyn Hockstein/File Photo Purchase Licensing Rights

## Summary

- Trump did not identify the firms he plans to call
- Four law firms previously reached deals with Trump
- Trump has issued punitive orders against various firms

WASHINGTON, April 10 (Reuters) - President Donald Trump said on Thursday that he will seek to get major U.S. law firms to do free legal work to support his trade team's negotiations with other countries after four firms in recent weeks agreed to donate legal services to his administration.

"We have a lot of law firms that have paid me a lot of money in the form of legal fees. We're going to probably use those firms ... if we can - I think we can," Trump said during a meeting of his cabinet at the White House. "I think we're going to try to use these very prestigious firms to help us out with the trade."

> The Reuters Tariff Watch newsletter is your daily guide to the latest global trade and tariff news. Sign up here.

**AD** 00:12 Coming up: U.S. envoy to Israel visits Western Wall with note from Trump



Trump did not mention any firms by name.

The four law firms that have made deals with Trump have agreed to provide hundreds of millions of dollars of free legal services to advance causes approved by the administration, such as support for veterans.

Trump has targeted several firms with punitive executive orders. These firms have represented Trump's political adversaries or clients bringing legal challenges to his policies, or employed attorneys who took part in past government investigations aimed at the president. His executive orders sought to restrict their lawyers from accessing government buildings and officials, and threatened to cancel federal contracts held by their clients.

Advertisement · Scroll to continue

Report This Ad

During his meeting in the White House Cabinet Room on Thursday, Trump floated whether the legal legwork of firms could be used to help his trade team.

Trump said on Wednesday that he paused hefty reciprocal tariffs on multiple nations, except for China, just hours after imposing them because his administration had been contacted by more than 75 countries that wanted to work on trade deals.

The president has accused the firms he has targeted of "weaponizing" the justice system, which they deny. His orders also have faulted the firms for workplace diversity policies. Some conservatives consider such policies discriminatory against majority groups such as white people.

Advertisement · Scroll to continue



Report This Ad

The firm Paul Weiss, which had been targeted in an executive order, last month agreed to donate the equivalent of $40 million in free legal services. Skadden Arps, Milbank and Willkie Farr reached deals without being targeted by an order, with each firm providing $100 million in pro bono legal work.

Representatives for those firms did not immediately respond to requests for comment including whether they viewed work on trade deals as matching the commitments they made to Trump.

Advertisement · Scroll to continue



Report This Ad

Three firms - Perkins Coie, WilmerHale and Jenner & Block - have sued to challenge executive orders against them. Judges overseeing the lawsuits have temporarily blocked key provisions of the orders, finding that Trump's directives likely violated constitutional protections for speech and due process.

The president also mused on Thursday about whether he would need the legal assistance from the firms with which he made deals after leaving the White House.

Feedback

**Sponsored Content**                                                        Dianomi


**Schwab's Opening Market Update**
Sponsored by
Charles Schwab


**Today's Markets: What Investors Should Know Now**
Sponsored by
Charles Schwab


**Startup is Changing the Way $1M+ Investors Retire**
Sponsored by
smartasset

"Hopefully I won't need that ... after it ends - after, after we leave. Maybe I'll need it," Trump said.

Reporting by Jeff Mason in Washington, Tom Hals in Wilmington, Delaware, and David Thomas in Chicago; Editing by Will Dunham

Our Standards: **The Thomson Reuters Trust Principles.**

Suggested Topics:

( United States )    ( Diversity & Inclusion )

( Purchase Licensing Rights )


**Jeff Mason**
Thomson Reuters

Jeff Mason is a White House Correspondent for Reuters. He has covered the presidencies of Barack Obama, Donald Trump and Joe Biden and the presidential campaigns of Biden, Trump, Obama, Hillary Clinton and John McCain. He served as president of the White House Correspondents' Association in 2016-2017, leading the press corps in advocating for press freedom in the early days of the Trump administration. His and the WHCA's work was recognized with Deutsche Welle's "Freedom of Speech Award." Jeff has asked pointed questions of domestic and foreign leaders, including Russian President Vladimir Putin and North Korea's Kim Jong Un. He is a winner of the WHCA's "Excellence in Presidential News Coverage Under Deadline Pressure" award and co-winner of the Association for Business Journalists' "Breaking News" award. Jeff began his career in Frankfurt, Germany as a business reporter before being posted to Brussels, Belgium, where he covered the European Union. Jeff appears regularly on television and radio and teaches political journalism at Georgetown University. He is a graduate of Northwestern University's Medill School of Journalism and a former Fulbright scholar.

   

## Read Next

United States
**In US Chinatowns, merchants 'don't want the trade war to be a war'**
11:37 AM UTC

United States
**Deputy sheriff's son kills two at Florida State University**
5:31 AM UTC

United States