AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Perkins Coie LLP

*Plaintiff(s)*

v.

U.S. Department of Justice, et al.

*Defendant(s)*

Civil Action No. 1:25-cv-00716-BAH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PAMELA J. BONDI, in her official capacity as Attorney General,
950 Pennsylvania Avenue NW, Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Dane Butswinkas
Williams & Connolly LLP
680 Maine Ave, SW
Washington, DC 20024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  3/11/2025

/s/ Jean-Claude Douyon
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-716

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pamela J. Bondi, in her official capacity as Attorney General was received by me on *(date)* 03/11/2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I mailed the summons and complaint via certified mail on March 12, 2025. The service package was delivered on March 21, 2025. Confirmation of delivery is attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 04/22/2025

*Server's signature*

Christine Flinton, Case Manager
*Printed name and title*

Williams & Connolly LLP
680 Maine Avenue, SW
Washington, DC 20024
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052701592793049

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 5:11 am on March 21, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
March 21, 2025, 5:11 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ^

**Track Another Package**

[ Enter tracking or barcode numbers ]

Feedback

## Need More Help?

Contact USPS Tracking support for further assistance.

[ FAQs ]