UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>　　　　*Defendants*. | Case No. 25-cv-716 |

**NOTICE OF FILING OF PLAINTIFF PERKINS COIE LLP'S
AMENDED PROPOSED ORDER**

Plaintiff Perkins Coie LLP, by undersigned counsel, respectfully submits the accompanying amended proposed order for the Court's consideration in connection with the parties' pending motions: plaintiff's Motion for Summary Judgment and Declaratory and Permanent Injunctive Relief, ECF 39; defendants' Motion to Dismiss and for Expedited Judgment, ECF 43; and defendants' Motion for Reconsideration, ECF 44.  *See* Exhibit A (proposed order).

The amended proposed order (amending ECF 39-9) includes an updated appendix listing the Executive Branch agencies and officers responsible for compliance with plaintiff's requested permanent injunction.  The listed officers include each agency's head officer and head legal officer to ensure compliance.  *See* ECF 148, Reply Mem. in Supp. of MSJ, at 24-25; ECF 148-1, Manning Reply Decl. ¶ 8 ("In our recent communications with the government's counsel, we have learned that one or more agency general counsels were involved in earlier efforts to implement Executive Order 14230, and that it has been necessary for the government's counsel to contact agency general counsels to ensure that agencies comply with the Court's temporary restraining order.").  The

appendix was prepared in consultation with the government's counsel, *see* ECF 148 at 24, whose participation is without waiver of the arguments in their Motion for Reconsideration, ECF 44.

Dated: April 23, 2025                              Respectfully submitted,

**WILLIAMS & CONNOLLY LLP**

By:   /s/ *Dane H. Butswinkas*
      Dane H. Butswinkas (D.C. Bar #425056)
      680 Maine Avenue, SW
      Washington, DC  20024
      (202) 434-5000

*Counsel for Plaintiff Perkins Coie LLP*