# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-00716 (BAH)<br><br>Judge Beryl A. Howell |

**[PROPOSED] ORDER**

Upon consideration of plaintiff's Motion for Summary Judgment and Declaratory and Permanent Injunctive Relief, ECF No. 39; defendants' Motion to Dismiss and for Expedited Judgment, ECF No. 43; defendants' Motion for Reconsideration, ECF No. 44, which seeks reconsideration of the Court's Order of March 12, 2025 [ECF No. 21]; the parties' respective legal memoranda, declarations, and exhibits submitted in support of or in opposition to each motion; and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby--

**ORDERED** that plaintiff's Motion for Summary Judgment and Declaratory and Permanent Injunctive Relief, ECF No. 39, is **GRANTED**; it is further

**ORDERED** that defendants' Motion to Dismiss and for Expedited Judgment, ECF No. 43, is **DENIED**; it is further

**ORDERED** that defendants' Motion for Reconsideration, ECF No. 44, is **DENIED**; it is further

**DECLARED** that Executive Order 14230, 90 Fed. Reg. 11781 (Mar. 11, 2025), issued by the President on March 6, 2025, entitled "Addressing Risks from Perkins Coie LLP," is unlawful

because it violates the First, Fifth, and Sixth Amendments to the U.S. Constitution, exceeds the President's constitutional authority under Article II, and violates the separation of powers. The Order therefore is null and void; it is further

**ORDERED** that:

(1) defendants and the Executive Branch departments, agencies, entities, officers and head legal officers identified on Appendix A hereto are **PERMANENTLY ENJOINED** from implementing or enforcing Executive Order 14230 in any way;

(2) defendants and the Executive Branch departments, agencies, entities, officers and head legal officers identified on Appendix A hereto are **PERMANENTLY ENJOINED** from using or considering in any way or for any purpose the statements laid out in Section 1 of Executive Order 14230, including but not limited to in any interactions with plaintiff or government contractors or with employees or other personnel of plaintiff or government contractors;

(3) defendants and the Executive Branch departments, agencies, entities, officers and head legal officers identified on Appendix A hereto are **DIRECTED** to rescind all formal or informal guidance or other direction provided to officers, staff, employees, or independent contractors of the federal government to communicate, effectuate, implement, or enforce Executive Order 14230, including Sections 2 and 4 that were not subject to this Court's Temporary Restraining Order, ECF No. 21;

(4) defendants and the Executive Branch departments, agencies, entities, officers and head legal officers identified on Appendix A hereto are **DIRECTED** immediately to notify all officers, staff, employees, and independent contractors subject to Executive Order 14230 that Executive Order 14230 is unlawful, null and void in its entirety and therefore should be disregarded, including all prior formal or informal advice, opinions, or direction previously received or

communicated to effectuate, implement, or enforce Executive Order 14230, and that all departments, agencies, officers, staff, employees, and independent contractors of the federal government should carry on with their ordinary course of business with Perkins Coie LLP,[1] its personnel, and clients and their personnel known or believed by them to be associated with Perkins Coie LLP, absent Executive Order 14230;

(5) defendants and the Executive Branch departments, agencies, entities, officers and head legal officers identified on Appendix A hereto are **DIRECTED** to cease any security clearance review, made pursuant to Sections 1 or 2(a) of Executive Order 14230, and to reverse any suspension or revocation of any active security clearances, made pursuant to Sections 1 or 2(a) of Executive Order 14230, although nothing in this Order shall bar defendants from suspending or revoking any security clearances for reasons independent of the general policy announced in Executive Order 14230, an association with Perkins Coie LLP, or the reasons embodied in Section 1 of Executive Order 14230;

(6) defendants the Office of Management and Budget and Russell Vought, in his official capacity as director of the Office of Management and Budget, are **DIRECTED** to identify all government goods, property, material, and services, provided for the benefit of Perkins Coie LLP, that were previously identified pursuant to Section 2(b) of Executive Order 14230, and to immediately issue direction to the relevant heads of agencies that they are to reverse any cessation of the provision of such material or services, if such cessation was done pursuant to Executive Order 14230;

---

[1] Perkins Coie LLP includes its affiliates, predecessors, successors, assigns, directors, officers, partners, employees, and agents.

3

(7) defendants and the Executive Branch departments, agencies, entities, officers and head legal officers identified on Appendix A hereto are **DIRECTED** to immediately (a) communicate to every recipient of a formal or informal request for disclosure of any relationship with Perkins Coie LLP or any person associated with the firm, made pursuant to Sections 2(b) or 3(a) of Executive Order 14230, that such request is permanently rescinded, the recipient need not respond to such request, and there shall be no consequences for not responding to such request; (b) cease making such requests for disclosure; and (c) segregate and disregard any responses received to such requests for disclosure;

(8) defendants U.S. Department of Justice; Pamela Bondi in her official capacity as U.S. Attorney General; Equal Employment Opportunity Commission; and Andrea R. Lucas, in her official capacity as Acting Chair of the Equal Employment Opportunity Commission, are **DIRECTED** immediately to cease any investigation of Perkins Coie LLP made pursuant to Section 4 of Executive Order 14230, and to withdraw any requests for information from Perkins Coie LLP or other investigative steps made pursuant to Section 4 of Executive Order 14230, including defendant Lucas's March 17, 2025 letter titled "Review of Perkins Coie LLP's Compliance with Title VII of the Civil Rights Act of 1964";

(9) defendants and the Executive Branch departments, agencies, entities, officers and head legal officers identified on Appendix A hereto are **ORDERED** that they must, in good faith, take such other steps as are necessary to prevent the implementation or enforcement of Executive Order 14230 and to reverse any implementation or enforcement of Executive Order 14230 that has occurred or is occurring;

(10) defendants U.S. Department of Justice; Pamela Bondi, in her official capacity as U.S. Attorney General; the Office of Management and Budget; and Russell Vought, in his official capacity as Director of the Office of Management and Budget, are **DIRECTED** additionally to

    (a) provide a copy of this Order to all defendants, departments, agencies and other entities subject to Executive Order 14230 (including but not limited to those listed on Appendix A hereto), any other departments, agencies, and entities that received Executive Order 14230 or guidance related to Executive Order 14230, and the respective officers, staff, employees and independent contractors of any of the foregoing who were provided with Executive Order 14230 or guidance related to Executive Order 14230;

    (b) direct the recipients to comply with the terms of the Order; and

    (c) notify all recipients that they are required to comply with this Order, under penalty of contempt; and

    (d) provide counsel for plaintiff with a copy of such communication(s);

(11) defendants Pamela J. Bondi, Brendan Carr, Russell T. Vought, Andrea R. Lucas, Charles Ezell, Stephen Ehekian, and Tulsi Gabbard and the officers and head legal officers identified on Appendix A hereto are personally responsible for their respective agencies' compliance with this Order; and it is further

**ORDERED** that this Court shall retain jurisdiction to enforce or modify this Order; and it is further

**ORDERED** that the Clerk of the Court shall close this case.

**SO ORDERED**.

Dated: _____

*This is a final and appealable order.*

 

**BERYL A. HOWELL**
United States District Judge

## Appendix A

| Executive Branch Department/Agency/Entity | Head Officer | Head Legal Officer |
|---|---|---|
| Administration for Children and Families | Assistant Secretary | General Counsel |
| Administration for Strategic Preparedness and Response | Principal Deputy Assistant Secretary for Preparedness and Response | General Counsel |
| Advisory Council on Historic Preservation | Chairman | General Counsel |
| Americorps | Agency Head | General Counsel |
| Appalachian Regional Commission | Chair | General Counsel |
| Biomedical Advanced Research and Development Authority | Principal Deputy Assistant Secretary for Preparedness and Response | General Counsel |
| Bonneville Power Administration | Administrator and Chief Executive Officer | General Counsel |
| Broadcasting Board of Governors | Director | General Counsel |
| Bureau of Economic Analysis | Director | Chief Counsel for Economic Affairs |
| Bureau of Indian Affairs | Director | Deputy Solicitor, Indian Affairs |
| Bureau of Industry and Security | Under Secretary for Industry and Security | Chief Counsel |
| Bureau of Land Management | Director | Solicitor, Department of the Interior |
| Bureau of Ocean Energy Management | Director | Solicitor, Department of the Interior |
| Bureau of Reclamation | Commissioner | Solicitor, Department of the Interior |
| Bureau of Safety and Environmental Enforcement | Director | Solicitor, Department of the Interior |
| Bureau of the Census | Director | General Counsel |
| Centers for Disease Control and Prevention | Director | General Counsel |

| Executive Branch Department/Agency/Entity | Head Officer | Head Legal Officer |
|---|---|---|
| Centers for Medicare and Medicaid Services | Administrator | General Counsel |
| Central Intelligence Agency | Director | General Counsel |
| Chemical Safety Board | Chairperson | General Counsel |
| CHIPS Program Office | Director | Chief Counsel |
| Commission of Fine Arts | Chair | General Counsel |
| Committee on Foreign Investment in the United States | Chairperson | General Counsel, Department of the Treasury |
| Commodity Futures Trading Commission | Chairman | General Counsel |
| Consumer Financial Protection Bureau | Director | General Counsel |
| Council of Inspectors General on Integrity and Efficiency | Executive Chair | General Counsel |
| Council on Environmental Quality | Chair | General Counsel |
| Defense Contract Audit Agency | Director | General Counsel |
| Defense Contract Management Agency | Director | General Counsel |
| Defense Intelligence Agency | Director | General Counsel |
| Defense Logistics Agency | Director | General Counsel |
| Denali Commission | Federal Co-Chair | General Counsel |
| Department of Agriculture | Secretary of Agriculture | General Counsel |
| Department of Commerce | Secretary of Commerce | General Counsel |
| Department of Defense | Secretary of Defense | General Counsel |
| Department of Energy | Secretary of Energy | General Counsel |
| Department of Health & Human Services | Secretary of Health and Human Services | General Counsel |
| Department of Homeland Security | Secretary of Homeland Security | General Counsel |
| Department of Justice | Attorney General | Assistant Attorney General, Office of Legal Counsel |
| Department of Labor | Secretary of Labor | Solicitor of Labor |
| Department of State | Secretary of State | Legal Adviser |
| Department of the Air Force | Secretary of the Air Force | Principal Deputy Counsel |
| Department of the Army | Secretary of the Army | General Counsel |

| Executive Branch Department/Agency/Entity | Head Officer | Head Legal Officer |
|---|---|---|
| Department of the Interior | Secretary of the Interior | Solicitor |
| Department of the Navy | Secretary of the Navy | General Counsel |
| Department of the Treasury | Secretary of the Treasury | General Counsel |
| Department of Transportation | Secretary of Transportation | General Counsel |
| Department of Veterans Affairs | Secretary of Veterans Affairs | General Counsel |
| Directorate of Defense Trade Controls | Deputy Assistant Secretary | Legal Adviser, Department of State |
| Drug Enforcement Administration | Administrator | Chief Counsel |
| Environmental Protection Agency | Administrator | Deputy General Counsel |
| Equal Employment Opportunity Commission | Chair | General Counsel |
| Executive Office of the President | Chief of Staff | Counsel to the President |
| Export - Import Bank of the United States | President and Chairman | General Counsel |
| Fannie Mae | Director, Federal Housing Finance Agency | General Counsel, Federal Housing Finance Agency |
| Farm Credit System Insurance Corporation | Chairman | General Counsel |
| Federal Aviation Administration | Administrator | Chief Counsel |
| Federal Bureau of Investigation | Director | General Counsel |
| Federal Bureau of Prisons | Director | General Counsel |
| Federal Communications Commission | Chairman | General Counsel |
| Federal Deposit Insurance Corporation | Vice Chairman | General Counsel |
| Federal Election Commission | Vice Chairman | General Counsel |
| Federal Emergency Management Agency | Administrator | Chief Counsel |
| Federal Energy Regulatory Commission | Chairman | General Counsel |

| Executive Branch Department/Agency/Entity | Head Officer | Head Legal Officer |
|---|---|---|
| Federal Highway Administration | Executive Director | Chief Counsel |
| Federal Housing Finance Agency | Director | General Counsel |
| Federal Labor Relations Authority | Chairman | General Counsel |
| Federal Maritime Commission | Chairman | General Counsel |
| Federal Mediation and Conciliation Service | Director | General Counsel |
| Federal Mine Safety and Health Review Commission | Chair | General Counsel |
| Federal Permitting Improvement Steering Council | Executive Director | General Counsel |
| Federal Railroad Administration | Executive Director | Chief Counsel |
| Federal Retirement Thrift Investment Board | Chair | General Counsel |
| Federal Trade Commission | Chairman | General Counsel |
| Federal Transit Administration | Executive Director | Chief Counsel |
| Financial Crimes Enforcement Network | Director | Chief Counsel |
| Food & Drug Administration | Commissioner of Food and Drugs | General Counsel |
| Freddie Mac | Director, Federal Housing Finance Agency | General Counsel, Federal Housing Finance Agency |
| General Services Administration | Administrator | General Counsel |
| Grid Deployment Office | Director | General Counsel, Department of Energy |
| Gulf Coast Ecosystem Restoration Council (Restore the Gulf) | RESTORE Council Chair | General Counsel |
| Health Resources and Services Department | Administrator | General Counsel |
| Housing and Urban Development | Secretary of Housing and Urban Development | General Counsel |

| Executive Branch Department/Agency/Entity | Head Officer | Head Legal Officer |
|---|---|---|
| Institute of Museums and Library Services | Chairperson | General Counsel |
| Internal Revenue Service | Commissioner | Chief Counsel |
| International Trade Administration | Chair | Chief Counsel for International Commerce |
| Joint Chiefs of Staff | Chairman | Legal Counsel |
| Kennedy Center | President | General Counsel |
| Loan Programs Office | Under Secretary for Infrastructure | General Counsel, Department of Energy |
| National Aeronautics and Space Administration | Administrator | Deputy General Counsel |
| National Archives and Records Administration | Archivist of the United States | General Counsel |
| National Counterterrorism Center | Director | Office of Legal Counsel |
| National Endowment for the Arts | Chair | General Counsel |
| National Endowment for the Humanities | Chairman | General Counsel |
| National Geospatial-Intelligence Agency | Director | General Counsel, National Geospatial-Intelligence Agency; Deputy General Counsel, Intelligence, Department of Defense |
| National Indian Gaming Commission | Chairwoman | General Counsel |
| National Institutes of Health | Director | General Counsel |
| National Labor Relations Board | Chairman | General Counsel |
| National Marine Fisheries Service | Director | Deputy Counsel, National Marine Fisheries Service; General Counsel, National Oceanic and Atmospheric Administration |
| National Mediation Board | Chair | General Counsel |
| National Nuclear Security Administration | Administrator | General Counsel |

| Executive Branch Department/Agency/Entity | Head Officer | Head Legal Officer |
|---|---|---|
| National Oceanic and Atmospheric Administration | Administrator | General Counsel |
| National Park Service | Director | Solicitor, Department of the Interior |
| National Renewable Energy Laboratory | Laboratory Director | General Counsel |
| National Science Foundation | Director | General Counsel |
| National Security Agency | Director | General Counsel |
| National Security Council | Chairman | Counsel to the President |
| National Transportation Safety Board | Chairman | General Counsel |
| Occupational Safety and Health Review Commission | Chair | General Counsel |
| Office of Clean Energy Demonstrations | Under Secretary for Infrastructure | General Counsel, Department of Energy |
| Office of Department of National Intelligence | Director of National Intelligence | General Counsel |
| Office of Federal Contract Compliance Programs | Director | Solicitor, Department of Labor |
| Office of Foreign Assets Control | Director | Chief Counsel |
| Office of Government Ethics | Director | Chief of Staff and Program Counsel |
| Office of Homeland Security Situational Awareness | Director | General Counsel, Department of Homeland Security |
| Office of Management and Budget - Executive Office of the President | Director | General Counsel |
| Office of National Drug Control Policy - Executive Office of the President | Director | General Counsel |
| Office of Personnel Management | Director | General Counsel |
| Office of Science and Technology Policy - Executive Office of the President | Director | General Counsel |

| Executive Branch Department/Agency/Entity | Head Officer | Head Legal Officer |
|---|---|---|
| Office of Secretary of Defense | Secretary of Defense | General Counsel, Department of Defense |
| Office of Special Counsel | Special Counsel | General Counsel |
| Office of the Comptroller of the Currency | Comptroller of the Currency | Chief Counsel |
| Office of the Director of National Intelligence | Director of National Intelligence | General Counsel |
| Office of the Inspector General | Inspector General | Chief Counsel |
| Office of the U.S. Trade Representative | United States Trade Representative | General Counsel |
| Patent Trial & Appeal Board | Director, United States Patent and Trademark Office | General Counsel and Senior Legal Advisor, United States Patent and Trademark Office |
| Peace Corps | Chief Executive Officer | General Counsel |
| Pension Benefit Guaranty Corporation | Director | General Counsel |
| Presidio Trust | Chair | General Counsel |
| Rural Utilities Service | Administrator | General Counsel |
| Securities & Exchange Commission | Chairman | General Counsel |
| Selective Service System | Director | General Counsel |
| Small Business Administration | Administrator | General Counsel |
| Smithsonian Institution | Secretary | Chief Legal Officer |
| Surface Transportation Board | Chairman | General Counsel |
| Tennessee Valley Authority | Chair | General Counsel |
| Trademark Trial & Appeal Board | Director, United States Patent and Trademark Office | General Counsel and Senior Legal Advisor, United States Patent and Trademark Office |
| U.S. Agency for International Development | Administrator | General Counsel |
| U.S. Army Corps of Engineers | Commanding General | Chief Counsel |
| U.S. Citizenship and Immigration Services | Senior Official Performing the Duties of the Director | Chief Counsel |
| U.S. Coast Guard | Commandant | Judge Advocate General and Chief Counsel |
| U.S. Commission on Civil Rights | Commission Chair | General Counsel |

| Executive Branch Department/Agency/Entity | Head Officer | Head Legal Officer |
|---|---|---|
| U.S. Consumer Product Safety Commission | Chairman | General Counsel |
| U.S. Customs and Border Protection | Commissioner | Chief Counsel |
| U.S. Election Assistance Commission | Chairman | General Counsel |
| U.S. Fish & Wildlife Service | Director | Solicitor |
| U.S. Forest Service | Chief | General Counsel |
| U.S. Holocaust Memorial Museum | Director | General Counsel |
| U.S. Immigration and Customs Enforcement | Director | Principal Legal Advisor |
| U.S. International Trade Commission | Chair | General Counsel |
| U.S. Merit Systems Protection Board | Chairman | General Counsel |
| U.S. Nuclear Waste Technical Review Board | Chair | General Counsel |
| U.S. Patent & Trademark Office | Director | General Counsel and Senior Legal Advisor |
| U.S. Post Office | Postmaster General | General Counsel |
| U.S. Postal Inspection Service | Chief Postal Inspector | Chief Counsel |
| U.S. Privacy and Civil Liberties Oversight Board | Chair | General Counsel |
| U.S. Railroad Retirement Board | Chairman | General Counsel |
| U.S. Secret Service | Director | Chief Counsel |
| U.S. Social Security Administration | Administrator | General Counsel |
| U.S. Space Force | Chief of Space Operations | General Counsel |
| U.S. Trade and Development Agency | Director of Policy and Program Management | General Counsel |
| U.S. Transportation Security Administration | Administrator | Chief Counsel |