UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PERKINS COIE LLP,** | : |
| **Plaintiff,** | : |
| v. | : C. A. NO.: 25-716 (BAH) |
| **U.S. DEPARTMENT OF JUSTICE,** *et. al.*, | : |
| **Defendants.** | : |

## MOTION TO ADMIT JOE TUCKER PRO HAC VICE

Pursuant to Local Civil Rule 83.2(e), attorney Joe H. Tucker, Jr. seeks admission and appearance *pro hac vice* on behalf of the International Academy of Trial Lawyers in the above-captioned matter. This motion is supported by the Declaration of Joe Tucker, filed herewith. As set forth in the supporting papers, Mr. Tucker is a member in good standing of the bar of Commonwealth of Pennsylvania, as listed in the Declaration.

The undersigned is a member of the Bar of this Court and sponsors Joe Tucker's application to appear *pro hac vice*. Based on the information contained in the attached Declaration, the undersigned sponsoring and moving counsel requests that the Court grant leave for Joe Tucker to appear *pro hac vice* in this matter.

Respectfully submitted,

REGAN ZAMBRI LONG PLLC

By: /s/ *Patrick M. Regan*
Patrick M. Regan        #336107
pregan@reganfirm.com
1919 M Street, N.W., Suite 600
Washington, D.C. 20036

2

PH: (202) 463-3030<br>Fx: (202) 463-0667

Dated: April 24, 2025