

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Joe H. Tucker Jr., Esq.*

**DATE OF ADMISSION**

*November 21, 1989*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal
Dated: April 16, 2025**

Steven Rothermel, Esq.
Deputy Prothonotary