UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PERKINS COIE LLP,** | : |
| **Plaintiff,** | : |
| v. | : C. A. NO.: 25-716 (BAH) |
| **U.S. DEPARTMENT OF JUSTICE,** *et. al.*, | : |
| **Defendants.** | : |

# [PROPOSED] ORDER

The Court has reviewed the motion for admission of Joe H. Tucker, Esquire *pro hac vice* on behalf of amicus the International Academy of Trial Lawyers. Upon consideration of the motion, the Court grants attorney Joe H. Tucker *pro hac vice* admission to this Court in the above-referenced matter.

IT IS SO ORDERED this _____ day of _____, 2025.

_____
Judge