UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PERKINS COIE LLP, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, et al., )<br>)<br>Defendants. )<br>) | CIVIL NO. 1:25-cv-00716-BAH |

**NOTICE OF APPEARANCE**

Pursuant to LCvR 83.6(a), the undersigned, Frank N. Gaeta, hereby notices his appearance as counsel to *amicus curiae* Rich May, P.C.

Respectfully submitted,

*/s/ Frank N. Gaeta*
Frank N. Gaeta (*pro hac vice*)
RICH MAY, P.C.
176 Federal Street
Boston, MA  02110
(617) 556-3800
fgaeta@richmaylaw.com

Dated:  April 24, 2025

**Certificate of Service**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on April 24, 2025.

*/s/ Frank N. Gaeta*
Frank N. Gaeta

1