UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>   *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>   *Defendants*. | Case No. 1:25-cv-00716 (BAH)<br><br>Judge Beryl A. Howell |

**[PROPOSED] ORDER**

Upon consideration of plaintiff's Consent Motion to Adopt Streamlined Procedure for Amended Complaint and Pending Motions, ECF No. \_\_\_, it is hereby--

**ORDERED** that plaintiff's Consent Motion to Adopt Streamlined Procedure for Amended Complaint and Pending Motions, ECF No. \_\_\_, is **GRANTED**; it is further

**ORDERED** that by 5:00 p.m. on Wednesday, April 30, 2025, plaintiff shall file a new motion for summary judgment and declaratory and permanent injunctive relief, and defendants shall file a new motion to dismiss the Amended Complaint (the "New Motions"). Plaintiff shall also file a new proposed order amending ECF No. 167-1 to reflect the addition of the new defendants in the Amended Complaint. It is further

**ORDERED** that the parties shall not submit new briefing in support of, opposition to, or in reply to the New Motions. Instead, the parties' prior briefing (including accompanying declarations and exhibits) directed to plaintiff's Motion for Summary Judgment and Declaratory and Permanent Injunctive Relief, ECF No. 39, and defendants' Motion to Dismiss and for Expedited Judgment, ECF No. 43, (the "Existing Briefs") shall apply to the New Motions without the need for renewed briefing or oral argument. The parties' arguments (including accompanying

declarations and exhibits) set forth in their respective Existing Briefs and at the April 23, 2025 oral argument shall apply to the New Motions as if they had been directed to the New Motions in the first instance, and all parties to the Amended Complaint shall be bound by the Court's ruling on the New Motions.  This includes the arguments in Defendants' Opposition to Plaintiff's Motion for Leave to Amend (ECF No. 171), which shall be deemed to apply to the Amended Complaint, and which are not waived by the government's agreement to this streamlined procedure.  It is further

**ORDERED** that in lieu of physically serving each new defendant, plaintiff will serve counsel for defendants, Mr. Lawson, who will accept service by email for each new defendant subject to each agency's approval of substitute service.  Counsel for defendants shall promptly, and within no more than ten (10) days of service, notify plaintiff if any agency or officer requests individual service.  It is further

**ORDERED** that in the interests of judicial economy, Plaintiff is not required to include the address information required by Local Civil Rule 5.1(c) in the Amended Complaint and shall instead file a separate notice containing such information by Wednesday, April 30, 2025.

**SO ORDERED**.

Dated: _____

_____
**BERYL A. HOWELL**
United States District Judge