UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00716 (BAH) <br><br> Judge Beryl A. Howell |

**STATUS REPORT AND CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE AMENDED COMPLAINT**

Plaintiff Perkins Coie LLP, by undersigned counsel, provides the following status report regarding its efforts to file the Amended Complaint and respectfully moves for enlargement of time to file the Amended Complaint *nunc pro tunc*.

1. On Friday evening, April 25, 2025, the Court issued a Memorandum and Order, ECF 173, granting Plaintiff's oral motion to amend its complaint to name as defendants the Executive Branch departments, agencies, entities and officers listed in Appendix A to its Notice of Amended Proposed Order, ECF 167-1. The Court ordered that Plaintiff file an amended complaint by Monday, April 28, 2025, and issue summonses to the newly added defendants by Tuesday, April 29, 2025. ECF 173 at 14.

2. Consistent with the Court's Order, Plaintiff drafted an amended complaint that added more than 300 additional federal agencies and officers as defendants. This took substantial time to prepare, as it required counsel to gather the addresses of each defendant and the names of the officer defendants, who had only been identified by title in ECF 167-1.

3. Promptly upon completing the amended complaint, Plaintiff began the process of filing via the Court's ECF system last night at approximately 10:15 p.m. The ECF system requires a party to add each new defendant before accepting an amended complaint for filing. Because many of the new defendants are not already in the ECF system, this required manually entering the information for each defendant not already in the system.

4. Recognizing that this would be a time-consuming process, undersigned counsel emailed a PDF copy of the amended complaint to counsel for defendants, Mr. Lawson, at 10:37 p.m.

5. At midnight, undersigned counsel emailed a copy of the amended complaint to the Clerk's office and explained that, "due to the need to enter each new defendant into ECF, we will likely complete the filing after midnight."

6. After all new defendants were added (which took until around 2:00 a.m. this morning), counsel received the following error message: "An internal error has occurred; could not open context file 11848596181063". A screenshot of the error message appears below.



7. Because of the ECF internal error, all work adding the additional defendants manually in the ECF system was lost.

8. Plaintiff's counsel communicated with the Clerk's office and ECF Help Desk this morning to resolve the issue and complete the filing. It appears that the error resulted from an internal timeout issue because of the time required to add so many new defendants. The Clerk's office and ECF Help Desk advised counsel to proceed to file the amended complaint by entering

as many defendants as possible before the system times out, and then they will enter the remaining defendants' information.

9. Given this guidance, counsel filed the amended complaint today at 10:06 a.m.

10. In light of the foregoing, Plaintiff respectfully requests an enlargement of time of one day, *nunc pro tunc*, to file its amended complaint, from April 28, 2025 to April 29, 2025. Undersigned counsel has conferred with counsel for defendants, Mr. Lawson, to advise him of the situation, and Mr. Lawson consents to the requested enlargement of time.

11. Based on our discussions with the Clerk's office, and the Court's Order of this morning (ECF 175), we believe that it will be possible to issue a single summons to all new defendants, care of Mr. Lawson, later today. If an enlargement of time becomes necessary to do so, counsel will advise the Court accordingly.

WHEREFORE, for the aforementioned reasons, plaintiff requests that the Court enlarge the time for Plaintiff to file its amended complaint *nunc pro tunc* to April 29, 2025. A proposed order is attached.

Dated: April 29, 2025            Respectfully submitted,

**WILLIAMS & CONNOLLY LLP**

By: */s/ Christopher N. Manning*
Christopher N. Manning (D.C. Bar #464069)
680 Maine Avenue, SW
Washington, DC  20024
(202) 434-5000

*Counsel for Plaintiff Perkins Coie LLP*