# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PERKINS COIE LLP,

*Plaintiff*,

v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

*Defendants*.

Case No. 1:25-cv-00716 (BAH)

Judge Beryl A. Howell

## [PROPOSED] ORDER

Upon consideration of plaintiff's Consent Motion for Enlargement of Time to File Amended Complaint, ECF No. ___, it is hereby--

**ORDERED** that plaintiff's Consent Motion for Enlargement of Time to File Amended Complaint, ECF No. ___, is **GRANTED**; it is further

**ORDERED** that the time for Plaintiff to file its amended complaint is hereby enlarged, *nunc pro tunc*, to April 29, 2025.

**SO ORDERED**.

Dated: _____

_____
**BERYL A. HOWELL**
United States District Judge