AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Perkins Coie LLP | ) )  ) )  |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| U.S. Department of Justice, et al. | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.  1:25-cv-00716-BAH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    ALL FEDERAL AGENCIES AND AGENCY HEADS listed in Attachment
c/o Richard Lawson, Deputy Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Richard.Lawson3@usdoj.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Christopher N. Manning
Ryan T. Scarborough
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:    04/29/2025    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:25-cv-00716-BAH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                *Server's signature*

                                         _____
                                                *Printed name and title*


                                         _____
                                                *Server's address*

Additional information regarding attempted service, etc:

## <u>NEW DEFENDANTS</u>

ADMINISTRATION FOR CHILDREN AND FAMILIES,
300 C Street, SW
Washington, DC 20201

ANDREW GRADISON, in his official capacity as Acting Assistant Secretary for the
Administration for Children and Families,
300 C Street, SW, Washington, DC 20201

ADMINISTRATION FOR STRATEGIC PREPAREDNESS AND RESPONSE
200 Independence Avenue SW
Washington, DC 20201

JOHN KNOX, in his official capacity as Principal Deputy Assistant Secretary for Preparedness
and Response,
200 Independence Avenue SW
Washington, DC 20201

ADVISORY COUNCIL ON HISTORIC PRESERVATION,
401 F Street NW, Suite 308
Washington, DC 20001-2728

REID NELSON, in his official capacity as Chairman,
401 F Street NW, Suite 308
Washington, DC 20001-2728

AMERICORPS,
250 E Street SW
Washington, DC 20525

JENNIFER BASTRESS TAHMASEBI, in her official capacity as Interim Agency Head,
250 E Street SW
Washington, DC 20525

APPALACHIAN REGIONAL COMMISSION,
1666 Connecticut Ave NW, Suite 700 Washington, DC 20009

GAYLE CONELLY MANCHIN, in her official capacity as Co-Chair,
1666 Connecticut Ave NW, Suite 700
Washington, DC 20009

BIOMEDICAL ADVANCED RESEARCH AND DEVELOPMENT AUTHORITY,
200 Independence Avenue SW
Washington, DC 20201

GARY DISBROW, in his official capacity as Director,
200 Independence Avenue SW
Washington, DC 20201

BONNEVILLE POWER ADMINISTRATION
P.O. Box 3621
Portland, Oregon 97208-3621

JOHN HAIRSTON in his official capacity as Administrator and Chief Executive Officer,
P.O. Box 3621
Portland, Oregon 97208-3621

U.S. AGENCY FOR GLOBAL MEDIA
330 Independence Avenue SW
Washington, DC 20237

VICTOR MORALES, in his official capacity as Acting Chief Executive Officer,
330 Independence Avenue SW
Washington, DC 20237

BUREAU OF ECONOMIC ANALYSIS
4600 Silver Hill Road, Suitland, MD 20746

VIPIN ARORA, in his official capacity as Director,
4600 Silver Hill Road, Suitland, MD 20746

BUREAU OF INDIAN AFFAIRS
1849 C Street NW
Washington, DC 20240

BRYAN MERCIER, in his official capacity as Director,
1849 C Street NW
Washington, DC 20240

BUREAU OF INDUSTRY AND SECURITY
1401 Constitution Avenue NW
Room H-3839
Washington, DC 20230

JEFFREY KESSLER, in his official capacity as Under Secretary for Industry and Security,
1401 Constitution Avenue NW
Room H-3839
Washington, DC 20230

BUREAU OF LAND MANAGEMENT,
1849 C Street NW
Washington, DC 20240

MICHAEL D. NED, in his official capacity as Director,
1849 C Street NW
Washington, DC 20240

BUREAU OF OCEAN ENERGY MANAGEMENT,
1849 C Street NW
Washington, DC 20240

WALTER CRUICKSHANK, PH.D., in his official capacity as Director,
1849 C Street NW
Washington, DC 20240

BUREAU OF RECLAMATION,
1849 C Street NW
Washington, DC 20240

DAVID PALUMBO, in his official capacity as Acting Commissioner,
1849 C Street NW
Washington, DC 20240

BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT,
1849 C Street NW
Washington, DC 20240

PAUL HUANG, in his official capacity as Acting Director,
1849 C Street NW
Washington, DC 20240

BUREAU OF THE CENSUS
4600 Silver Hill Road
Washington, DC 20233

RON S. JARMIN, in his official capacity as Acting Director,
4600 Silver Hill Road
Washington, DC 20233

CENTERS FOR DISEASE CONTROL AND PREVENTION,
1600 Clifton Road NW
Atlanta, GA 30333

SUSAN MONAREZ, PH.D., in her official capacity as Acting Director, First Assistant to the
Director, and Principal Deputy Director,
1600 Clifton Road, NW
Atlanta, GA 30333

CENTERS FOR MEDICARE AND MEDICAID SERVICES,
200 Independence Avenue SW
Washington, DC 20201

DR. MEHMET OZ, in his official capacity as Administrator,
200 Independence Avenue SW
Washington, DC 20201

CENTRAL INTELLIGENCE AGENCY,
Litigation Division
Office of General Counsel
Central Intelligence Agency
Washington, DC 20505

JOHN RATCLIFFE, in his official capacity as Director,
Litigation Division
Office of General Counsel
Central Intelligence Agency
Washington, DC 20505

CHEMICAL SAFETY BOARD
1750 Pennsylvania Avenue NW, Suite 910
Washington, DC 20006

STEVE OWENS, in his official capacity as Chairperson,
1750 Pennsylvania Avenue NW, Suite 910
Washington, DC 20006

CHIPS PROGRAM OFFICE,
100 Bureau Drive
Gaithersburg, MD 20899

DIRECTOR AND CHIEF COUNSEL, in their official capacity,
100 Bureau Drive
Gaithersburg, MD 20899

COMMISSION OF FINE ARTS,
401 F Street NW, Suite 312
Washington, DC 20001-2728

BILLIE TSIEN, in her official capacity as Chairperson,
401 F Street NW, Suite 312
Washington, DC 20001-2728

COMMITTEE ON FOREIGN INVESTMENT IN THE UNITED STATES,
1500 Pennsylvania Avenue NW
Washington, DC 20220

CHAIRPERSON, in their official capacity,
1500 Pennsylvania Avenue NW
Washington, DC 20220

COMMODITY FUTURES TRADING COMMISSION
Three Lafayette Centre
1155 21st Street NW
Washington, DC 20581

CAROLINE D. PHAM, in her official capacity as Acting Chairman,
Three Lafayette Centre
1155 21st Street NW
Washington, DC 20581

KRISTIN N. JOHNSON, in her official capacity as Commissioner,
Three Lafayette Centre
1155 21st Street NW
Washington, DC 20581

CHRISTY GOLDSMITH ROMERO, in her official capacity as Commissioner,
Three Lafayette Centre
1155 21st Street NW
Washington, DC 20581

SUMMER K. MERSINGER, in her official capacity as Commissioner,
Three Lafayette Centre
1155 21st Street NW
Washington, DC 20581

CONSUMER FINANCIAL PROTECTION BUREAU,
1700 G Street NW
Washington, DC 20552

RUSSELL VOUGHT, in his official capacity as Acting Director,
1700 G Street NW
Washington, DC 20552

COUNCIL OF INSPECTORS GENERAL ON INTEGRITY AND EFFICIENCY,
1717 H Street NW, Suite 825
Washington, DC 20006

DEIDRE HARRISON, in her official capacity as Acting Deputy Director for Management,
1717 H Street NW, Suite 825
Washington, DC 20006

COUNCIL ON ENVIRONMENTAL QUALITY,
730 Jackson Place NW
Washington, DC 20503

KATHERINE SCARLETT, in her official capacity as Acting Chair,
730 Jackson Place NW
Washington, DC 20503

DEFENSE CONTRACT AUDIT AGENCY,
8725 John J. Kingman Road
Fort Belvoir, VA 22060

JENNIFER DESAUTEL, in her official capacity as Director,
8725 John J. Kingman Road
Fort Belvoir, VA 22060

DEFENSE CONTRACT MANAGEMENT AGENCY,
3901 A Avenue
Fort Lee, VA 23801-1809

LIEUTENANT GENERAL GREGORY L. MASIELLO, in his official capacity as Director,
3901 A Avenue
Fort Lee, VA 23801-1809

THE DEFENSE INTELLIGENCE AGENCY,
7400 Pentagon
Washington, DC 20301-7400

LIEUTENANT GENERAL JEFFREY A. KRUSE, in his official capacity as Director,
7400 Pentagon
Washington, DC 20301-7400

THE DEFENSE LOGISTICS AGENCY,
Andrew T. McNamara Building
8725 John J. Kingman Road
Fort Belvoir, VA 22060-6221

LIEUTENANT GENERAL MARK T. SIMERLY, in his official capacity as Director,
Andrew T. McNamara Building
8725 John J. Kingman Road
Fort Belvoir, VA 22060-6221

THE DENALI COMMISSION,
550 W 7th Avenue, Suite 1230
Anchorage, AK 99501

JULIE E. KITKA, in her official capacity as Federal Co-Chair,
550 W 7th Avenue, Suite 1230
Anchorage, AK 99501

THE DEPARTMENT OF AGRICULTURE,
1400 Independence Avenue SW
Washington, DC 20250

BROOKE L. ROLLINS, in her official capacity as Secretary of Agriculture,
1400 Independence Avenue SW
Washington, DC 20250

THE DEPARTMENT OF COMMERCE,
1401 Constitution Avenue NW
Washington, DC 20230

HOWARD LUTNICK, in his official capacity as Secretary of Commerce,
1401 Constitution Avenue NW
Washington, DC 20230

THE DEPARTMENT OF DEFENSE,
1000 Defense Pentagon
Washington, DC 20301

PETER B. HEGSETH, in his official capacity as Secretary of Defense,
1000 Defense Pentagon
Washington, DC 20301

THE DEPARTMENT OF ENERGY,
1000 Independence Avenue SW
Washington, DC 20585

CHRIS WRIGHT, in his official capacity as Secretary of Energy,
1000 Independence Avenue SW
Washington, DC 20585

THE DEPARTMENT OF HEALTH AND HUMAN SERVICES,
200 Independence Avenue SW
Washington, DC 20201

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human
Services,
200 Independence Avenue SW
Washington, DC 20201

THE DEPARTMENT OF HOMELAND SECURITY,
2707 Martin Luther King Jr Avenue SW
Mail Stop 0485
Washington, DC 20528

KRISTI NOEM, in her official capacity as Secretary of Homeland Security,
2707 Martin Luther King Jr Avenue SW
Mail Stop 0485
Washington, DC 20528

DEPARTMENT OF LABOR,
200 Constitution Avenue NW
Washington, DC 20210

LORI CHAVEZ-DEREMER, in her official capacity as Secretary of Labor,
200 Constitution Avenue NW
Washington, DC 20210

DEPARTMENT OF STATE,
Suite 5.600, 600 19th Street NW
Washington, DC 20522

MARCO RUBIO, in his official capacity as Secretary of State,
Suite 5.600, 600 19th Street NW
Washington, DC 20522

DEPARTMENT OF THE AIR FORCE,
1670 Air Force Pentagon
Washington, DC 20330-1670

GARY A. ASHWORTH, in his official capacity as Secretary of the Air Force,
1670 Air Force Pentagon
Washington, DC 20330-1670

DEPARTMENT OF THE ARMY,
101 Army Pentagon
Washington, DC 20350

DANIEL P. DRISCOLL, in his official capacity as Secretary of the Army,
101 Army Pentagon
Washington, DC 20350

DEPARTMENT OF THE INTERIOR,
1849 C Street NW
Washington, DC 20240

DOUG BURGUM, in his official capacity as Secretary of the Interior,
1849 C Street NW
Washington, DC 20240

DEPARTMENT OF THE NAVY,
General Counsel of the Navy
Naval Litigation Office
720 Kennon Street SE, Room 233
Washington Navy Yard, DC 20374-5013

JOHN PHELAN, in his official capacity as Secretary of the Navy,
General Counsel of the Navy
Naval Litigation Office
720 Kennon Street SE, Room 233
Washington Navy Yard, DC 20374-5013

DEPARTMENT OF THE TREASURY,
1500 Pennsylvania Avenue NW
Washington, DC 20220

SCOTT BESSENT, in his official capacity as Secretary of the Treasury,
1500 Pennsylvania Avenue NW
Washington, DC 20220

DEPARTMENT OF TRANSPORTATION,
1200 New Jersey Avenue SE
Washington, DC 20590

SEAN DUFFY, in his official capacity as Secretary of Transportation,
1200 New Jersey Avenue SE
Washington, DC 20590

DEPARTMENT OF VETERANS AFFAIRS,
810 Vermont Avenue NW
Washington, DC 20420

DOUGLAS A. COLLINS, in his official capacity as Secretary of Veterans Affairs,
810 Vermont Avenue NW
Washington, DC 20420

DIRECTORATE OF DEFENSE TRADE CONTROLS,
The Executive Office
Office of the Legal Adviser
Suite 5.600, 600 19th Street NW
Washington, DC 20522

SARAH HEIDEMA, in her official capacity as Director,
The Executive Office
Office of the Legal Adviser
Suite 5.600, 600 19th Street NW
Washington, DC 20522

DRUG ENFORCEMENT ADMINISTRATION,
8701 Morrisette Drive
Springfield, VA 22152

DEREK S. MALTZ, in his official capacity as Acting Administrator,
8701 Morrisette Drive
Springfield, VA 22152

ENVIRONMENTAL PROTECTION AGENCY,
1200 Pennsylvania Avenue NW
Washington, DC 20460

LEE M. ZELDIN, in his official capacity as Administrator,
1200 Pennsylvania Avenue NW
Washington, DC 20460

EXECUTIVE OFFICE OF THE PRESIDENT,
1600 Pennsylvania Avenue NW
Washington, DC 20500

EXPORT-IMPORT BANK OF THE UNITED STATES,
811 Vermont Avenue NW
Washington, DC 20571

JAMES C. CRUSE, in his official capacity as Acting President and Chairman,
811 Vermont Avenue NW
Washington, DC 20571

FANNIE MAE,
1100 15th Street NW
Washington, DC 20005

WILLIAM J. PULTE, in his capacity as Chairman,
1100 15th Street NW
Washington, DC 20005

FARM CREDIT SYSTEM INSURANCE CORPORATION,
1501 Farm Credit Drive
McLean, VA 22102

GLEN R. SMITH, in his official capacity as Chairman,
1501 Farm Credit Drive
McLean, VA 22102

FEDERAL AVIATION ADMINISTRATION,
800 Independence Avenue SW
Washington, DC 20591

CHRIS ROCHELAU, in his official capacity as Acting Administrator,
800 Independence Avenue SW
Washington, DC 20591

FEDERAL BUREAU OF INVESTIGATION,
935 Pennsylvania Avenue NW
Washington, DC 20535

KASH PATEL, in his official capacity as Director,
935 Pennsylvania Avenue NW
Washington, DC 20535

FEDERAL BUREAU OF PRISONS,
320 First Street NW
Washington, DC 20534

WILLIAM K. MARSHALL III, in his official capacity as Director,
320 First Street NW
Washington, DC 20534

FEDERAL DEPOSIT INSURANCE CORPORATION,
550 17th Street NW
Washington, DC 20429

TRAVIS HILL, in his official capacity as Acting Chairman,
550 17th Street NW
Washington, DC 20429

FEDERAL ELECTION COMMISSION,
1050 First Street NE
Washington, DC 20463

JAMES E. TRAINOR III, in his official capacity as Vice Chairman and Acting Chairman,
1050 First Street NE
Washington, DC 20463

FEDERAL EMERGENCY MANAGEMENT AGENCY,
500 C Street SW
Washington, DC 20472

CAMERON HAMILTON, in his official capacity as Administrator,
500 C Street SW
Washington, DC 20472

FEDERAL ENERGY REGULATORY COMMISSION,
888 First Street NE
Washington, DC 20426

MARK C. CHRISTIE, in his official capacity as Chairman,
888 First Street NE
Washington, DC 20426

DAVID ROSNER, in his official capacity as Commissioner,
888 First Street NE
Washington, DC 20426

LINSAY S. SEE, in her official capacity as Commissioner,
888 First Street NE
Washington, DC 20426

JUDY W. CHANG, in her official capacity as Commissioner,
888 First Street NE
Washington, DC 20426

FEDERAL HIGHWAY ADMINISTRATION,
1200 New Jersey Avenue SE
Washington, DC 20590

GLORIA M. SHEPHERD, in her official capacity as Executive Director and Acting
Administrator,
1200 New Jersey Avenue SE
Washington, DC 20590

FEDERAL HOUSING FINANCE AGENCY,
400 Seventh Street SW
Washington, DC 20219

WILLIAM J. PULTE, in his official capacity as Director,
400 Seventh Street SW
Washington, DC 20219

FEDERAL LABOR RELATIONS AUTHORITY,
1400 K Street NW
Washington, DC 20005

COLLEEN DUFFY KIKO, in her official capacity as Chairman,
1400 K Street NW
Washington, DC 20005

SUSAN TSUI GRUNDMANN, in her official capacity as Member,
1400 K Street NW
Washington, DC 20005

ANNE M. WAGNER, in her official capacity as Member,
1400 K Street NW
Washington, DC 20005

FEDERAL MARITIME COMMISSION,
Office of the General Counsel
800 North Capitol Street NW
Washington, DC 20573

LOUIS E. SOLA, in his official capacity as Chairman,
Office of the General Counsel
800 North Capitol Street NW
Washington, DC 20573

REBECCA F. DYE, in her official capacity as Commissioner,
Office of the General Counsel
800 North Capitol Street NW
Washington, DC 20573

DANIEL B. MAFFEI, in his official capacity as Commissioner,
Office of the General Counsel
800 North Capitol Street NW
Washington, DC 20573

MAX VEKICH, in his official capacity as Commissioner,
Office of the General Counsel
800 North Capitol Street NW
Washington, DC 20573

FEDERAL MEDIATION AND CONCILIATION SERVICE,
250 E Street SW
Washington, DC 20427

GREGORY GOLDSTEIN, in his official capacity as Acting Director,
250 E Street SW
Washington, DC 20427

FEDERAL MINE SAFETY AND HEALTH REVIEW COMMISSION,
1331 Pennsylvania Avenue NW
Suite 520N
Washington, DC 20004

MARY LU JORDAN, in her official capacity as Chair,
1331 Pennsylvania Avenue NW
Suite 520N
Washington, DC 20004

TIMOTHY J. BAKER, in his official capacity as Commissioner,
1331 Pennsylvania Avenue NW
Suite 520N
Washington, DC 20004

MOSHE Z. MARVIT, in his official capacity as Commissioner,
1331 Pennsylvania Avenue NW
Suite 520N
Washington, DC 20004

FEDERAL PERMITTING IMPROVEMENT STEERING COUNCIL,
1800 M Street NW, Suite 6006
Washington, DC 20036

MANISHA PATEL, in her official capacity as Executive Director,
1800 M Street NW, Suite 6006
Washington, DC 20036

FEDERAL RAILROAD ADMINISTRATION,
1200 New Jersey Avenue SE
Washington, DC 20590

MICHAEL LESTINGI, in his official capacity as Executive Director,
1200 New Jersey Avenue SE
Washington, DC 20590

THOMAS R. JAYNE, in his official capacity as a Management Member,
1200 New Jersey Avenue SE
Washington, DC 20590

JOHN BRAGG, in his official capacity as a Labor Member,
1200 New Jersey Avenue SE
Washington, DC 20590

FEDERAL RETIREMENT THRIFT INVESTMENT BOARD,
77 K Street NE, Suite 1000
Washington, DC 20002

DANA BILYEU, in her official capacity as Acting Chair,
77 K Street NE, Suite 1000
Washington, DC 20002

FEDERAL TRADE COMMISSION,
600 Pennsylvania Avenue NW
Washington, DC 20580

ANDREW N. FERGUSON, in his official capacity as Chairman,
600 Pennsylvania Avenue NW
Washington, DC 20580

MELISSA HOLYOAK, in her official capacity as Commissioner,
600 Pennsylvania Avenue NW
Washington, DC 20580

MARK M. MEADOR, in his official capacity as Commissioner,
600 Pennsylvania Avenue NW
Washington, DC 20580

FEDERAL TRANSIT ADMINISTRATION,
1200 New Jersey Avenue SE
Washington, DC 20590

MATTHEW WELBES, in his official capacity as Executive Director,
1200 New Jersey Avenue SE
Washington, DC 20590

FINANCIAL CRIMES ENFORCEMENT NETWORK,
P.O. Box 39
Vienna, VA 22183

ANDREA GACKI, in her official capacity as Director,
P.O. Box 39
Vienna, VA 22183

FOOD AND DRUG ADMINISTRATION,
5600 Fishers Lane
Rockville, MD 30857

MARTIN A. MAKARY, PH.D., in his official capacity as Commissioner of Food and Drugs,
5600 Fishers Lane
Rockville, MD 30857

GRID DEPLOYMENT OFFICE,
1000 Independence Avenue SW
Washington, DC 20585

NICK ELLIOT, in his official capacity as Director,
1000 Independence Avenue SW
Washington, DC 20585

GULF COAST ECOSYSTEM RESTORATION COUNCIL (RESTORE THE GULF),
500 Poydras Street, Suite 1117
New Orleans, LA 70130

RESTORE COUNCIL CHAIR, in his or her official capacity,
500 Poydras Street, Suite 1117
New Orleans, LA 70130

HEALTH RESOURCES AND SERVICES DEPARTMENT,
5600 Fishers Lane
Rockville, MD 20857

THOMAS J. ENGELS, in his official capacity as Administrator of the Health Resources and Services Administration,
5600 Fishers Lane
Rockville, MD 20857

HOUSING AND URBAN DEVELOPMENT,
451 7th Street SW
Washington, DC 20410

SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development,
451 7th Street SW
Washington, DC 20410

INSTITUTE OF MUSEUMS AND LIBRARY SERVICES,
955 L'Enfant Plaza North SW, Suite 4000
Washington, DC 20024

KEITH SONDERLING, in his official capacity as Chairperson,
955 L'Enfant Plaza North SW, Suite 4000
Washington, DC 20024

INTERNAL REVENUE SERVICE,
1111 Constitution Avenue NW
Washington, DC 20224

MICHAEL FAULKENDER, in his official capacity as Acting Commissioner,
1111 Constitution Avenue NW
Washington, DC 20224

INTERNATIONAL TRADE ADMINISTRATION,
1401 Constitution Avenue NW
Washington, DC 20230

DIANE FARRELL, in her official capacity as Deputy Under Secretary for International Trade and Acting Chair,
1401 Constitution Avenue NW
Washington, DC 20230

JOINT CHIEFS OF STAFF,
9999 Joint Staff Pentagon
Washington, DC 20318-9999

GENERAL DAN CAINE, in his official capacity as Chairman,
9999 Joint Staff Pentagon
Washington, DC 20318-9999

KENNEDY CENTER,
2700 F Street NW
Washington, DC 20566

17

RICHARD GRENELL, in his official capacity as President,
2700 F Street NW
Washington, DC 20566

LOAN PROGRAMS OFFICE,
1000 Independence Avenue SW
Washington, DC 20585

LANE GENATOWSKI, in his official capacity as Director,
1000 Independence Avenue SW
Washington, DC 20585

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,
300 E Street SW, Suite 5R30
Washington, DC 20546

JANET PETRO, in her official capacity as Administrator,
300 E Street SW, Suite 5R30
Washington, DC 20546

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,
700 Pennsylvania Avenue NW
Washington, DC 20001

MARCO RUBIO, in his official capacity as Acting Archivist,
700 Pennsylvania Avenue NW
Washington, DC 20001

NATIONAL COUNTERTERRORISM CENTER,
Liberty Crossing
1500 Tysons McLean Drive
McLean, VA 22102

DON M. HOLSTEAD, in his official capacity as Acting Director,
Liberty Crossing
1500 Tysons McLean Drive
McLean, VA 22102

NATIONAL ENDOWMENT FOR THE ARTS
400 7th Street SW
Washington, DC 20506

MARY ANNE CARTER, in her official capacity as Acting Chair,
400 7th Street SW
Washington, DC 20506

NATIONAL ENDOWMENT FOR THE HUMANITIES,
400 7th Street SW
Washington, DC 20506

MICHAEL MCDONALD, in his official capacity as Acting Chairman,
400 7th Street SW
Washington, DC 20506

NATIONAL GEOSPATIAL-INTELLIGENCE AGENCY,
MS N73
7500 GEOINT Drive
Springfield, VA 22150-7500

FRANK WHITWORTH, in his official capacity as Director,
MS N73
7500 GEOINT Drive
Springfield, VA 22150-7500

NATIONAL INDIAN GAMING COMMISSION,
1849 C Street NW
Mail Stop #1621
Washington, DC 20240

SHARON AVERY, in her official capacity as Acting Chairwoman
1849 C Street NW
Mail Stop #1621
Washington, DC 20240

NATIONAL INSTITUTES OF HEALTH,
9000 Rockville Pike
Bethesda, MD 20892

JAY BHATTACHARYA, in his official capacity as Director,
9000 Rockville Pike
Bethesda, MD 20892

NATIONAL LABOR RELATIONS BOARD,
1015 Half Street SE
Washington, DC 20570

MARVIN E. KAPLAN, in his official capacity as Chairman,
1015 Half Street SE
Washington, DC 20570

DAVID M. PROUTY, in his official capacity as Board Member,
1015 Half Street SE
Washington, DC 20570

NATIONAL MARINE FISHERIES SERVICE,
1315 East-West Highway
Silver Spring, MD 20910

EUGENIO PIÑEIRO SOLER, in his official capacity as Director,
1315 East-West Highway
Silver Spring, MD 20910

NATIONAL MEDIATION BOARD,
1301 K Street NW, Suite 250 East Washington, DC 20005

LOREN E. SWEATT, in her official capacity as Chair,
1301 K Street NW, Suite 250 East Washington, DC 20005

LINDA A. PUCHALA, in her official capacity as Member,
1301 K Street NW, Suite 250 East Washington, DC 20005

DEIRDRE HAMILTON, in her official capacity as Member,
1301 K Street NW, Suite 250 East Washington, DC 20005

NATIONAL NUCLEAR SECURITY ADMINISTRATION,
1000 Independence Avenue SW
Washington, DC 20585

TERESA M. ROBBINS, in her official capacity as Acting Administrator,
1000 Independence Avenue SW
Washington, DC 20585

NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION,
1401 Constitution Avenue NW Rm. 5128
Washington, DC 20230

LAURA GRIMM, in her official capacity as Administrator,
1401 Constitution Avenue NW Rm. 5128
Washington, DC 20230

NATIONAL PARK SERVICE,
1849 C Street NW
Washington, DC 20240

JESSICA BOWRON, in her official capacity as Acting Director,
1849 C Street NW
Washington, DC 20240

NATIONAL RENEWABLE ENERGY LABORATORY,
901 D Street SW, Suite 930
Washington, DC 20024

MARTIN KELLER, in his official capacity as Laboratory Director,
901 D Street SW, Suite 930
Washington, DC 20024

NATIONAL SCIENCE FOUNDATION,
2415 Eisenhower Avenue
Alexandria, VA 22314

VICTOR MCCRARY, in his official capacity as Acting Director,
2415 Eisenhower Avenue
Alexandria, VA 22314

NATIONAL SECURITY AGENCY,
9800 Savage Road, Suite 6272
Fort Meade, MD 20755-6000

LTG WILLIAM J. HARTMAN, in his official capacity as Acting Director,
9800 Savage Road, Suite 6272
Fort Meade, MD 20755-6000

NATIONAL SECURITY COUNCIL,
1600 Pennsylvania Avenue NW Washington, DC 20500

MICHAEL WALTZ, in his official capacity as National Security Advisor,
1600 Pennsylvania Avenue NW
Washington, DC 20500

NATIONAL TRANSPORTATION SAFETY BOARD,
490 L'Enfant Plaza East SW
Washington, DC 20594

JENNIFER HOMENDY, in her official capacity as Chair,
490 L'Enfant Plaza East SW
Washington, DC 20594

ALVIN BROWN, in his official capacity as Vice Chairman,
490 L'Enfant Plaza East SW
Washington, DC 20594

MICHAEL E. GRAHAM, in his official capacity as Member,
490 L'Enfant Plaza East SW
Washington, DC 20594

THOMAS B. CHAPMAN, in his official capacity as Member,
490 L'Enfant Plaza East SW
Washington, DC 20594

J. TODD IMAN, in his official capacity as Member,
490 L'Enfant Plaza East SW
Washington, DC 20594

OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION,
1120 20th Street NW, 9th Floor, Washington, DC 20036-3457

CHAIR in his or her official capacity,
1120 20th Street NW, 9th Floor, Washington, DC 20036-3457

OFFICE OF CLEAN ENERGY DEMONSTRATIONS,
1000 Independence Avenue SW
Washington, DC 20585

CATHY TRIPODI, in her official capacity as Executive Director,
1000 Independence Avenue SW
Washington, DC 20585

OFFICE OF FEDERAL CONTRACT COMPLIANCE PROGRAMS,
200 Constitution Avenue NW Washington, DC 20210

CATHERINE ESCHBACH, in her official capacity as Director,
200 Constitution Avenue NW
Washington, DC 20210

OFFICE OF FOREIGN ASSETS CONTROL,
150 Pennsylvania Avenue NW
Washington, DC 20220

BRADLEY T. SMITH, in his official capacity as Director,
150 Pennsylvania Avenue NW Washington, DC 20220

OFFICE OF GOVERNMENT ETHICS,
250 E Street SW, Suite 750
Washington, DC 20024

JAMIESON L. GREER, in his official capacity as Acting Director,
250 E Street SW, Suite 750
Washington, DC 20024

OFFICE OF HOMELAND SECURITY SITUATIONAL AWARENESS,
2707 Martin Luther King Jr Avenue SE Washington, DC 20528-0525

CHRISTOPHER TOMNEY, in his official capacity as Director,
2707 Martin Luther King Jr Avenue SE Washington, DC 20528-0525

OFFICE OF NATIONAL DRUG CONTROL POLICY,
1600 Pennsylvania Avenue NW
Washington, DC 20500

JON RICE, in his official capacity as Acting Director,
1600 Pennsylvania Avenue NW
Washington, DC 20500

OFFICE OF SCIENCE AND TECHNOLOGY POLICY,
1650 Pennsylvania Avenue NW
Washington, DC 20504

MICHAEL KRATSIOS, in his official capacity as Director,
1650 Pennsylvania Avenue NW
Washington, DC 20504

THE OFFICE OF SECRETARY OF DEFENSE,
1000 Defense Pentagon
Washington, DC 20301

PETER B. HEGSETH, in his official capacity as Secretary of Defense,
1000 Defense Pentagon
Washington, DC 20301

THE OFFICE OF SPECIAL COUNSEL,
1730 M Street NW, Suite 218
Washington, DC 20036

DOUGLAS A. COLLINS, in his official capacity as Acting Special Counsel,
1730 M Street NW, Suite 218
Washington, DC 20036

THE OFFICE OF THE COMPTROLLER OF THE CURRENCY,
400 7th Street SW
Washington, DC 20219

RODNEY E. HOOD, in his official capacity as Acting Comptroller of the Currency,
400 7th Street SW
Washington, DC 20219

THE UNITED STATES DEPARTMENT OF JUSTICE OFFICE OF THE INSPECTOR
GENERAL,
950 Pennsylvania Avenue NW
Washington, DC 20530

MICHAEL E. HOROWITZ, in his official capacity as Inspector General,
950 Pennsylvania Avenue NW
Washington, DC 20530

THE OFFICE OF THE U.S. TRADE REPRESENTATIVE,
600 17th Street NW
Washington, DC 20508

JAMIESON L. GREER, in his official capacity as United States Trade Representative,
600 17th Street NW
Washington, DC 20508

THE PATENT TRIAL AND APPEAL BOARD,
600 Dulany Street
Alexandria, VA 22314

COKE MORGAN STEWART, in her official capacity as Acting Director,
600 Dulany Street
Alexandria, VA 22314

PEACE CORPS,
1275 First Street NE
Washington, DC 20526

ALLISON GREEN, in her official capacity as Chief Executive Officer,
1275 First Street NE
Washington, DC 20526

THE PENSION BENEFIT GUARANTY CORPORATION,
445 12th Street SW
Washington, DC 20024

ALICE MARONI, in her official capacity as Acting Director,
445 12th Street SW
Washington, DC 20024

THE PRESIDIO TRUST,
1750 Lincoln Boulevard
San Francisco, CA 94129

MARK W. BUELL, in his official capacity as Chair,
1750 Lincoln Boulevard
San Francisco, CA 94129

THE RURAL UTILITIES SERVICE,
Stop 1560, Room 4121-S
1400 Independence Avenue, SW
Washington, DC 20250

CHRISTOPHER A. MCLEAN, in his official capacity as Acting Administrator,
Stop 1560, Room 4121-S
1400 Independence Avenue, SW
Washington, DC 20250

THE SECURITIES AND EXCHANGE COMMISSION,
100 F Street NE
Washington, DC 20549

PAUL S. ATKINS, in his official capacity as Chairman,
100 F Street NE
Washington, DC 20549

HESTER M. PIERCE, in her official capacity as Commissioner,
100 F Street NE
Washington, DC 20549

CAROLINE A. CRENSHAW, in her official capacity as Commissioner,
100 F Street NE
Washington, DC 20549

MARK T. UYEDA, in his official capacity as Commissioner,
100 F Street NE
Washington, DC 20549

THE SELECTIVE SERVICE SYSTEM,
1515 Wilson Boulevard, Suite 600
Arlington, VA 22209

CRAIG T. BROWN, in his official capacity as Acting Director,
1515 Wilson Boulevard, Suite 600
Arlington, VA 22209

25

THE SMALL BUSINESS ADMINISTRATION,
409 Third Street SW
Washington, DC 20416

KELLY L. LOEFFLER, in her official capacity as Administrator,
409 Third Street SW
Washington, DC 20416

SMITHSONIAN INSTITUTION,
P.O. Box 37012, MRC 012
Washington, DC 20013-7012

LONNIE G. BUNCH III, in his official capacity as Secretary of the Smithsonian Institution,
P.O. Box 37012, MRC 012
Washington, DC 20013-7012

SURFACE TRANSPORTATION BOARD,
395 E Street SW
Washington, DC 20423

PATRICK J. FUCHS, in his official capacity as Chairman,
395 E Street SW
Washington, DC 20423

ROBERT E. PRIMUS, in his official capacity as a Member,
395 E Street SW
Washington, DC 20423

MICHELLE A. SCHULTZ, in her official capacity as Chairman,
395 E Street SW
Washington, DC 20423

KAREN J. HEDLUND, in her official capacity as Member,
395 E Street SW
Washington, DC 20423

TENNESSEE VALLEY AUTHORITY,
400 West Summit Hill Drive
Knoxville, TN 37902

BILL RENICK, in his official capacity as Chair,
400 West Summit Hill Drive
Knoxville, TN 37902

TRADEMARK TRIAL AND APPEAL BOARD,
Madison East, Concourse Level Room C 55
600 Dulany Street
Alexandria, VA 22314

COKE MORGAN STEWART, in her official capacity as Acting Director,
Madison East, Concourse Level Room C 55
600 Dulany Street
Alexandria, VA 22314

U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT,
1300 Pennsylvania Avenue, NW
Washington, DC 20523

MARCO RUBIO, in his official capacity as Acting Administrator,
1300 Pennsylvania Avenue, NW
Washington, DC 20523

U.S. ARMY CORPS OF ENGINEERS,
441 G Street NW
Washington, DC 20314-1000

LIEUTENANT GENERAL WILLIAM H. GRAHAM, JR., in his official capacity as
Commanding General,
441 G Street NW
Washington, DC 20314-1000

U.S. CITIZENSHIP AND IMMIGRATION SERVICES,
20 Massachusetts Avenue NW
Room 4210
Washington, DC 20529

KIKA SCOTT, in her official capacity as Senior Official Performing the Duties of the Director,
20 Massachusetts Avenue NW
Room 4210
Washington, DC 20529

U.S. COAST GUARD,
Commandant CG–LCL
US Coast Guard HQ
2703 Martin Luther King Jr. Avenue SE
Stop 7213
Washington, DC 20593–7213

KEVIN E. LUNDAY, in his official capacity as Commandant,
Commandant CG–LCL
US Coast Guard HQ
2703 Martin Luther King Jr. Avenue SE
Stop 7213
Washington, DC 20593–7213

U.S. COMMISSION ON CIVIL RIGHTS,
1331 Pennsylvania Avenue NW
Suite 1150
Washington, DC 20425

ROCHELLE GARZA, in her official capacity as Commission Chair,
1331 Pennsylvania Avenue NW
Suite 1150
Washington, DC 20425

U.S. CONSUMER PRODUCT SAFETY COMMISSION,
4330 East-West Highway
Bethesda, MD 20814

PETER A. FELDMAN, in his official capacity as Acting Chairman,
4330 East-West Highway
Bethesda, MD 20814

U.S. CUSTOMS AND BORDER PROTECTION,
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue NW
Suite 4.4-B
Washington, DC 20229

PETE R. FLORES, in his official capacity as Acting Commissioner,
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue NW
Suite 4.4-B
Washington, DC 20229

U.S. ELECTION ASSISTANCE COMMISSION,
633 3rd Street NW, Suite 200
Washington, DC 20001

DONALD L. PALMER, in his official capacity as Chairman,
633 3rd Street NW, Suite 200
Washington, DC 20001

U.S. FISH AND WILDLIFE SERVICE,
1849 C Street NW
Washington, DC 20240

PAUL SOUZA, in his official capacity as  Regional Director, Pacific Southwest Region,
exercising the delegated authority of the Director, U.S. Fish and Wildlife Service,
1849 C Street NW
Washington, DC 20240

U.S. FOREST SERVICE,
1400 Independence Ave., SW
Washington, D.C. 20250

TOM SCHULTZ, in his official capacity as Chief,
1400 Independence Ave., SW
Washington, D.C. 20250

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,
500 12th St., SW
Washington DC 20536

TODD M. LYONS, in his official capacity as Acting Director,
500 12th St., SW
Washington DC 20536

U.S. INTERNATIONAL TRADE COMMISSION,
500 E Street SW
Washington, DC 20436

AMY A. KARPEL, in her official capacity as Chair,
500 E Street SW
Washington, DC 20436

DAVID S. JOHNSON, in his official capacity as Commissioner,
500 E Street SW
Washington, DC 20436

JASON E. KEARNS, in his official capacity as Commissioner,
500 E Street SW
Washington, DC 20436
THE U.S. MERIT SYSTEMS PROTECTION BOARD,
1615 M Street NW
Washington, DC 20419

HENRY KERNER, in his official capacity as Acting Chairman,
1615 M Street NW
Washington, DC 20419

U.S. NUCLEAR WASTE TECHNICAL REVIEW BOARD,
2300 Clarendon Boulevard, Suite 1300 Arlington, VA 22201

PETER SWIFT, PH.D., in his official capacity as Chair,
2300 Clarendon Boulevard, Suite 1300 Arlington, VA 22201

THE UNITED STATES PATENT AND TRADEMARK OFFICE,
P.O. Box 1450
Alexandria, Virginia 22313–1450

COKE MORGAN STEWART, in her official capacity as Acting Director,
P.O. Box 1450
Alexandria, Virginia 22313–1450

U.S. POST OFFICE,
475 L'Enfant Plaza SW, Room 4012
Washington, DC 20260

DOUG TULINO, in his official capacity as Acting Postmaster General,
475 L'Enfant Plaza SW, Room 4012
Washington, DC 20260

U.S. POSTAL INSPECTION SERVICE,
475 L'Enfant Plaza SW
Washington, DC 20260

GARY R. BARKSDALE, in his official capacity as Chief Postal Inspector,
475 L'Enfant Plaza SW
Washington, DC 20260

U.S. PRIVACY AND CIVIL LIBERTIES OVERSIGHT BOARD,
800 N Capitol Street NW
Washington, DC 20002

BETH ANN WILLIAMS, in his official capacity as Chair,
800 N Capitol Street NW
Washington, DC 20002

U.S. RAILROAD RETIREMENT BOARD,
844 North Rush Street
Chicago, IL 60611-1275

ERHARD R. CHORLÉ, in his official capacity as Chairman,
844 North Rush Street
Chicago, IL 60611-1275

THOMAS R. JAYNE, in his official capacity as Management Member,
844 North Rush Street
Chicago, IL 60611-1275

JOHN BRAGG, in his official capacity as Labor Member,
844 North Rush Street
Chicago, IL 60611-1275

U.S. SECRET SERVICE,
245 Murray Lane SW
Building T5
Washington, DC 20223

SEAN M. CURRAN, in his official capacity as Director,
245 Murray Lane SW
Building T5
Washington, DC 20223

U.S. SOCIAL SECURITY ADMINISTRATION,
6401 Security Boulevard
Baltimore, MD 21235

LELAND C. DUDEK, in his official capacity as Acting Commissioner,
6401 Security Boulevard
Baltimore, MD 21235

U.S. SPACE FORCE,
2020 U.S. Space Force Pentagon
Suite 4E858
Washington, DC 20330-2000

B. CHANCE SALTZMAN, in his official capacity as Chief of Space Operations,
2020 U.S. Space Force Pentagon
Suite 4E858
Washington, DC 20330-2000

U.S. TRADE AND DEVELOPMENT AGENCY,
1101 Wilson Boulevard, Suite 1100
Arlington, VA 22209

THOMAS R. HARDY, in his official capacity as Director of Policy and Program Management,
1101 Wilson Boulevard, Suite 1100
Arlington, VA 22209

U.S. TRANSPORTATION SECURITY ADMINISTRATION,
601 S 12th Street
Arlington, VA 20598-6002

HA NGUYEN MCNEILL, in his official capacity as Acting Administrator,
601 S 12th Street
Arlington, VA 20598-6002