UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERKINS COIE LLP,<br><br>       *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>       *Defendants*. | Case No. 1:25-cv-00716 (BAH)<br><br>Judge Beryl A. Howell |

## NOTICE OF VOLUNTARY DISMISSAL OF FANNIE MAE DEFENDANTS

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Perkins Coie LLP, by undersigned counsel, hereby gives notice of the voluntary dismissal of the following defendants:

        (1) Fannie Mae; and

        (2) William J. Pulte, in his official capacity as Chairman of Fannie Mae.

Because neither defendant has served an answer or a motion for summary judgment, no court order is required to effectuate this dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

    Please note that William J. Pulte remains a defendant in his official capacity as Director of the Federal Housing Finance Agency. This notice does not affect the claims against any other defendant.

Dated: April 30, 2025　　　　　　　　　　　　Respectfully submitted,

                                            **WILLIAMS & CONNOLLY LLP**

                               By: */s/ Christopher N. Manning*
                                    Christopher N. Manning (D.C. Bar #464069)
                                    680 Maine Avenue, SW
                                    Washington, DC  20024
                                    (202) 434-5000

                                    *Counsel for Plaintiff Perkins Coie LLP*