**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

PERKINS COIE LLP,

      Plaintiff,

    v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

      Defendants.

Civil Action No. 25-0716 (BAH)

---

**DEFENDANTS' RENEWED MOTION TO DISMISS**
**AND FOR EXPEDITED JUDGMENT**

Defendants hereby move to dismiss and for expedited judgment with respect to Plaintiff's

Amended Complaint (ECF No. 176).  Consistent with the Court's April 29, 2025 Order (ECF

No. 175), the grounds supporting this renewed motion to dismiss and for expedited judgment are

contained in: (1) Defendants' prior briefing (including accompanying declaration and exhibits) in

support of their Motion to Dismiss and for Expedited Judgment and in opposition to Plaintiff's

Motion for Summary Judgment (ECF Nos. 43, 143, 147); (2) Defendants' arguments presented

at the April 23, 2025 oral argument in this case; and (3) Defendant's Opposition to Plaintiff's

Motion for Leave to Amend (ECF No. 171).

//

//

//

//

//

//

//

A proposed order is also submitted herewith.

Dated:  April 30, 2025                    Respectfully submitted,
        Washington, D.C.


                                          CHAD MIZELLE
                                          Acting Associate Attorney General


                                          /s/ *Richard Lawson*
                                          RICHARD LAWSON
                                          Deputy Associate Attorney General
                                          950 Pennsylvania Avenue, NW
                                          Washington, DC 20530
                                          Telephone: (202) 445-8042

                                          *Counsel for Defendants*