# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Plaintiff: **Perkins Coie LLP**

vs.    Civil Action No. **1:25-cv-716**

Defendant: **U.S. Department of Justice et al.**

## CIVIL NOTICE OF APPEAL

Notice is hereby given this __30__ day of __June__ 20__25__, that all Defendants hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this court entered on the __2__ day of __May__, 20__25__, in favor of Plaintiff against said Defendants

Attorney/Pro Se Party Signature: *[signature]*

Name: Richard Lawson

Address: U.S. DEPARTMENT OF JUSTICE

P.O. Box 878

Washington, DC 20044

Telephone: (202) 445-8042

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

USCA Form 13
Rev. June 2017